HCSO press conf. FB

**Jennifer Patterson Davis**

21:04
What a shitshow. 😂

**Jennifer Patterson Davis**

11:48
Your number one concern as sheriff is covid??? Where is my eyeroll emoji?
**Sandy Stehlin**

0:15
Yeah...she wants her officers to stay safe...it pretty much is the concern throughout the world...

**Jennifer Patterson Davis**

14:25
Then maybe she should have run for a public health position, not sheriff.
**Sandy Stehlin**

0:14
Ok bright bulb...
**Elaine Moscovitz**

**Jennifer Patterson Davis** Yes, a priority for the entire community is to stay healthy. Of course this is a concern in a department which has a responsibility of community housing and whose employees go back to their families and neighborhoods daily.
**Jennifer Patterson Davis**

0:03
Elaine Moscovitz , number one priority though??? I didn't say it shouldn't be addressed, but my biggest health priority would be officers coming home safe to their families without a bullet in their head and not coming home with the flu.
**Jennifer Patterson Davis**

0:03
In 2020, 304 officers died in the line of duty and 228 died from suicide. That is not a higher health priority than the number of officers who died from Covid or a complication (listed at 153)?

**Jennifer Patterson Davis**

0:03
Sorry, but that is a "politician" talking and not a sheriff.
**Cathleen Combs**

2:40
**Jennifer Patterson Davis** its NOT the Flu! And did we all forget Sheriff overseas the Jail and all of the correction officers? COVID-19 is running rampant through jails & prisons!

Exhibit 1