10:28

5G 97%

👍❤️ **Kevin Wesley and 106 o...** 〉  👍

**John Bedel**
**Great job man!**

1y   Like   Reply

**Paul Naber**
**Needs more advertising intra departmental. Never knew about this game until now**

1y   Like   Reply

**Jason Davis**
**Paul Naber our department didn't support it. No county items were used to advertise this game. Flyers were taken down from briefing rooms.**

1y   Like   Reply        1 😠

**Paul Naber**
**Jason Davis ahh**

1y   Like   Reply

Comment as Jason Davis

||| ◯ ⟨

Exhibit 3