**Itsa Krakken**
April 20, 2023

**Chaz the Anti-Sheriff**
April 20, 2023

I really need to thank Sheriff Chaz! Apparently, there was a morale survey that went out through the HCSO and the results were so terribly horrific, that Sheriff Chaz and her trusty Chief Deputy decided to tour the netherworlds that we all call, "the districts…" to see if they could try and get a handle on the awful morale issue plaguing the Hamilton County Sheriff's Office.

In lightening-quick fashion, both the Sheriff and Chief Deputy discovered that they, were in fact, the reason that morale was at an all-time low. It was at this point that the Chaz and Jay comedy duo decided to switch it up and become outwardly hostile towards these mere deputies who dared question them as to why they couldn't have exterior-load-carrying-vests, or why transfers or promotions that had been promised to many of them were not approved, or why were all of the comments on the HCSO page turned off…

In true Chaz fashion, she informed the peasants that they were forbidden from having any contact with Itsa Krakken. Zero. In addition, those—or their significant others that had the poor judgement to like or comment on Itsa Krakken's posts would continue to be properly punished. Allow me to quote a part of Sheriff Chaz's speech given at one of the districts: "Itsa Krakken is a fat troll who sits naked in the dark and makes derogatory comments. I do not read these comments, I have people that read them for me. I got tired of hearing about her comments, so I turned them all off and I don't care that I'm not allowed to do that, she can go ahead and sue me over it."

Telling grown-ass men and women—who actually risk their lives everyday on patrol—that they are "FORBIDDEN" from having contact with someone on social media, pretty much guarantees that they will have contact with said, 'forbidden' person. So yeah…I'd like to thank Sheriff Chaz and Chief Deputy for the dozens of new contacts I made within the HCSO today, when they reached out to me to introduce themselves and sling a little of their own information my way. A whole bunch of new sources!!!

I will also consider posting a daily diary of my exploits as a fat troll on the internet, who

fact, the reason that morale was at an all-time low. It was at this point that the Chaz and Jay comedy duo decided to switch it up and become outwardly hostile towards these mere deputies who dared question them as to why they couldn't have exterior-load-carrying-vests, or why transfers or promotions that had been promised to many of them were not approved, or why were all of the comments on the HCSO page turned off…

In true Chaz fashion, she informed the peasants that they were forbidden from having any contact with Itsa Krakken. Zero. In addition, those—or their significant others that had the poor judgement to like or comment on Itsa Krakken's posts would continue to be properly punished. Allow me to quote a part of Sheriff Chaz's speech given at one of the districts: "Itsa Krakken is a fat troll who sits naked in the dark and makes derogatory comments. I do not read these comments, I have people that read them for me. I got tired of hearing about her comments, so I turned them all off and I don't care that I'm not allowed to do that, she can go ahead and sue me over it."

Telling grown-ass men and women—who actually risk their lives everyday on patrol—that they are "FORBIDDEN" from having contact with someone on social media, pretty much guarantees that they will have contact with said, 'forbidden' person. So yeah…I'd like to thank Sheriff Chaz and Chief Deputy for the dozens of new contacts I made within the HCSO today, when they reached out to me to introduce themselves and sling a little of their own information my way. A whole bunch of new sources!!!

I will also consider posting a daily diary of my exploits as a fat troll on the internet, who comments while naked in the dark every night whilst eating chocolates. Hell…I might be licking chocolate off of my fat, trolling, fingers in the dark, while naked right now!

I need to get my chocolatey fingers on those survey results for sure…I wonder if anyone in the press might be interested in helping with that? 🤔

LOCAL 12, WKRC-TV
WLWT Channel 5
FOX19
WCPO 9
55KRC Radio
700WLW

Exhibit 4