**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JASON DAVIS**, et al | : | Case No. 1:24-cv-0202 |
| Plaintiffs | : | Judge Barrett |
| v. | : | |
| **CHARMAINE McGUFFEY**, et al | : | **DECLARATION OF COUNSEL** |
| Defendants | | |

Pursuant to 28 U.S.C. Sec. 1746, I, Jerome A. Kunkel, declare under penalty of perjury that the following is true and correct, to the best of my knowledge, information and belief:

1. On or about April 30, 2024 I had a phone conversation with Zach Gottesman. Two (2) topics were discussed. The first being a 30 day extension for Defendants to file their Answer and the second to request a copy of the recorded conversation between the parties to this lawsuit.

2. Mr. Gottesman was surprised that I knew that the conversation between the parties had been recorded by his client. He said that he had hoped to spring it on my client in her deposition. He said he had to consult co-counsel and would call me back.

3. He called me and agreed to the 30 day extension. He also agreed to play the recording for me and give me a copy. We scheduled that for May 8, 2024 at 11:00 am in his downtown office.

4. Defendants filed the Agreed Extension (Doc.7) on May 2, 2024. On May 6, 2024 I emailed Mr. Gottesman asking to reset the meeting regarding the recording. It was reset for May 13, 2024 at 1:00 pm.

1

5. On May 12, 2024 Mr. Gottesman emailed me explaining that after discussing the matter with co-counsel he was canceling the meeting. (Doc#11-1;PAGEID#101)

6. On May 13, 2024 Defendants served a formal Request for Production to Plaintiffs to produce the recording. (Doc#11-1;PAGEID#88)

Date: 8/7/2024

2