**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**JASON DAVIS** and                 Case No. 1:24-cv:0202
**JENNIFER DAVIS,**

      Plaintiffs

v.

**CHARMAINE McGUFFEY**, et. al.

      Defendants,

**DECLARATION OF ZACH GOTTESMAN**

Pursuant to 28 U.S.C. § 1746, I, Zachary Gottesman, declare under penalty of perjury that the following is true and correct, to the best of my knowledge, information, and belief, and based on personal knowledge:

1. My name is Zachary Gottesman, and I am counsel for the Plaintiffs.

2. I have reviewed the Declaration of Counsel submitted by Jerry Kunkel and I do not agree with his version of events regarding the discussions related to the recording at issue.

3. During the April 30, 2024, phone call with Mr. Kunkel, he raised the issue of informally obtaining a copy of Plaintiffs' recording of Defendants McGuffey and Gramke in which they admitted they had deliberately damaged his career in retaliation for First Amendment protected activity and advising Jason Davis that if he wanted to advance his career he would have to cut ties with his wife.

4. I told Mr. Kunkel that I was surprised he knew about the recording and he informed me Deputy Davis had divulged the existence of the recording during his post-employment "exit" interview.

5. I never told Mr. Kunkel that I had hoped to spring it on his client in her deposition.

1

6. During that April 30, 2024, call, I told Mr. Kunkel that I would tentatively agree for him to come to my office to listen to the recording on May 8, 2024 and I agreed to a 30 day extension for Defendants to file an answer. I also told Mr. Kunkel that I wanted to check with my co-counsel about playing the recording for him.

7. At no time did I inform Mr. Kunkel that the condition of my co-counsel's consent to the meeting and playing the recording for him, had been satisfied.

8. At no time did I ever offer to actually provide Mr. Kunkel the recording outside of formal discovery – the only thing that was ever discussed was letting him listen to it in my office.

9. Jerry Kunkel reached out and told me that a meeting on May 8, 2024, would not work, and he informed me that he wanted to hold the meeting on May 13, 2024.

10. On May 12, 2024, I informed Jerry Kunkel that, after discussing with my co-counsel, I needed to cancel the May 13, 2024, meeting, and instead told him:

> I've had further discussions with my co-counsel. Rather than conduct informal discovery and exchange materials now, we would like to have our FRCP 26(f) conference and proceed with discovery according to the rules.

Executed this 9th day of August, 2024.

Zachary Gottesman