# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JASON DAVIS and JENNIFER DAVIS, | Case No. 1:24-CV-202 |
| Plaintiffs, | Judge Michael R. Barrett |
| v. | |
| CHARMAINE McGUFFEY, et al., | **ORDER** |
| Defendants. | |

The joint motion to extend the case calendar, (Doc. 18), is **GRANTED**. The case calendar is modified as follows:

1. Defendants Gramke and McGuffey shall appear for depositions on dates mutually agreed upon, on or before February 28, 2025.

2. Disclosure of fact witnesses is now due by June 6, 2025.

3. Fact discovery deadline is now July 11, 2025.

4. Plaintiff Primary Expert report and disclosure is now due by July 11, 2025.

5. Defendant Primary Expert report and disclosure is now due by August 8, 2025.

6. Rebuttal expert report and disclosure is now due by August 22, 2025.

7. Expert discovery deadline is now December 19, 2025.

8. Dispositive motions are now due by February 2, 2026.

9. Upon the appearance of new counsel for Defendants in January 2025, the Court will conduct a conference with the parties to set a settlement conference, pretrial conference, and trial date.

**IT IS SO ORDERED.**

                                               */s/ Michael R. Barrett*
                                               Michael R. Barrett
                                               United States District Judge