IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **JASON DAVIS, et al.,** | : | Case No. 1:24-cv-00202-MRB |
| Plaintiffs | : | |
| v. | : | **JUDGE BARRETT** |
| **CHARMAINE McGUFFEY, et al.,** | : | |
| Defendants | : | |

### AFFIDAVIT OF LIEUTENANT MATT GUY

STATE OF OHIO
COUNTY OF HAMILTON

Being duly sworn, Lieutenant Matt Guy states as follows, under oath and the penalty of perjury:

1. My name is Matt Guy.

2. I am a resident of Hamilton County, Ohio, and this affidavit is based upon my personal knowledge.

3. I work for the Hamilton County Sheriff's Office as a Lieutenant, and I have been a member of the Hamilton County Sheriff's Office for thirty-four years.

4. I was the RENU operations commander in 2022 and 2023.

5. In 2022, we had an opening in RENU for an agent.

6. We evaluated applications and held interviews, and Jason Davis was the first choice of the evaluation committee.

7. In October or November of 2022 at the supervisor's retreat at Hard Rock Casino, Chief Gramke asked me how the RENU process was going.

8. I told Chief Gramke it was going great, and it looked like Jason Davis would be the top choice.

9. Chief Gramke said, "Never going to happen. He is a malcontent."

10. Chief Gramke never told me at any point in time that Jason Davis would not get the RENU position because of his wife's social media posts.

11. In February or March of 2023, I was told that Jason Davis would not be selected and to move to the number two applicant, which is what I did.

12. Jason Davis was never a part of RENU, and he was never demoted from RENU because his appointment to RENU was never finalized.

13. Jason Davis was never assigned any RENU cases.

14. No one ever told me that Chief Gramke or the Sheriff were trying to drive Jason Davis to leave his employment with the Sheriff's Office.

I SWEAR OR AFFIRM THAT THE ABOVE REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

_____
Lieutenant Matt Guy

Sworn to and subscribed in my presence this 14th day of May, 2025 by Matt Guy.

_____
Notary Public Signature

PETER JUSTIN STACKPOLE
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.

My commission expires: __N/A__