IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **JASON DAVIS, et al.,** | : | Case No. 1:24-cv-00202-MRB |
| Plaintiffs | : | |
| v. | : | **JUDGE BARRETT** |
| **CHARMAINE McGUFFEY, et al.,** | : | |
| Defendants | : | |

### AFFIDAVIT OF CHIEF DEPUTY CHRIS KETTEMAN

STATE OF OHIO
COUNTY OF HAMILTON

Being duly sworn, Chief Deputy Chris Ketteman states as follows, under oath and the penalty of perjury:

1. My name is Chris Ketteman.

2. I am a resident of Hamilton County, Ohio, and this affidavit is based upon my personal knowledge.

3. I work for the Hamilton County Sheriff's Office as Chief Deputy, and I have been a member of the Hamilton County Sheriff's Office for more than forty years.

4. I was the Patrol Division Commander in 2022 and 2023, and I oversaw RENU in that capacity.

5. I did not tell Lieutenant Guy that Chief Gramke denied Jason Davis's RENU appointment because of his or his wife's social media activity.

6. A corporal test was administered and Jason Davis placed 19th on that corporal's list in January of 2023.

7. Several individuals on the corporal's list were in preferred positions above Jason Davis and were made corporal.

8. Jason Davis was never skipped for corporal because there was no corporal position available before he resigned from the Sheriff's office.

9. Had Jason Davis stayed in the Sheriff's Office I would have recommended him for promotion to corporal.

10. I believe Jason Davis would have made corporal if he had stayed in the Sheriff's Office.

11. Former Chief Deputy Gramke never told me he wanted Jason Davis to quit.

12. Sheriff McGuffey never told me she wanted Jason Davis to quit.

13. Sheriff McGuffey was not involved in the RENU assignment process and she was not involved in the decision to override Jason Davis's RENU assignment.

14. As Chief Deputy, I recommended that, on promotion, supervisors stay in rank for three years.

15. Shortening the duration of promotional lists from two years to one year had nothing to do with Jason Davis. It was intended to encourage competition, more frequent testing, and that the Hamilton County Sheriff's Office promotes the most competent and capable supervisors.

I SWEAR OR AFFIRM THAT THE ABOVE REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

_____
Chief Deputy Chris Ketteman

Sworn to and subscribed in my presence this 14th day of May, 2025 by Chris Ketteman.

_____
Notary Public Signature

PETER JUSTIN STACKPOLE
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.

My commission expires: N/A