Exhibit 1



**Jennifer Patterson Davis**
January 4, 2021

I really don't like seeing political posts continuously on FB because like they say, "Opinions and like assholes. Everybody has one and they probably stink." That is unless you are one of those weirdos that bleaches your asshole and does those colon cleanse things. But I digress.... I have one political opinion I need to get off my chest. In today's press conference, our new "sheriff" says her number one issue she is going to tackle her first weeks in office is Covid. Really??? Does she have a clue what actually are the real health concerns in the law enforcement community? Does she realize there are more law enforcement deaths in the line of duty than covid deaths? Does she realize there are more suicides than covid deaths? This person is nothing more than a politician and is nowhere near qualified to be a sheriff. If you voted for her because of her qualifications (not being a certified peace officer, being fired from the department or being on the Brady list) then you have the IQ of a kumquat. If you voted for her because of her political party or thought it would be neat to see a gay woman as sheriff, then you are a twatwaffle. I am not religious, but if you are, you need to pray for the future of this department. #sorrynotsorry

Mandy Marie, Celia Dearwester and 28 others — 17 comments

Like   Comment   Share

**Hamilton County Sheriff's Office**
November 21, 2023

*Drumroll Please*......

We are so excited to introduce K9 Oliver, our newest addition to the HCSO family!

K9 Oliver and his handler, Deputy Robert Kirchner, are part of the Wellness team. Deputy Kirchner brings 27 years of experience to this important role, and K9 Oliver has been thoroughly trained to provide support to officers in our agency. They will provide K9 Therapy across all divisions.
#HCSO #PublicService #Therapy #Wellness

Exhibit 2