

# Deputy Sheriff Donald Raymond Gilreath, III

*Hamilton County Sheriff's Office, Ohio*
End of Watch: Friday, February 12, 2021

**ADD TO MY HEROES**

## DONALD RAYMOND GILREATH, III

Deputy Sheriff Donny Gilreath died from complications as the result of contracting COVID-19 in the line of duty at the Hamilton County Justice Center.

Deputy Gilreath had served with the Hamilton County Sheriff's Office for 15 years. He is survived by his wife, three children, and sisters.

EXHIBIT 11 KL 5/9/25 JT Davis

### The Effects of COVID on Law Enforcement

Beginning in early 2020, thousands of law enforcement officers and other first responders throughout the country began to contract COVID-19 during the worldwide pandemic. Due to the nature of their job, law enforcement officers were required to work and interact with the community even as the majority of the country was self-quarantined. As a result, hundreds of officers died from COVID-related illnesses and other complications.

Corrections agencies, in particular, suffered tremendous losses due to the constant and close proximity between the corrections officers and large inmate populations. Since March 2020, ODMP has verified that over 900 law enforcement officers have died as the result of a confirmed or presumed exposure while on duty and continues to work with hundreds of other agencies that have suffered a COVID-related death.

**Visit ODMP's COVID-19 memorial listing every officer who has died as a result of a confirmed or presumed exposure.**

## BIO

**Age:** 36    **Tour:** 15 years    **Badge:** Not available

Communicable Disease, COVID-19

LODD Mapping FAQs