

**Kevin Wesley and 106 o...**

**John Bedel**
Great job man!
1y  Like  Reply

**Paul Naber**
Needs more advertising intra departmental. Never knew about this game until now
1y  Like  Reply

**Jason Davis**
our department didn't support it. No county items were used to advertise this game. Flyers were taken down from briefing rooms.
1y  Like  Reply  1

**Paul Naber**
ahh
1y  Like  Reply

Exhibit 3