**From:** "Jennifer Patterson" <jpatter471@aol.com>
**To:** "JGramke@HCSO.org" <JGramke@HCSO.org>
**Sent:** Mon, Oct 16, 2023 at 12:18 PM
**Subject:** Jason Davis

Mr. Gramke,

My name is Jennifer Davis and I am the wife of officer Jason Davis. Since I have been told that I am an important part in your decision making for not promoting my husband, I feel I must reach out. I have been told because I have "talked badly" about the department, you decided to pick another candidate for the Renu position. To clarify, I have never talked badly about the department. I have proudly supported my husband as a Hamilton County deputy sheriff for over twenty years. I have, however, criticized the current administration and its incompetency on social media. There is a big distinction and disconnect between the two. I am interested to know why my criticisms have such an important impact on the department and if they were so important, why wasn't this brought to his attention 2 years ago when the comments were made?

You will never hear about the real disconnect between the two from your officers because of your administrative style of ruling by fear, intimidation, and punishment. With my husband's example, you have solidified that officers will never tell you the unpleasant truths for fear of retaliation. You would rather not promote the best candidate (as selected by the interview process from Renu) because you got your feelings hurt because an officer's wife criticized the sheriff's policies. You have confirmed the incompetency of your leadership in thinking that putting the best officer in the position is less important than your ego and public image. This set the tone to all other officers that administration is not concerned with what is best for the department but only for their public image.

Hypocrisy was also at its finest during my husband's meeting. How could the sheriff lecture my husband about distancing himself from certain people while at the very same time one of her biggest supporters was being sentenced to 16 months in federal prison?

If I were going to lecture my husband on who he should distance himself from in his profession (which I never would because he is a grown man with his own thoughts, beliefs, and ideas) I would start by telling him to distance himself from law enforcement officials who have proven to be dishonest, incompetent and create a hostile work environment.

But as I said before, my husband has his own independent thoughts, feelings, and opinions which I might not agree with but respect. He has <u>always</u> been dedicated to the department and it is disheartening to see his loyalty rewarded by selfish actions.

I hope you are reading this with open eyes and not defensive ones because this is the most accurate morale survey you are going to get.

From the proud wife of deputy Jason Davis,

Jennifer Davis



22