IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **JASON DAVIS** and **JENNIFER DAVIS,** | : | Case No. 1:24-cv:0202 |
| Plaintiffs | : | |
| v. | : | |
| **CHARMAINE McGUFFEY**, et. al. | : | |
| Defendants, | : | |

### DEFENDANTS' NOTICE OF WITHDRAWAL OF PARTIAL MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE WITH ATTACHED PROPOSED ENTRY

Now come Defendants Hamilton County, Jay Gramke, and Charmaine McGuffey (collectively "Defendants") and provide notice to this Court and all parties that Defendants hereby withdraw their Partial Motion for Summary Judgment (Doc. 29) without prejudice. Defendants have attached a proposed entry for the Court's convenience.

Respectfully submitted,

　/s/ Andrew E. Prem＿＿＿＿＿＿＿
Andrew Prem (100861)
Matt Miller-Novak (0091402)
Stephen A. Simon (0068268)
Assistant Prosecuting Attorney
Hamilton County Prosecutor's Office
230 E. Ninth Street, Suite 4000
(513) 946-3285 (Prem)
(513) 946-3219 (Miller-Novak)
(513) 946-3289 (Simon)
(513) 946-3018 (F)
Andrew.Prem@hcpros.org
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was sent to all counsel of record this 27th day of June, 2025, by email.

                                                    */s/ Andrew Prem*
                                                 Andrew Prem (100861)