IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **JASON DAVIS** and<br>**JENNIFER DAVIS,**<br><br>    Plaintiffs<br><br>v.<br><br>**CHARMAINE McGUFFEY**, et. al.<br><br>    Defendants, | : Case No. 1:24-cv:0202<br>: Judge: Barrett<br>:<br>:<br>:<br>: |

## DECLARATION OF PETER J. STACKPOLE

I, Peter J. Stackpole, being a competent adult and under penalties of perjury, declare the following statements are true and correct:

1. I am employed by the Hamilton County Sheriff's Office, where I work as a Legal Liaison.

2. On August 15, 2025, the Sheriff's Department delivered Jason Davis an offer of reinstatement to resume employment with the Hamilton County Sheriff's Office. Jason Davis rejected that offer.

3. On August 22, 2025, the Sheriff's Department delivered Jason Davis a subsequent offer of reinstatement to resume employment with the Hamilton County Sheriff's Office. Jason Davis also rejected that offer on September 5, 2025.

4. I was deposed by Plaintiff's counsel as a 30(b)(6) witness after Jason Davis had rejected the first offer of reinstatement, and after the Sheriff's Department had delivered the

second offer of reinstatement. Both offers of reinstatement were a topic of discussion during that deposition.

5. Chief Deputy Ketteman was deposed personally and as 30(b)(6) witness. I sat in on both of those depositions. The offers of reinstatement were also a topic of discussion during those depositions.

6. Thus, the offers of reinstatement and Jason Davis's rejections of those offers are new developments in this case, but the Plaintiffs had the opportunity to depose the County about these offers.

FURTHER THE AFFIANT SAYETH NAUGHT

_____
Pete Stackpole

9/8/2025
_____
Date

## CERTIFICATE OF SERVICE

I hereby certify that on ___ day of September, 2025, I electronically filed and served the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

/s/ Matt Miller-Novak
Matt Miller-Novak

2