Sheriff McGuffey

1

AUDIO RECORDING

Sheriff McGuffey

2

```
 1              SHERIFF MCGUFFEY:  Yeah, we
 2   didn't get big enough chairs.
 3              DEPUTY DAVIS:  That's all right.
 4              CHIEF DEPUTY GRAMKE:  These are
 5   wider than -- I did try.
 6              SHERIFF MCGUFFEY:  And these are
 7   normally wide, yeah, they're normally wide,
 8   right.
 9              CHIEF DEPUTY GRAMKE:  Unlike
10   the -- the -- take your radio off.
11              DEPUTY DAVIS:  I'm all right.
12              CHIEF DEPUTY GRAMKE:  All right.
13              DEPUTY DAVIS:  I would also say
14   I probably used to fit in this, but --
15              SHERIFF MCGUFFEY:  Well, Jason,
16   the Chief tells me that you wanted to come in
17   and talk a little bit about your future with
18   the department.
19              DEPUTY DAVIS:  Yes.
20              SHERIFF MCGUFFEY:  And, you
21   know, what you can look forward to and that
22   kind of thing.  And I was, you know, very --
23   looking forward to talking to you, you know.
24   I don't get to talk to -- we don't get to
25   talk to guys sometimes, you know, just
```

Sheriff McGuffey

3

```
 1   because we're so darn busy going back and
 2   forth and --
 3               DEPUTY DAVIS:  Oh, yeah.
 4               SHERIFF MCGUFFEY:  -- that sort
 5   of thing.  So tell me -- first of all, let me
 6   get kind of a picture of what you've been
 7   doing.  So start from just, real quick, the
 8   beginning.  You were in the jail and --
 9               DEPUTY DAVIS:  Twelve -- twelve
10   years in the jail.
11               SHERIFF MCGUFFEY:  Yeah.
12               DEPUTY DAVIS:  I finally got
13   promoted to patrol.
14               SHERIFF MCGUFFEY:  When was
15   that?
16               DEPUTY DAVIS:  2014.
17               SHERIFF MCGUFFEY:  Um-huh.
18   Okay.
19               DEPUTY DAVIS:  I've been up
20   there.  FTO, the heavy weapons, what do we
21   call that now, the rifle unit.
22               SHERIFF MCGUFFEY:  Okay.
23               CHIEF DEPUTY GRAMKE:
24   (Inaudible.)
25               DEPUTY DAVIS:  Pro rifle unit.
```

Sheriff McGuffey

1    I've just gone through a lot of training on

2    my dime.  I worked through the county.  I

3    just tried to better myself.

4              SHERIFF MCGUFFEY:  Uh-huh.

5              DEPUTY DAVIS:  I'm out in

6    Anderson, District 5, on nights still.

7              SHERIFF MCGUFFEY:  Okay.

8              DEPUTY DAVIS:  So I did a

9    little --

10             SHERIFF MCGUFFEY:  Is that your

11   choice, nights, or is that --

12             DEPUTY DAVIS:  Yeah, I did a

13   little stint on dayshift.  I just -- I'm not

14   a dayshift person.

15             SHERIFF MCGUFFEY:  Okay.  Sure.

16   You know, everybody has a different --

17             DEPUTY DAVIS:  You do more

18   police work on nightshift.  Dayshift you're

19   chasing the radio or doing paper.

20             SHERIFF MCGUFFEY:  (Inaudible.)

21             DEPUTY DAVIS:  You get to do a

22   little more -- a little more actual police

23   work on nightshift and that's what I like.  I

24   still like getting in the cars and, you

25   know --

Sheriff McGuffey

5

1               SHERIFF MCGUFFEY:  Sure.

2               DEPUTY DAVIS:  -- digging and

3     roadside interviews and all of the

4     interdiction stuff.  That's, like, my

5     specialty.

6               SHERIFF MCGUFFEY:  Uh-huh.

7     Okay.  So how long have you been doing that

8     now?  So how many years?  Let's see, since

9     '14.

10              DEPUTY DAVIS:  I've got 21 years

11    in.

12              SHERIFF MCGUFFEY:  All right.

13              DEPUTY DAVIS:  So about eight

14    years.  About eight.

15              SHERIFF MCGUFFEY:  Okay.  All

16    right.  So you went out right after I was the

17    major over there, because I remember you in

18    the jail and then you went out onto the road?

19              DEPUTY DAVIS:  Yes.

20              SHERIFF MCGUFFEY:  Jim Neil.

21              DEPUTY DAVIS:  Uh-huh.

22              SHERIFF MCGUFFEY:  Okay.  Got

23    it.  All right.  Well, what's your questions?

24              DEPUTY DAVIS:  So, basically,

25    you know, rumor mill.  So there was -- I

Sheriff McGuffey

6

1    didn't get picked for the last RENU position

2    and --

3                    SHERIFF MCGUFFEY:  Did or did

4    not?

5                    DEPUTY DAVIS:  Did not.

6                    SHERIFF MCGUFFEY:  Okay, did

7    not.

8                    DEPUTY DAVIS:  And then there

9    was the corporal exam that came up -- or the

10   corporal's list.  I'm next on that and there

11   was rumors based on that as well.  So I was

12   just trying to clarify, you know, what

13   exactly am I doing wrong in order to be not

14   picked for RENU and then the rumor now is

15   that I'm being picked over on the corporal's

16   thing as well.  So that's why I was, like,

17   okay, I need to find out what I'm doing

18   wrong.

19                   SHERIFF MCGUFFEY:  So let me

20   back up a moment.  So you took the corporal's

21   test; is that right?

22                   DEPUTY DAVIS:  Yes.

23                   SHERIFF MCGUFFEY:  And then

24   where are we with corporal positions?  Have

25   we promoted or (inaudible) on the list?

Sheriff McGuffey

7

1            CHIEF DEPUTY GRAMKE:  Oh, yeah,
2   they're promoted.  I don't know where we are
3   on that.
4            SHERIFF MCGUFFEY:  Okay.  All
5   right.  Are you on the list, obviously?
6            CHIEF DEPUTY GRAMKE:  He's next.
7            DEPUTY DAVIS:  Yes, I'm next.
8            CHIEF DEPUTY GRAMKE:  You're
9   next on the list.  Okay.  But you're hearing
10   ahead of time --
11            DEPUTY DAVIS:  For that, yes.
12   Yes.
13            SHERIFF MCGUFFEY:  -- that
14   that's not going to happen for you?
15            DEPUTY DAVIS:  Yes.
16            SHERIFF MCGUFFEY:  Okay.  But
17   we -- are we selecting any corporals?
18            CHIEF DEPUTY GRAMKE:  Not -- I
19   don't think we have any need right now.
20            SHERIFF MCGUFFEY:  Okay.  All
21   right.
22            CHIEF DEPUTY GRAMKE:  The way
23   that happened is, we usually need a patrol
24   corporal and what notably happens is, there's
25   five RENU guys and the traffic guy and the

Sheriff McGuffey

8

1    people that are already making corporal pay.

2              DEPUTY DAVIS:  Yeah.

3              CHIEF DEPUTY GRAMKE:  So to get

4    to somebody that we have on the street

5    with two stripes we usually promote seven or

6    eight people, because they're all based on

7    different --

8              DEPUTY DAVIS:  And I get that.

9    That's what you guys did the last time, you

10   know.  They're already making corporal's pay.

11   You needed a corporal for the road.  I

12   totally get that.  It's just, like I said,

13   after the -- being told that, hey, you know,

14   you're coming down to RENU.  You know, here's

15   your start date.  We're going to assign you

16   cases.  And then I get a phone call that

17   you're not coming.  And the rumors started

18   and trying to figure out why or what did I do

19   in order to not get picked.  And then, on top

20   of that, the rumor mill started with the

21   whole being skipped, the corporal thing.  I

22   was like, all right, I need to figure out

23   what -- you know, if I'm doing something

24   wrong or it's just straight just rumor mill.

25              CHIEF DEPUTY GRAMKE:  So I can

Sheriff McGuffey

9

1   tell you that I squashed you going to RENU.

2                    DEPUTY DAVIS:  Okay.

3                    CHIEF DEPUTY GRAMKE:  Okay?  And

4   that was due to some Facebook things between

5   you and your wife and things that you said

6   and did some time ago.

7                    DEPUTY DAVIS:  We?

8                    CHIEF DEPUTY GRAMKE:  You put

9   something about a football game.  It would

10  have been nice if we would have been to a

11  football, something about that.  Your wife

12  has made numerous comments to the crazy woman

13  on Facebook.  There's been --

14                   SHERIFF MCGUFFEY:  Carolyn

15  Adams.

16                   CHIEF DEPUTY GRAMKE:  Whatever.

17  You know, the crazy person.

18                   SHERIFF MCGUFFEY:  Yes.  Okay.

19  Go ahead.

20                   CHIEF DEPUTY GRAMKE:  So, no,

21  that was -- that was what it was.  That was

22  why you didn't get it.

23                   DEPUTY DAVIS:  Okay.  Fair

24  enough.  Well, I did voice my displeasures

25  with the football game.  I really -- it hurt

Sheriff McGuffey

10

```
 1   that I got no support from our department
 2   after all of the work I put into it and all I
 3   got was a thank you on a messenger.  Now --
 4              CHIEF DEPUTY GRAMKE:  Do you
 5   know none of us knew about it?
 6              DEPUTY DAVIS:  I reached out
 7   and -- to you, this -- the media lady, sent
 8   her all of the info.  My time on Fox News
 9   promoting the game and our department.
10              CHIEF DEPUTY GRAMKE:  Do you
11   know how busy we've been?  Do you know what
12   we've had to overcome?  We were dealt the
13   worse hand possible.  This jail is falling
14   apart.  We didn't have enough people to run
15   patrol.  We didn't have enough people in the
16   jail.  We have been killing ourselves for two
17   years to try to turn this thing around.  If
18   we didn't know about it we were probably busy
19   as hell.  I don't remember what we were
20   doing, but I'm killing myself, she's killing
21   herself, to try to turn this thing around.
22              DEPUTY DAVIS:  Right.  Well, I'm
23   not saying you two in general, but -- now
24   this past year I did the military -- tribute
25   to our military and Ketteman took the ball
```

Sheriff McGuffey

1   for that and I did get a lot of support.  It
2   was posted on our internet.  And it turned
3   out awesome.  I mean, it was great.  It's
4   just when I did the -- Remember the Fallen,
5   you know, Adams -- McMillian's mom coming in
6   early to present the trophy, Grant's
7   grandmother showed up, Brewer from Clermont
8   County, the wife and son showed up to present
9   trophies.  I mean, it was just a lot of work
10  for me and when I reached out I got nothing
11  in reply except for thank you.  And I was
12  just, like, well, a little support.
13              You know, I don't do anything, I
14  don't think, to put a blemish on our
15  department.  I mean, if anything, I think I
16  put it in a great light.  You know, I've
17  never talked bad about it.
18              CHIEF DEPUTY GRAMKE:  Well,
19  challenging us -- challenging us on
20  Facebook -- challenging the administration on
21  Facebook and then having your wife converse
22  with a crazy person that makes lies up --
23  have you looked at the stuff that she writes
24  about her?  Have you seen the crazy stuff
25  that she writes, the terrible things, the

Sheriff McGuffey

12

1   vicious -- if that was your mom, if that was
2   your wife, if that was your sister, how would
3   you feel about that?  I don't -- well, here's
4   the thing, you know, the Sheriff doesn't know
5   about this stuff because we -- you know, she
6   doesn't have time for that bullshit.
7              DEPUTY DAVIS:  Right.
8              CHIEF DEPUTY GRAMKE:  But other
9   people see it, okay?  And so, basically, if
10  you're -- you know, I mean, it's basically
11  flying the finger at us.  You know, that's
12  what it looked like, Jason.
13             DEPUTY DAVIS:  I mean, I get
14  that, but that's my wife's opinion.  That has
15  no bearing on me whatsoever.  She's her own
16  person.  I mean, I don't, you know, monitor
17  what she does.  I just --
18             SHERIFF MCGUFFEY:  Well, let me
19  just put it in perspective for you.  And the
20  Chief used the example of wife, sister, et
21  cetera.  I'm the boss.
22             DEPUTY DAVIS:  Yes.
23             SHERIFF MCGUFFEY:  I'm the
24  Sheriff.  And I've got to tell you, you know,
25  I came up under Sheriff Leis, around 26

Sheriff McGuffey

1    years, and I worked very closely with him.  I

2    ran some of his most prized programs.  Okay.

3    And, you know, if there was any kind of

4    Facebook thing going around like that about

5    Simon Leis when I worked for him I would have

6    done my best to squash it.  I would have done

7    my best to kill it.  I would have certainly

8    never participated in it.  Because you

9    respect the boss, you know.  I mean, I

10   wouldn't have done it under Jim Neil.

11              Now, here's the thing, you know,

12   I get that your wife is, you know, she's her

13   own person.  She has every right to say, do

14   whatever she likes.  I don't hold it

15   personally against her, but I'll give you an

16   example.  When I was working for Sheriff Leis

17   there was an officer who worked here who had

18   been, you know, a long-time kind of family

19   friend, et cetera, and she needed a place to

20   stay and so I said, well, you know, I have a

21   full basement and everything, you can stay

22   there for a little while.  Well, she stopped

23   coming to work.  And I said, you know what,

24   you can't live here if you don't go to work.

25   You just can't.  She wasn't even -- I wasn't

Sheriff McGuffey

1  married to her. She wasn't related to me. I

2  just said, look, I am not going to be

3  associated with someone who doesn't do their

4  job. You can't be that closely associated

5  with me and not come to work. And, you know,

6  I hope you have a good life and everything,

7  but you can't live here if you're going to do

8  that. And because -- and the reason I did

9  that is because that reflects upon me, you

10  know. She's in my house. She's just a

11  roommate. I mean, she's nobody to me close,

12  but I was not going to let someone be around

13  me who would reflect negatively on me in any

14  way because that's not the way I run my life.

15             And, you know, I think that, as

16  much as your wife is -- she wants to be her

17  own person, hey, I applaud that, you know.

18  Then there is an accountability, because you

19  guys are associated. You're working for us.

20  The likelihood is that information she

21  receives about this department probably comes

22  from you. I mean, you know, when you come

23  home --

24             DEPUTY DAVIS: No.

25             SHERIFF MCGUFFEY: -- as a

Sheriff McGuffey

15

1    husband and wife or as a roommate or as

2    anybody that's living in your same domicile

3    you are going to share information.  That's

4    just -- it's normal.  We all do it.  You're

5    going to come home, you're going to say, oh,

6    this or that or it doesn't have to be even

7    negative, you know, I'm not saying that, but

8    those are things that -- and then you go to

9    RENU and RENU is a very specialized,

10   secretive --

11              DEPUTY DAVIS:  Right.

12              SHERIFF MCGUFFEY:  You know.  I

13   mean, you know, you talk about -- sometimes,

14   you know, we've really got to know that those

15   men and women over there are going to keep a

16   closed lid until we get shit done, you know.

17              DEPUTY DAVIS:  Right, I get

18   that.

19              SHERIFF MCGUFFEY:  And to -- and

20   to have any lingering thought that, you know,

21   oh, we might see a little bit of this on

22   Facebook from the person who lives in the

23   same household as this individual, that's a

24   risk that we don't want to take.  Because you

25   could screw up a case.  You can screw up a

Sheriff McGuffey

 1   lot of things in that regard.

 2              DEPUTY DAVIS:  And I completely

 3   understand that.  And how long has my brother

 4   been down there?  I mean, you can ask him, I

 5   never, ever ask him what's going on down

 6   there or ask him about any of his cases.

 7   Because I don't want something coming out and

 8   go, oh, he must have told his brother because

 9   his brother works down there.  And I took

10   pride in that.  I don't tell him anything --

11   or he doesn't tell me anything.  I don't ask

12   him anything.  I understand how, you know, if

13   you're working on cases, you can't tell

14   people that stuff.  I totally get that.

15              SHERIFF MCGUFFEY:  Sure.  Yeah.

16              DEPUTY DAVIS:  But --

17              SHERIFF MCGUFFEY:  But that's

18   your brother.

19              DEPUTY DAVIS:  Right.

20              SHERIFF MCGUFFEY:  We're talking

21   about you, you know, you.  We're talking

22   about Jason Davis.

23              DEPUTY DAVIS:  Yes.

24              SHERIFF MCGUFFEY:  And, you

25   know, we also have to know that -- look, if

Sheriff McGuffey

17

1  you're disappointed about us not going to
2  your football game and that kind of thing --
3  first of all, I will tell you, I didn't know
4  one thing about it.  Typically when people
5  organize things they'll come in here and have
6  an audience with us and say, hey, guys, this
7  is what I'm doing.  I mean, to depend on Kyla
8  who's pulled in six different directions and
9  gets woken up at 4:00 a.m. at night and this,
10  that and the other thing, you know, she may
11  have mentioned it to us.  Hell, I don't know.
12  But if you come in and sit down with us and
13  say, hey, guys, I would like your support --
14                CHIEF DEPUTY GRAMKE:  Or a green
15  letter.
16                SHERIFF MCGUFFEY:  I mean,
17  that's a face to face, right?
18                DEPUTY DAVIS:  I get it.  Yep.
19                SHERIFF MCGUFFEY:  And then we
20  have been --
21                CHIEF DEPUTY GRAMKE:  Do what we
22  did.
23                SHERIFF MCGUFFEY:  Then we know.
24                CHIEF DEPUTY GRAMKE:  I got the
25  green letter and we did send support and

Sheriff McGuffey

1    that's how that works.  Not, like you said,

2    calling Kyla who doesn't know, you know, what

3    day it is sometimes because, like you said,

4    they're waking her up at all hours of the

5    night.  So --

6                  DEPUTY DAVIS:  I mean, I get it,

7    you guys -- I mean, tremendous support this

8    year.  My season is over, but, yeah, I mean,

9    I had tremendous -- I mean, I had the honor

10   guard.  I mean, it was great.  And it was

11   nice to have that there and, you know.

12                 SHERIFF MCGUFFEY:  Sure.

13                 DEPUTY DAVIS:  And I'm proud of

14   the department I work for.  You know, loyalty

15   is, you know, very important to me and that's

16   why I never went any other place.  I mean,

17   it's definitely -- now, it's an officer's

18   market where, back in the day, I mean, nobody

19   was ever hiring.

20                 SHERIFF MCGUFFEY:  You

21   couldn't -- you couldn't find a cop job with

22   a detective on you.  I mean, you know, I get

23   it.  I just want to get something.

24                 DEPUTY DAVIS:  No, you're fine.

25                 SHERIFF MCGUFFEY:  I'm sorry.

Sheriff McGuffey

19

```
 1              DEPUTY DAVIS:  Oh.  And thank
 2   you for reaching out to me after my accident.
 3   I appreciate that.  Little things like that
 4   go a long way.  Well, at least with me.  I
 5   appreciate it.
 6              SHERIFF MCGUFFEY:  Yeah.  I
 7   mean, I get that.  You know, you couldn't --
 8   and it is an officer's market.  And we are
 9   trying our absolute best to attract people,
10   to keep people, to grow people.  I mean,
11   shoot, we've spent lots of money sending guys
12   to here, there and everywhere.  I mean, you
13   know --
14              But here's the thing.  When
15   you're on a ball team, which you can relate
16   to, right, you have to support the team.  I
17   mean, you can't be on a ball team and have
18   part of your life over here, oh, that's the
19   suckiest ball team ever and hate the coach
20   and blah, blah, you know, you can't have that
21   going on, and then over here you show up and,
22   hey, you guys are great, man, working with
23   you.  I want you to, you know, embrace me
24   and, under.  I mean, I've never played on a
25   ball team and I've played on tons of ball
```

Sheriff McGuffey

20

```
1    teams where somebody on the team does the
2    double deal, because then we would say to
3    that person, hey --
4              CHIEF DEPUTY GRAMKE:  Give them
5    (inaudible).
6              SHERIFF MCGUFFEY:  -- you're
7    not -- you're not playing on this team.
8              DEPUTY DAVIS:  Right.
9              SHERIFF MCGUFFEY:  You know?
10   And this is a team.  This is -- I have ten
11   people on the command staff who work their
12   butts off and I work my butt off.  And I went
13   to get this calendar for you because, not
14   only do I have full days in the sheriff's
15   office, I had to buy this calendar -- I was
16   laughing about it with the Chief the other
17   day -- so that I could keep track of my
18   evening events.  There's my evening events.
19   Some of this is doubled up.  Like, some of it
20   starts at 3:00 and goes until 9:00, goes
21   until 8:30 at night.  When I come back to
22   work and -- I mean, that's -- those are all
23   evening events.  And when I get a little bit
24   of time off I'm still working.  Because this
25   doesn't even have any weekends on it.
```

Sheriff McGuffey

21

```
 1              September I did something every
 2    weekend.  I did something every day from
 3    morning until late night the entire month of
 4    September.  And if I was off on a Sunday I
 5    still had an event I had to go to in the
 6    afternoon.  The Moon Festival from 3:00 to
 7    5:00.  Okay.  I do those things because --
 8    not because, you know, to socialize and be
 9    political.  I do those things because they're
10    the right things to do.  People need to see
11    their sheriffs and they request.
12              CHIEF DEPUTY GRAMKE:  And build
13    this agency.
14              SHERIFF MCGUFFEY:  They request
15    me.  They want to know, what are you guys
16    doing?  And I'm out there doing it.  And I
17    promise you Jim Neil didn't do a quarter of
18    what I'm doing.  And I'm doing it because the
19    public needs to know how great you guys are.
20    And that's what I go talk about is how great
21    our agency is.  How great our team is.
22              And I got to tell ya, that crazy
23    woman, you know, who sits in her basement and
24    eats, you know, chocolate and gets on her
25    computer all of the time, she's not damaging
```

Sheriff McGuffey

22

1    me.  I don't know what she's saying.  She's
2    damaging you and you and every person that
3    wears this uniform.  Because if I'm going to
4    dog Sheriff Leis then that, you know, looks
5    bad on me, in my opinion.  And that's the way
6    I've run my life.
7                  So, you know, hey, your wife can
8    have a 100 opinions if she wants.  I -- you
9    know, she really can.  I don't care.  But
10   there will be consequences for you.  And
11   that's what -- we're not saying, hey, stop
12   doing that.  I'm not going to tell her what
13   to do.  And I'm not going to tell you what to
14   do, you know.
15                  You have worked really hard in
16   this agency.  I've always considered you a
17   good officer, a really good officer, I always
18   have, you know.  And it wasn't until it was
19   brought to my attention all of that other
20   craziness that I even had any doubt, you
21   know.  So I don't know what the remedy is,
22   but it's not going to happen here when we
23   have an entire department to represent.  I'm
24   representing every staff, every line staff
25   member, including you.  And I want the public

Sheriff McGuffey

23

1   to see you as really good, you know.

2           The Chief I think is being very

3   honest and forthright with -- and we're going

4   to be honest with you and I want you to be

5   honest with us, you know.  I'm happy -- I

6   love football.  It's the sport I learned to

7   love first before I loved all of the other

8   sports I used to play.  I love to come to

9   football.  But, again, you see that I get

10  overwhelmed with things going on.

11          So what do you think should

12  happen?  Maybe we should ask that.  What do

13  you think should happen with your career

14  here?

15          DEPUTY DAVIS:  I would like a

16  shot to prove myself that, you know, I've

17  worked my butt off to get to where I want to

18  be and at least be able to show you that, you

19  know, I think I would excel down there.  I

20  mean, I think the officers down there would

21  agree.  I know my supervisors know, I mean,

22  all of the training I go to.  It's something

23  I've always wanted.

24          SHERIFF MCGUFFEY:  Okay.

25          DEPUTY DAVIS:  And I just want

Sheriff McGuffey

24

1   the shot, like -- and I appreciate the

2   honesty and -- one hundred percent and --

3   there's the other thing I want to address,

4   too, is, I'm not saying you guys said it, but

5   I don't like being called the malcontent

6   either, because -- I'm not saying you guys --

7   I've heard it before.  I'm not a malcontent.

8   I will tell you the truth if you ask me, you

9   know, about something.  I'll flat out tell

10  you.  You get that reputation of being an

11  a-hole for being truthful or upfront.  Now

12  there was things --

13           SHERIFF MCGUFFEY:  Wait a

14  minute.  Let me back you up right there in

15  the past.  Let me just qualify that, in the

16  past.  Not with this administration.

17           DEPUTY DAVIS:  Okay.  I was a

18  malcontent.

19           SHERIFF MCGUFFEY:  I want you to

20  be -- I want you to be honest and upfront.  I

21  want you to come in here, if you're mad about

22  something, and just like that, you didn't get

23  support for your thing, shoot a green letter

24  to the Chief, I really need to talk to you,

25  come in here and say, man, guys, I'm kind of

Sheriff McGuffey

25

1    disappointed that, you know.  I mean, this is
2    an open forum and, you know, God knows, I've
3    heard enough criticism, it's not going to
4    hurt my feelings.
5              DEPUTY DAVIS:  On that note
6    though, we were also told that there's no
7    open door policy.  Green letters weren't
8    coming up to you -- now, this is, like, just
9    back a couple of years.  Now, like I said,
10   you know, I'm here now --
11             (Inaudible.)
12             DEPUTY DAVIS:  Okay.  So -- and
13   I fell on the sword.  It's my own fault.  You
14   know, I should have reached out to you two as
15   well for the football game, but --
16             SHERIFF MCGUFFEY:  It's water
17   under the bridge.
18             DEPUTY DAVIS:  Right.  And, like
19   I say, I got tremendous support this past
20   season for the Military Bowl.  It was
21   awesome.  It was great.  The honor guard was
22   spectacular.  Pop won though.  But, yeah,
23   they were awesome.
24             Where was I going?  Oh, about
25   the malcontent.  But I will voice, like, you

Sheriff McGuffey

26

1    know, at that time was the football game or
2    the other time with in-service how it was a
3    little unfair that dayshift was getting TDY
4    and nightshift wasn't.  So I worked Friday,
5    Saturday and Sunday, court Monday, eight
6    hours dayshift on Tuesday, worked Wednesday,
7    Thursday, and I hit for Friday overtime.
8    It's like, this is way too much.
9                 SHERIFF MCGUFFEY:  Yeah.
10                DEPUTY DAVIS:  And I did and I
11   did stir the pot a little bit.  E-mails
12   started flying about being moved on the
13   overtime list.  And that's where the whole
14   malcontent thing came and, I don't like that,
15   but I will tell you, like, that's a little
16   bit unfair, you know.
17                CHIEF DEPUTY GRAMKE:  I don't
18   know anything about that.
19                DEPUTY DAVIS:  Okay.  Well,
20   obviously, it didn't come from me.
21                SHERIFF MCGUFFEY:  Yeah, moving
22   it up -- moving things up the chain sometimes
23   helps if you're struggling and it sounds like
24   you were struggling with that.
25                DEPUTY DAVIS:  Yeah.

Sheriff McGuffey

1          SHERIFF MCGUFFEY:  And -- and I
2    did fix that.  That's fair.  I found out
3    early on, for whatever reason, people were
4    under the impression that, as long as they
5    said, well, no, I've settled it with you,
6    I've told you how it's going to be, that they
7    weren't going to push that person up to this
8    level and we've fixed that.
9          CHIEF DEPUTY GRAMKE:  The green
10   letter, there's a new system.
11         SHERIFF MCGUFFEY:  Uh-huh.
12         CHIEF DEPUTY GRAMKE:  If you say
13   you want to speak to the sheriff or me it has
14   that name on it so you can't -- I'll know
15   about it.  So nobody can kill it before me,
16   if it's coming to me or the Sheriff.  So
17   we've done that.  The new green letter system
18   (inaudible) valued into that.
19         SHERIFF MCGUFFEY:  Yeah.  And,
20   Jason, you know, good men are hard to find,
21   I'm going to tell you that.  I mean, and I
22   mean that in a very sincere department,
23   sheriff's department way, good men are very
24   hard to find.  And I don't want to lose them.
25   I want to grow.  I mean, I've put 55 officers

Sheriff McGuffey

28

1  on the certified officer list.  When we came

2  in Jim Neil had stripped the jail of almost

3  every certified officer.

4              CHIEF DEPUTY GRAMKE:  There were

5  13 that went for the test when we came in.

6              SHERIFF MCGUFFEY:  Oh, my God.

7              CHIEF DEPUTY GRAMKE:  Ten of

8  them you couldn't promote.  They were over

9  (inaudible).

10             SHERIFF MCGUFFEY:  It was

11 unbelievable.  And so the Chief and I, you

12 know, we worked very hard to change that

13 model and send in those 20 recruits.  And I

14 know it's been difficult, but we're starting

15 to see -- each little thing we do, you know,

16 we're starting to see the come to fruition

17 kind of thing.  And --

18             DEPUTY DAVIS:  Well, the academy

19 thing, whoever came up with that idea I think

20 was brilliant.

21             SHERIFF MCGUFFEY:  Well, that

22 would be me.

23             DEPUTY DAVIS:  I mean, I know

24 some of the old guys were like, well, that's

25 bullshit.  I had to paid my own way.  I was

Sheriff McGuffey

 1  like -- I was like, that makes sense.  How

 2  else are you going to get people in here to

 3  corrections.

 4            CHIEF DEPUTY GRAMKE:  Well,

 5  that's why.  When we went to 12-hour shifts

 6  it was a huge mistake.  You can't (inaudible)

 7  with that.

 8            DEPUTY DAVIS:  So when I first

 9  got promoted, I was on the union, and I met

10  with Major Horton and Schoonover and they

11  called me in the office and they asked, you

12  know, why were you against 12-hour shifts

13  down at the jail.  I was, like, look --

14  because we -- I was the president at the

15  time.  We voted it down.  I was like --

16            SHERIFF MCGUFFEY:  Oh, yeah.

17            DEPUTY DAVIS:  -- I'm not for it

18  or against it.  I was, like, my concern is,

19  the jail is the gene pool for patrol.  You

20  guys will strip the jail to the bare bones to

21  fill patrol because it's cheaper to fill the

22  jail overtime.

23            SHERIFF MCGUFFEY:  Right.

24            DEPUTY DAVIS:  I was like that's

25  why we won't go to twelves.  And then, like,

Sheriff McGuffey

1   what it was a year later, I was gone, and

2   they voted twelves and I was, like, good luck

3   guys.  I told you.

4               CHIEF DEPUTY GRAMKE:  They

5   bribed them.

6               SHERIFF MCGUFFEY:  They bribed

7   them.

8               CHIEF DEPUTY GRAMKE:  They

9   bribed them to do 12 hours down here because

10  it's a -- image being down here for 12 hours.

11              DEPUTY DAVIS:  Nope.

12              CHIEF DEPUTY GRAMKE:  And then

13  you're heading for, hey, you're staying for

14  four more, sixteen.  It's insane.

15              SHERIFF MCGUFFEY:  It's

16  absolutely awful.

17              DEPUTY DAVIS:  Like I said, I

18  was totally against it when I was down here

19  just -- I mean, I couldn't imagine doing 12

20  hours on a floor with a crappy partner and

21  you're doing med pass, chow, uniforms,

22  sheets.  No, it's not -- and it takes a

23  little bit different story, but, yeah,

24  there's -- and I told them that.

25              CHIEF DEPUTY GRAMKE:  We're

Sheriff McGuffey

 1  dealing with it.  We've got the -- it ain't

 2  horrible now.

 3          DEPUTY DAVIS:  And, you know, I

 4  don't doubt it.  I mean, I won't say I don't

 5  doubt it.  I know you did.

 6          CHIEF DEPUTY GRAMKE:  You can

 7  look.  You can look right here and this is --

 8  this is our -- this is our performed -- our

 9  strategic project management tool.  And you

10  can look at everything we've done, everything

11  that we're doing.  The citation awards

12  committee, Flock camera expansion, a new gun

13  range, repurpose the patrol cabinet for

14  intelligence, supervisory retreat, we're

15  doing that at TQL.  Real time crime center,

16  that's going to be unbelievable.  It's going

17  to blow your mind.  It's all going to be down

18  here in DC.  Educational pamphlet, high

19  school to the sheriff's office, we've got

20  Great Oaks, UC, everybody lined up.  We're

21  trying to get the kids from high school.

22  Remember our cadet program?

23          DEPUTY DAVIS:  Uh-huh.

24          CHIEF DEPUTY GRAMKE:  We got a

25  lot of good people from that.  We need -- and

Sheriff McGuffey

1    that just disappeared.  The (inaudible)

2    metrics.  These guys are going to have to

3    work.  It ain't going to affect somebody like

4    you, but these guys that are sitting around

5    doing nothing but bitching, they're going to

6    have to work.  We're done with that bullshit.

7    Our policy and procedures are so jacked up.

8    This has been two years.  The company has

9    never seen anything like it how bad we were.

10   Supervisory training, rebuild the cadet

11   program, drone technology, contrast for

12   western districts.  Here's the stuff that

13   we've already completed, star Chase, remodel

14   the parole and sell the helicopters, go to

15   drones, restructure specials, RENU

16   relocation.  These are things that we're

17   doing.

18              And that's just parole.  If you

19   see the jail, it doesn't end.  These are

20   projects that don't stop.  It's unbelievable.

21   We have to repaint the whole place, new

22   windows, new everything.

23              At the administration, we've got

24   our own stuff.  It goes on and on, Jason.

25   And this is what we're doing to try to

Sheriff McGuffey

33

1    rebuild this.

2                    And so we've got a lot of people

3    that are getting on board.

4                    I can tell you that Anderson is

5    its own thing.  We could hear -- for two

6    years I could hear the bitching from here in

7    Anderson Township.  This is what I was

8    hearing, constant complaining and bitching

9    out of Anderson Township.

10                   DEPUTY DAVIS:  What, from the

11   officers?

12                   CHIEF DEPUTY GRAMKE:  Oh, yeah.

13                   DEPUTY DAVIS:  But 90 percent of

14   them are, like, retired on duty.  That's

15   the -- that's --

16                   CHIEF DEPUTY GRAMKE:  Does

17   that -- you have to earn a paycheck.  You

18   can't retire on duty.  There's no such thing.

19   You have to earn a paycheck.

20                   DEPUTY DAVIS:  Right.

21                   CHIEF DEPUTY GRAMKE:  You can't

22   just sit behind the church and -- for

23   12 hours and answer your radio.  You have to

24   work.

25                   DEPUTY DAVIS:  But, I mean, look

Sheriff McGuffey

1    when you guys came on, you went through,

2    what, one, two, three, four, five officers

3    that are three and drop or pre, two of them

4    are eligible to retire, until you got to me,

5    and I had 21 -- well, 20 years in at that

6    time.  So, I mean, it's a lot of retired

7    officers out there that, you know, they're on

8    the verge of leaving, so it's kind of --

9    that's where the bitching comes in.

10                 CHIEF DEPUTY GRAMKE:  But what

11   for?

12                 DEPUTY DAVIS:  Because they've

13   been there forever and they're old.  They

14   don't like change.  I mean, my old job, when

15   I worked at the airport we called them

16   grizzles because that's all they

17   blaa-blaa-blaa.  I mean, that's all of the

18   bitching was out there.  The younger guys or

19   myself that were, like, proactive, you know,

20   we love the change.  You know, the cameras

21   are phenomenal in the cars.  I have one.

22   It's hooked up to -- the LPR.  It's hooked up

23   to Flock now.  I mean, it's awesome.  And the

24   biggest plus is the backseat camera.  Oh, I

25   love that.

Sheriff McGuffey

35

1          CHIEF DEPUTY GRAMKE:  That's
2  just one of them.
3          DEPUTY DAVIS:  Oh, my God.
4          CHIEF DEPUTY GRAMKE:  That's
5  (inaudible).
6          DEPUTY DAVIS:  Yeah.
7          CHIEF DEPUTY GRAMKE:  Not that
8  we'd ever would have believed that crazy
9  woman, but we cleared him in 90 minutes.
10          SHERIFF MCGUFFEY:  Yeah.
11          CHIEF DEPUTY GRAMKE:  But all of
12  this new technology, all of -- we're
13  rebuilding this whole thing.
14          So here's my suggestion to you
15  is get on board.  Get on board.
16          DEPUTY DAVIS:  I've never been
17  off board.
18          CHIEF DEPUTY GRAMKE:  We do all
19  kinds of things.  We do all of kind of
20  things.  We had -- Ali had the open house at
21  the district and nobody came out there.  The
22  other districts people come.  District
23  Anderson, nobody comes.  We had those things
24  out at Riverbend.  In Anderson nobody came.
25  It was in Anderson and nobody came from

Sheriff McGuffey

1    Anderson.  People came from all over the
2    place, but -- we have the October Fest.  Look
3    at all of the stuff we're doing.  Hey, get on
4    board.  Get on board with everybody else
5    that's on board with this training.  Look at
6    what we're doing.  Be the positive guy.  Tell
7    everybody about what's going on and move
8    forward.  That's what my suggestion would be
9    to you.
10                  Tell your wife to stay off the
11   social media.  I wouldn't do -- my wife
12   would -- in a million years, would not put
13   something negative towards this agency
14   because, you know what, it also feeds her.
15   It's fed my kids.  It's put my kids in
16   school.  It will put my kids through college.
17   That's why my wife won't badmouth this place.
18                  SHERIFF MCGUFFEY:  I mean, you
19   know.
20                  CHIEF DEPUTY GRAMKE:  That's
21   what I would do, get on board.
22                  SHERIFF MCGUFFEY:  I was a very
23   unlikely sheriff, you know, and I'm a very
24   unique sheriff, very unique.  And I tell
25   every person on the command staff when they

Sheriff McGuffey

37

```
 1   came on -- I vetted each and every one of
 2   them.  Each one of these people that are in
 3   this office are here because I said.  They
 4   have the stamp, right?
 5              DEPUTY DAVIS:  Right.
 6              SHERIFF MCGUFFEY:  And I vetted
 7   them.  I know what I'm doing.  I have the
 8   longest tenure in this department of anybody
 9   here except I think Coesfeld (phonetic).  All
10   right.
11              DEPUTY DAVIS:  He's still here?
12              SHERIFF MCGUFFEY:  Yeah, I think
13   he is.  Isn't he?
14              DEPUTY DAVIS:  Okay.  All right.
15              SHERIFF MCGUFFEY:  And I've seen
16   a lot, done a lot, and that I know we're
17   going in the right direction.
18              Now, there are people that are
19   mad because I'm a woman.  Well, okay.  Jesus
20   Christ, the world's going to fall in, you
21   know.  Christ, these guys have been working
22   with me for all of these years and they don't
23   know -- I'm not an alcoholic.  I hardly
24   drink.  I don't -- I'm the most boring person
25   that lives.  You know, I have a little garden
```

1   that I screw around with in my backyard

2   and -- I mean -- but I'm vilified.  I've --

3   oh, Jesus, you know.  I mean, all the

4   ridiculous things.  And you know what, I

5   don't take it personally.  These are people

6   that don't have lives, I assume.  Because I

7   couldn't tell you what the Chief does in his

8   off time or you or anybody else.  I'm too

9   busy working on my own shit.  So, you know --

10   but I am and that is the way I vetted all of

11   these people, I said, listen, realize that

12   you are working for a very unique person who

13   is a lightening rod, a lightening rod for

14   controversy and lies, finger pointing.  Look,

15   if I stub my toe it makes the news, you know.

16            DEPUTY DAVIS:  Right.

17            SHERIFF MCGUFFEY:  And I just

18   deal with it.  Shit, you know what, Jason,

19   the reason why I'm sheriff is because I've

20   put up with this stuff my whole entire

21   career.  None of this is new to me.  None of

22   it.

23            DEPUTY DAVIS:  Right.

24            SHERIFF MCGUFFEY:  I mean, you

25   worked for those guys over there, Bart

Sheriff McGuffey

1   Conley, Kim Snow, Joe Schmidt.  Jesus Christ.

2   You know.  I mean, to excel under those

3   idiots, which I did, speaks to my character.

4   But the point is, for me is, I tell these

5   guys, look, if you step into this role,

6   Chief, and I've told him, you are also going

7   to be a target.

8                CHIEF DEPUTY GRAMKE:  I have

9   been.

10               SHERIFF MCGUFFEY:  You're also

11  going to be vilified, you know, at your job.

12               CHIEF DEPUTY GRAMKE:  Yeah.  My

13  daughter has had to see things that people

14  have created on Facebook about me and, you

15  know, your son's her age.

16               SHERIFF MCGUFFEY:  That aren't

17  true.

18               CHIEF DEPUTY GRAMKE:  She's had

19  to see those things and it's -- you know, I

20  don't give a shit, to be truthful, but I do

21  care that my daughter sees this stuff.

22               DEPUTY DAVIS:  Right.

23               CHIEF DEPUTY GRAMKE:  You

24  wouldn't like meatball (phonetic) to see this

25  stuff.

Sheriff McGuffey

```
 1            DEPUTY DAVIS:  Right.
 2            SHERIFF MCGUFFEY:  And we've --
 3            CHIEF DEPUTY GRAMKE:  But you've
 4    done -- again, you've got your wife talking
 5    to this woman like this is okay.  It's not
 6    okay.
 7            SHERIFF MCGUFFEY:  I mean, every
 8    person in this office was vetted for that
 9    reason.  Listen, you know, I just want to be
10    very clear about what you're stepping into
11    here.  I've lived this life my whole life.
12    You know, this has been me my entire life.
13    I'm as strong as -- listen, my feelings are
14    about like this table right here, you know.
15    That's what this place does to you, it molds
16    you.  And, you know, I'm not sitting in this
17    chair by accident, huh-uh.
18            And, you know, Jason, I'm
19    telling you, I've always liked you.  I never
20    knew you said anything bad about me.  I never
21    even knew your wife said anything bad about
22    me.  Okay.  All I do is judge on what you get
23    done and how you do and how you represent
24    this department, but that's the part right
25    there, that representation.  People know you
```

Sheriff McGuffey

41

1   work for us.  If your wife is on Facebook

2   with, I don't even know, okay?  It makes it

3   look like you are saying these things.  It

4   makes it look like you do not respect us, you

5   don't want to get on board, you don't like it

6   here.  I think you do like it here.

7              DEPUTY DAVIS:  Yeah, I've been

8   here, what, almost 21 years.  I mean, if I

9   didn't I would have left back when Conley

10  told me I was never going to get promoted.

11  So I mean it --

12             SHERIFF MCGUFFEY:  Well --

13             DEPUTY DAVIS:  Well, you know,

14  he flat out said it.  So I went to school for

15  corrections administration and I got to

16  shadow Major Minkhouse (phonetic) for a

17  couple of weeks and -- because I was going

18  for a correction administration, because they

19  said I wasn't going to get promoted.  Which

20  was an eye opener.  I mean -- so I know what

21  you're -- well, when you were a major, what

22  you were going through with -- the best thing

23  you just -- the best way he described it was

24  it's running a small city.

25             SHERIFF MCGUFFEY:  Oh, it is,

Sheriff McGuffey

1   for sure.

2              DEPUTY DAVIS:  You've got

3   housing, plumbing, I mean, food.  I mean, it

4   is interesting to see what he goes through.

5   But I just -- I don't know.  I just -- I

6   feel -- I won't say it wasn't fair, but I

7   think my work ethic, my integrity, and

8   everything goes a long way.  And for me not

9   to be picked was like -- it was extremely

10  hard.  And then on top of that the rumor

11  about being skipped over for the corporal

12  part now is just like -- you know, that's

13  when I was, like, I've got to come up here

14  and ask you guys what am I doing wrong.

15             SHERIFF MCGUFFEY:  I'm glad you

16  did.  We don't have a corporal's position

17  right now.  So the rumor is true.  I've never

18  said it.  The Chief has never said it.  I

19  mean, you know, these tests --

20             CHIEF DEPUTY GRAMKE:  But

21  again -- again I -- there's going to be

22  consequences, you know.  I mean, we -- there

23  was consequences for these actions.  We're

24  not going to have people talking, you know,

25  to crazy people, badmouthing us and stuff

Sheriff McGuffey

43

1    like that.  I mean, just so you know moving

2    forward.  You know what I'm saying?  So I'm

3    not telling you that you're going to get to

4    make corporal.  We're going to see how things

5    go.

6              SHERIFF MCGUFFEY:  I mean, you

7    are, you know, being assessed every day.  We

8    all are.  I mean, I have 800,000 constituents

9    that watch my every move, you know, and I'm

10   very careful.

11             CHIEF DEPUTY GRAMKE:  You can't

12   get pulled over in a -- 72 in a 55 -- like my

13   dad called me and said, you're the only

14   person in the United States that would have

15   been on the news for that.  We've all done

16   it, but that's what happened.

17             DEPUTY DAVIS:  Right.  Oh, I

18   know.

19             CHIEF DEPUTY GRAMKE:  You get

20   stopped out there, but guess what happens?

21   You get stopped out there, but guess what

22   happens?  How did it get out?

23             SHERIFF MCGUFFEY:  The crazy

24   lady.

25             CHIEF DEPUTY GRAMKE:  Anderson

Sheriff McGuffey

44

1    Township.  Somebody in Anderson Township fed

2    our information.

3                    SHERIFF MCGUFFEY:  Yeah.

4                    DEPUTY DAVIS:  No, I know that.

5                    CHIEF DEPUTY GRAMKE:  Well, I'm

6    just telling ya.

7                    SHERIFF MCGUFFEY:  You know, and

8    here's the thing, Jason, please just realize

9    this, you know, in the sheriff's department,

10   just like yourself, you're a deputy, you

11   understand that we know a lot more than we

12   say we know.

13                   DEPUTY DAVIS:  Oh, one hundred

14   percent.

15                   SHERIFF MCGUFFEY:  You know a

16   lot more than you say you know.  I mean, in

17   this business you are always privy to

18   different kinds of information.  Now, that

19   information may come to you from the outside,

20   from the other agencies, it can come to you

21   in lots of different ways, the public, the

22   this, the that.

23                   I'm very well versed.  I

24   don't -- you know, I've never run my life and

25   done any action without a purpose, I can

Sheriff McGuffey

1  promise you that.  A purpose to every action.

2  And I know exactly who's who.  I do.  I know

3  exactly who's who.  And I strategize around

4  that.  That's why I'm sheriff.  And I just --

5           You know, Jason, I want you to

6  succeed.  You know?  I haven't seen what's on

7  there.  Maybe I would be mad if I did, but,

8  you know, I respect my staff and they say,

9  you know, Sheriff, don't get on there, and so

10  I don't, you know.  And nor do I care.  God,

11  I'm so damn busy.  I have so many things.

12           Anyway, I would really like you

13  to succeed, Jason.  And it sounds like you

14  want to go to RENU.  It sounds like you want

15  to be promoted.

16           DEPUTY DAVIS:  I just -- I'm

17  running out of time and I'm not getting

18  younger.

19           SHERIFF MCGUFFEY:  No.  No, none

20  of us are.

21           DEPUTY DAVIS:  And that's -- you

22  know, that's the issue.

23           SHERIFF MCGUFFEY:  So perhaps I

24  would suggest that maybe there's some

25  conversations in your future with people who

Sheriff McGuffey

1    you're close to and surrounded by.  I mean, I

2    don't -- if you're -- whoever it is doesn't

3    like me, get in line, you know, that's what I

4    say.  But if they're hurting your career --

5    and I've got to tell you, if somebody was

6    hurting my career, I would cut them loose.

7    And I did throughout my career.  There were

8    certain people I used to hang around with and

9    they did things that, if I'm running around

10   with you, my career is going to be hurt.  You

11   got to go.  Bye.  You know?  And that's how

12   it is.  So it's -- it's really up to you, I

13   think, because I think you do a great job.

14           CHIEF DEPUTY GRAMKE:  Absolutely

15   no one said that -- I was told that you do a

16   good job.  That you are out there.  You do

17   hustle.  You're not sitting around bitching

18   and whining -- well, there was some bitching

19   and whining, but that you're not sitting

20   around doing nothing.  You're a worker.  And

21   I've been told that.  Okay.  But I also am

22   not going to have somebody who's badmouthed

23   us and his wife has badmouthed us.  How would

24   that look?  That's not going -- you know, I

25   mean, I don't know --

Sheriff McGuffey

47

```
 1              I guess I don't understand what,
 2    you know, your thought process was or
 3    anybody's thought process was that this is
 4    not going to have consequences, you know.  I
 5    don't know -- that's what kind of boggles my
 6    mind, Jason, is that there's -- you know, you
 7    think that you're going to badmouth us, your
 8    wife is going to badmouth us, and then we're
 9    going to promote you.  I mean, is that what
10    you thought?
11              DEPUTY DAVIS:  Well, I mean, I
12    didn't think asking for more support from my
13    department was really badmouthing, per se.
14              CHIEF DEPUTY GRAMKE:  I had no
15    idea -- none of us had any idea.  We went,
16    what the -- you know, somebody brought it in,
17    look at what Jason Davis just said.  I had no
18    idea what he's talking about.  We are so
19    busy.  Look at that list.  Okay.  We
20    worked -- she worked 80 hours a week for the
21    first two years.  I think I did 60 to 70
22    hours a week.  Okay?  Nobody -- we're not
23    getting overtime.  Okay?  We're killing
24    ourselves to get this place back.
25              I don't know if you know this,
```

Sheriff McGuffey

48

1    but we lost it.  Okay.  This jail, I just
2    took Tony (inaudible) through it.  He hadn't
3    been in there in 20 years.  He said, this
4    looks like a third world country jail.  I
5    said --
6                 DEPUTY DAVIS:  Yeah, I don't
7    doubt --
8                 CHIEF DEPUTY GRAMKE:  Did you
9    see the new internet?
10                DEPUTY DAVIS:  Yeah.
11                CHIEF DEPUTY GRAMKE:  Okay.  Did
12   you see the fresh paint?  The video?  Where
13   they go up?
14                DEPUTY DAVIS:  No.
15                CHIEF DEPUTY GRAMKE:  Check it
16   out.  You won't believe what happened in this
17   jail.  You won't believe what happened in
18   this department.  Think about it, Jason.
19   Three years ago we were handwriting reports,
20   handwriting use of force, handwriting green
21   letters.  This will probably be the last one
22   I'll ever see.  Handwriting everything.  We
23   have digitized and brought ourselves into the
24   future in the last two and a half years like
25   no time in the history of this agency.  And

Sheriff McGuffey

49

1    for that we get blasted.  How does that work?

2                Because somebody's a female.

3    Maybe she's gay.  Maybe she's a Democrat.

4    Because of that we're going to get -- she's

5    getting destroyed?  People saying terrible

6    things about her and people are echoing it

7    within our agency?  It makes no sense to me.

8    It's insanity.

9                My suggestion, you could be a

10   very valuable person to us.  You could be

11   very supportive.  You can get on board.  You

12   can see what's going on.  Open your eyes,

13   look at all that's going on.  You see the

14   in-car camera.  You see the Flock camera

15   system.  When we bring this -- we're leading

16   the charge here.

17               DEPUTY DAVIS:  What makes you

18   think I'm not on board though?  That's what I

19   don't understand.  I'm not -- I'm not driving

20   50 minutes to Anderson for the meeting thing.

21   And then I'm not trying to make excuses, but

22   the -- for whatever reason, the days you guys

23   had the thing at Riverbend, on Sunday is the

24   day after my football games when I'm taking

25   the visiting team to the airport.  So it's

Sheriff McGuffey

1    kind of like --

2              CHIEF DEPUTY GRAMKE:  There's a

3    lot of things we do.  A lot of things we do.

4    I haven't seen you at any of them.  And, you

5    know, maybe you have -- you've got stuff

6    going on.  I get it.  But you could be a

7    vocal supporter of --

8              DEPUTY DAVIS:  And I am.  The

9    things I do with the football, with the kids'

10   football, I mean --

11             SHERIFF MCGUFFEY:  Not -- not

12   when your household is on the other end.

13   That's black and white, right?  Not when your

14   household is on the other end saying --

15   doing, all of these things that are, one, not

16   vetted, not true, not this, not that, and it

17   hurts the agency, in my opinion.  It hurts

18   the agency.

19             DEPUTY DAVIS:  Well, that's just

20   her opinion.  I'm not the one saying it.  I'm

21   not out there badmouthing.  You know, like

22   the 29th, I'm playing a bunch of little kids

23   in full contact football from our department

24   representing our department.  That's why I

25   get -- I'm kind of frustrated with the whole

Sheriff McGuffey

51

1  thing because I don't think I've ever really

2  done anything to put the department in a bad

3  light.

4           SHERIFF MCGUFFEY:  Well, let me

5  ask you a quick question.  Let me just ask

6  you this.  Does your wife support your

7  position here?  Does she support you being a

8  deputy sheriff?

9           DEPUTY DAVIS:  I believe so,

10 yeah.

11          SHERIFF MCGUFFEY:  Does she like

12 that you do this job?  I mean, is this

13 something that she values about you?

14          DEPUTY DAVIS:  Yes.

15          SHERIFF MCGUFFEY:  Okay.  Does

16 she realize that her actions are hurting you?

17          DEPUTY DAVIS:  She does now,

18 with this situation here, yeah.

19          SHERIFF MCGUFFEY:  Okay.  Do you

20 think, since she realizes that, that she

21 might change her behavior or is she going to

22 continue to hurt you?

23          DEPUTY DAVIS:  I mean, she's not

24 going to continue to hurt me, no.

25          SHERIFF MCGUFFEY:  Well, that's

Sheriff McGuffey

1    all I'm asking.  Is, if she knows and she's

2    aware that these actions that are voluntary,

3    okay, on her part hurt you --

4              DEPUTY DAVIS:  But, I mean --

5              SHERIFF MCGUFFEY:  -- then is

6    she going to continue them because, hey, I

7    have an opinion?  We all have opinions.

8              DEPUTY DAVIS:  Right.

9              SHERIFF MCGUFFEY:  Everybody has

10   got opinions.  I mean, some of them are --

11   oh, my God.  I mean, you know.  But I don't

12   put my opinions out on Facebook.  Do you?

13             CHIEF DEPUTY GRAMKE:  I don't

14   have Facebook.

15             SHERIFF MCGUFFEY:  A lot of

16   people don't.  And that's my question to you,

17   is she supportive of your job?

18             DEPUTY DAVIS:  She is.  And

19   she's just -- I mean, she knows what I went

20   through with -- when you were the major and I

21   was the union rep and how we weren't mixing

22   too well at that time and --

23             SHERIFF MCGUFFEY:  That was only

24   a year.  I was only a major a year before you

25   went to road patrol.  And I was in support of

Sheriff McGuffey

1    the unions because I saw how you guys were

2    treated so badly.

3              DEPUTY DAVIS:  Yeah, but we had

4    the Clepper incident where you wanted me

5    fired.

6              SHERIFF MCGUFFEY:  Which one was

7    that?

8              DEPUTY DAVIS:  Where he lied to

9    me -- or he told me something and then he

10   told you totally different.  You wrote up

11   Mark Pruitt (phonetic) for gossiping and you

12   chewed my butt and wanted me fired.  And I

13   had to give you guys the audiotape where he

14   did tell me what I said.  So there's --

15             SHERIFF MCGUFFEY:  So Keith

16   Clepper lied to me --

17             DEPUTY DAVIS:  Yes.  Yeah, he

18   did.

19             SHERIFF MCGUFFEY:  He lied to

20   me.

21             DEPUTY DAVIS:  But you chewed me

22   and attacked my integrity, which killed me

23   because we had a good, like, rapport forever

24   and, you know, that's what -- you know.

25             SHERIFF MCGUFFEY:  I honestly

Sheriff McGuffey

54

1   don't remember the incident.  I don't.  I

2   don't remember it.  I've been chewed out in

3   this business more times than I can count.

4               DEPUTY DAVIS:  Okay.

5               SHERIFF MCGUFFEY:  And whether

6   sometimes it was fair, sometimes it wasn't,

7   okay?  Sometimes I took the fall for other

8   people's actions because I'm not a snitch.  I

9   don't front people out.  You know, if

10   something is wrong, I will say it if I need

11   to, but, you know.  But that does not stick

12   with me because those are things that

13   happened in this work environment, you know.

14               DEPUTY DAVIS:  Right.

15               SHERIFF MCGUFFEY:  You hold

16   grudges in this work environment, oh, my God.

17   I mean --

18               DEPUTY DAVIS:  No, I agree.

19   It's --

20               SHERIFF MCGUFFEY:  You're

21   carrying around a pretty heavy sack there.

22               DEPUTY DAVIS:  She did just the

23   fact that, you know, you wanted me terminated

24   from working here and that's what really --

25               SHERIFF MCGUFFEY:  Did I take

Sheriff McGuffey

55

1    action to do that?  Was there any write up?

2            DEPUTY DAVIS:  You wrote Pruitt

3    up to start the process, but what it came

4    down to is, if I wouldn't have had that on

5    audio, how far would it have gone?

6            SHERIFF MCGUFFEY:  Well, we

7    don't know, but it sounds to me like she

8    should be mad at Keith Clepper for lying.  I

9    mean, right?  If he lied to me?

10           DEPUTY DAVIS:  Correct.

11           SHERIFF MCGUFFEY:  I mean,

12   that's what I made my -- apparently, my

13   decisions on.

14           DEPUTY DAVIS:  But I was --

15   right, but I was -- I was pissed off at you

16   because you questioned my integrity and never

17   even gave me a chance to explain.  I had to

18   tell Scheffler (phonetic) that I had Clepper

19   on audio and, you know, that -- that burned a

20   hole.

21           SHERIFF MCGUFFEY:  I'm just

22   going to go down a rabbit hole and I really

23   don't want to, but --

24           DEPUTY DAVIS:  I know.

25           SHERIFF MCGUFFEY:  -- can you

Sheriff McGuffey

1   just tell me what that was about?  Because I
2   have a pretty good recollection of things.
3                DEPUTY DAVIS:  It was -- that
4   was about Clepper getting rid of the weight
5   policy.
6                SHERIFF MCGUFFEY:  Okay.  So
7   what was the rub?
8                DEPUTY DAVIS:  That he was
9   getting rid of it and then, when I left the
10  meeting, I told Pruitt and Pruitt told
11  whoever, and then you got ahold of it and it
12  went to Clepper, and Clepper's, like, no, I
13  never said that.  So you came back at me
14  chewing me about spreading rumors, gossiping.
15  You wrote Pruitt up.  It was just a --
16               SHERIFF MCGUFFEY:  Oh, because
17  he was in there -- I guess Clepper must have
18  told you guys, don't tell anyone or
19  something, and then he went out and started
20  talking about it?
21               DEPUTY DAVIS:  Who, Clepper?
22  No, Pruitt.  Pruitt did.
23               SHERIFF MCGUFFEY:  I'll have to
24  look at Pruitt's write up, I really will,
25  just to refresh my memory.  Because, man,

Sheriff McGuffey

1    that had to happen like -- like in my

2    first years.

3                DEPUTY DAVIS:  Yeah, it was --

4    it was a hot mess.

5                SHERIFF MCGUFFEY:  I'm surprised

6    that they didn't make the report that they

7    used to fire me with.  Damn.

8                DEPUTY DAVIS:  No, all that

9    stuff stayed with me.

10               SHERIFF MCGUFFEY:  Uh-huh.

11   Well, you know --

12               DEPUTY DAVIS:  There was no

13   reason to share any of that.

14               SHERIFF MCGUFFEY:  -- if your

15   wife is holding a grudge about that, perhaps

16   she should let it go because --

17               DEPUTY DAVIS:  She knew how bad

18   it hurt me.

19               SHERIFF MCGUFFEY:  Well, you

20   know what, listen, my wife knows about how

21   bad things hurt me.  And they hurt her.  She

22   gets freaked out all of the time because of

23   these idiots on Facebook.  I mean, they get

24   on there and practically say they're going to

25   kill me, you know.  And she's constantly,

Sheriff McGuffey

58

1    like, oh, my God, be careful.  You know, God,
2    I'm like, man.  I mean, she drives me nuts
3    with it.  I'm like, it's okay.  These are
4    just people who --
5                    CHIEF DEPUTY GRAMKE:  Are crazy.
6                    SHERIFF MCGUFFEY:  -- are
7    idiots.  And she's like, Jesus, are you
8    wearing your vest, are you -- but the point
9    is, is that, I tell her, just as I would
10   advise anybody, look, you know, stay off of
11   there.  And she doesn't -- she would never go
12   on and do something on Facebook that would
13   remotely hurt me.  Are there some people,
14   yeah.  Is there some way she would like to
15   light some people on fire on there?  Yeah.
16   But she wouldn't do it because it would hurt
17   me and she knows that and I super appreciate
18   that.  So all I'm asking is, does your wife
19   want to support your career here?
20                   DEPUTY DAVIS:  Yeah.
21                   SHERIFF MCGUFFEY:  Because if
22   she understands that she's hurting you with
23   that behavior, is she going to continue it or
24   stop it?  I mean, I think that's what it --
25                   DEPUTY DAVIS:  I mean, she's

Sheriff McGuffey

59

1  going to stop it.

2          SHERIFF MCGUFFEY:  She can't be

3  on all day long.

4          DEPUTY DAVIS:  I mean, she's

5  going to stop it.

6          I'll tell you right now, it was

7  the absolute hardest thing was to tell her

8  that was the reason I didn't get promoted.  I

9  mean, I was -- it was.  It was the hardest

10  thing.  You know, I was told, you're coming

11  down, I'm already assigning you cases.  She

12  knows I busted my butt for three years.  At

13  the first interview, I think I bombed it.  I

14  went to training.  I mean, I -- I've got

15  pages of everything.  My stops were --

16  anyways, so when I got off of the phone,

17  because they said I wasn't coming down, I

18  mean, it was the absolute worse thing I've

19  ever had to do.  It was, like, I'm not

20  getting it because of you.  And it's just --

21  I just -- at that time I was -- I didn't

22  think it was fair.  You're basing it off, not

23  my work ethic or my integrity or anything,

24  just because of what my wife freely spoke on

25  social media.  I just -- I didn't --

Sheriff McGuffey

```
 1              CHIEF DEPUTY GRAMKE:  So I have
 2   Cadel (phonetic) right behind you, who's
 3   another excellent candid, whose wife didn't
 4   say anything.  There's got to be consequences
 5   for your actions, Jason.  Your wife benefits
 6   from you having this job.
 7              DEPUTY DAVIS:  I get that.  But
 8   what if -- all right.  I get it.
 9              CHIEF DEPUTY GRAMKE:  You know?
10   There's -- you know, there were no
11   consequences for actions for a long time in
12   this place.  Do you think -- how do you think
13   Leis would have dealt with that?  You know,
14   it would have been -- I mean, we're sitting
15   here being friendly with you.
16              DEPUTY DAVIS:  Oh, I get it.
17              CHIEF DEPUTY GRAMKE:  Leis would
18   have chewed you out and said, you're never
19   going anywhere.
20              SHERIFF MCGUFFEY:  And he would
21   have kept his promise.
22              CHIEF DEPUTY GRAMKE:  Ever.  And
23   you would have never gone anywhere.  You
24   know, the last group, they didn't care what
25   you did, but we do.
```

Sheriff McGuffey

61

1          SHERIFF MCGUFFEY:  Well -- go
2     ahead.
3          DEPUTY DAVIS:  No, I get it.
4          SHERIFF MCGUFFEY:  Good.
5          DEPUTY DAVIS:  I mean, I get --
6     I get it to a point.  It's just -- I don't
7     know.
8          CHIEF DEPUTY GRAMKE:  Well, how
9     would you feel -- how would you feel if some
10    crazy person -- I mean, she's literally --
11    she's crazy.  And these city cops keep
12    feeding her stupid shit and they think it's
13    funny because she's crazy and then she does
14    these memes about the sheriff or me or
15    anybody else.  But, again, if that was your
16    wife, flip the scenario here, okay, how would
17    that feel?
18         DEPUTY DAVIS:  Again, it's -- to
19    me, it's social media.  It's an entertainment
20    thing.  It's not real -- I don't want to say
21    real life, but --
22         CHIEF DEPUTY GRAMKE:  That's an
23    (inaudible) F-you to us.  That's an open
24    F-you to this administration.
25         SHERIFF MCGUFFEY:  That's why we

Sheriff McGuffey

1　have a social media policy, because it isn't

2　just a little thing.  It isn't.  And we

3　didn't create a social media policy.  Every

4　sheriff before us did.

5　　　　　　　　CHIEF DEPUTY GRAMKE:  And do you

6　think -- do you think that, if we promoted

7　you, after what your wife had done and said

8　and what you had done and said, do you think

9　we'd open up the floodgates of hell to

10　anybody that wants to be critical of this

11　administration?  I mean, Christ, we had have

12　shut the comments off because of these crazy

13　people.  These people have no idea what --

14　they have no idea about what we're doing.

15　They have no idea.  They just -- they believe

16　that maybe we have a star chamber down here

17　and that we plan evil things.  We're too

18　busy.  We're working.  We're rebuilding an

19　entire sheriff's department.  So there has to

20　be consequences, Jason, there has to be.  We

21　can't promote you after what's been done.

22　　　　　　　　Now, I'm not saying that's for

23　ever, but I need to see a change.  We need to

24　see a change in attitude.

25　　　　　　　　SHERIFF MCGUFFEY:  It is

Sheriff McGuffey

1    important.  I mean, we have a social media

2    policy for a reason.  It's not something

3    that's nonconsequential.  We fired, what was

4    it, Carla because of her social media

5    craziness.

6              CHIEF DEPUTY GRAMKE:  Oh, right.

7              SHERIFF MCGUFFEY:  Remember when

8    she started that?

9              CHIEF DEPUTY GRAMKE:  You saw

10   the -- you saw the -- last years CPT.  She

11   badmouthed the sheriff's department, the

12   local sheriff's department.  Her agency fired

13   her.  They said, hey, you're causing a strain

14   in our relationship with the sheriff's

15   department.  They fired her and it was

16   upheld.  No, social media is a big deal.

17             SHERIFF MCGUFFEY:  And, you

18   know, your household, your friends, those are

19   the people that reflect upon you.  I've been

20   very careful my entire career about that.

21   And I've had to -- I've had to release some

22   people because, A, you're not going to act

23   like that and be around me or be associated

24   with me.  It just ain't going to happen.

25             So I hope that your wife will

Sheriff McGuffey

1    support your career.  I don't care if she

2    likes me or not.  If she's holding a grudge

3    on that incident, let her know I don't even

4    remember it.  It's just a lot of baggage

5    she's carrying around.  I'm not carrying it.

6    It makes no difference to me.  You know,

7    whatever happened, I did what I thought at

8    the time, and if the somebody lied to create

9    that, that's who I would be mad at.  But, you

10   know, the issue is, hey, I want you to do

11   well, Jason.  That's the message you're

12   leaving here with, honestly.  And past

13   administrations, you've lived through it,

14   once you got a black mark on ya, you were

15   done.  Just like Art Conley told you, oh,

16   (making noise) I hate that guy.  I hate that

17   guy.  I hate Joe Schmidt.  I hate Kim Snow.

18   Okay.  I'll say it right now.  I'm not going

19   to put it on Facebook.  But they did stuff to

20   me and everybody here.  They abused people.

21   That's why I don't like them.

22            DEPUTY DAVIS:  Yeah, I remember.

23            SHERIFF MCGUFFEY:  You know?

24   But we're not going to do that.  That's not

25   the way we want to do things.  I want --

Sheriff McGuffey

1    you're a hard worker.  Shit, man, let's grow

2    you.  Let's get you moving, you know.

3    Really, Jason.  You know, you and I had a bad

4    interaction.  I mean, what about all of the

5    good interactions we had?

6                    DEPUTY DAVIS:  Yeah, for years.

7                    SHERIFF MCGUFFEY:  For years.

8                    DEPUTY DAVIS:  I know.  So --

9    and I was obviously acting upon something

10   that somebody told me that wasn't true.

11                   DEPUTY DAVIS:  I get it.

12                   SHERIFF MCGUFFEY:  So, Chief,

13   where do we go from here?

14                   CHIEF DEPUTY GRAMKE:  I think

15   I've said my piece.  I think you understood.

16   I think you know what to do.  I mean, I'm not

17   telling you you're blackballed.  You're not.

18   But you -- again, there's consequences.  You

19   know, we skipped somebody -- I know you know.

20   We skipped somebody on the corporal.  It was

21   the same thing.  I mean, except it wasn't

22   social media.  It was just the badmouthing

23   was -- you know.

24                   You know, the bottom line is, is

25   you work for the agency.  There's a level of

Sheriff McGuffey

1    loyalty that you are -- basically you have to

2    have towards the administration, towards this

3    agency, towards the whole nine yards.  You

4    have to have that loyalty.  It's part of your

5    job.

6              DEPUTY DAVIS:  And I agree.  I

7    think I have that.

8              CHIEF DEPUTY GRAMKE:  Well,

9    again -- again, I had a guy right behind you

10   that, you know, he didn't make a comment

11   about us not being at a football we didn't

12   know about.  He does have a wife who doesn't

13   go on Facebook and talk to crazy people that

14   make horrible memes about the sheriff.  So --

15   just you're not blackballed.  You can go

16   forward and be successful and -- but we'll

17   see where it goes.  I mean, it needs to

18   change.

19             DEPUTY DAVIS:  All right.

20             SHERIFF MCGUFFEY:  Let's

21   reconvene.  Let's talk again in several

22   months and see how you're feeling and see how

23   things are going.  And I'm happy to talk to

24   you about if we are going to do another

25   corporal or what it might look like.

Sheriff McGuffey

1          CHIEF DEPUTY GRAMKE:  Right now
2    there's no RENU openings, there's no corporal
3    openings, to my knowledge.  Now, I don't know
4    how long that test is good.
5          DEPUTY DAVIS:  Which?
6          CHIEF DEPUTY GRAMKE:  The
7    corporal.
8          DEPUTY DAVIS:  Another year.
9    I'm not too stressed out about the corporal.
10   I mean, my goal has always been to get down
11   to RENU.
12         CHIEF DEPUTY GRAMKE:  Yeah, I
13   don't know of any movement down.
14         SHERIFF MCGUFFEY:  Well, you
15   never know.  There could be.  But maybe we --
16         CHIEF DEPUTY GRAMKE:  When I
17   tested, my interview for RENU, they said they
18   needed one body and it was Terrell Williams.
19   And I knew he was going to get it because
20   Terrell was Terrell and he got it and I was,
21   oh, well, I'll try the next time.  And Jim
22   Bryant walked in and told Keith Crappy
23   (phonetic) to go fuck himself and I was down
24   there the next Thursday.  So you never know
25   what can happen.

Sheriff McGuffey

68

1          SHERIFF MCGUFFEY:  What can

2    happen in this business.  Jason, thank you

3    very much for being honest and coming in and

4    there's -- and keep us up to date on your

5    football team as well.

6          DEPUTY DAVIS:  Oh --

7          SHERIFF MCGUFFEY:  We try and

8    support that.

9          DEPUTY DAVIS:  Like I said,

10   tremendous support this past season.  So, I

11   mean, I'm not complaining about any of that

12   or anything else.

13         SHERIFF MCGUFFEY:  Okay.

14   Well --

15         DEPUTY DAVIS:  So I appreciate

16   it.  Thank you for your time.

17         SHERIFF MCGUFFEY:  Well, thank

18   you.  All right.

19         DEPUTY DAVIS:  Thank you.

20         SHERIFF MCGUFFEY:  Thank you

21   very much.

22         (Conclusion of meeting.)

23

24

25

Sheriff McGuffey

69

1                    C E R T I F I C A T E

2    STATE OF OHIO       :

3                           SS

4    COUNTY OF HAMILTON   :

5

6                    I, Julie Patrick, do hereby

7    certify that the foregoing transcript was

8    transcribed into typewriting by computer

9    under my supervision, and that the same is

10   true and correct in all respects as

11   transcribed from the audio recording.

12                    I further certify that I am

13   not counsel, attorney, relative or employee

14   of any of the parties hereto, or in any way

15   interested in the within action.

16                    IN WITNESS WHEREOF, I have

17   hereunto set my hand and Notarial seal on

18   this 29th of April, 2024.

19   _____

20   My Commission expires      Julie Patrick
          3/13/20__            Notary Public -
21                             State of Ohio

22

23

24

25

**1**

**100** 22:8
**12** 30:9,10,19
33:23
**12-hour** 29:5,12
**13** 28:5
**14** 5:9

**2**

**20** 28:13 34:5 48:3
**2014** 3:16
**21** 5:10 34:5 41:8
**26** 12:25
**29th** 50:22

**3**

**3:00** 20:20 21:6

**4**

**4:00** 17:9

**5**

**5** 4:6
**50** 49:20
**55** 27:25 43:12
**5:00** 21:7

**6**

**60** 47:21

**7**

**70** 47:21
**72** 43:12

**8**

**80** 47:20
**800,000** 43:8
**8:30** 20:21

**9**

**90** 33:13 35:9
**9:00** 20:20

**A**

**a-hole** 24:11
**a.m.** 17:9
**absolute** 19:9
59:7,18
**absolutely** 30:16
46:14
**abused** 64:20
**academy** 28:18
**accident** 19:2
40:17
**accountability**
14:18

**act** 63:22
**acting** 65:9
**action** 44:25 45:1
55:1
**actions** 42:23
51:16 52:2 54:8
60:5,11
**actual** 4:22
**Adams** 9:15 11:5
**address** 24:3
**administration**
11:20 24:16 32:23
41:15,18 61:24
62:11 66:2
**administrations**
64:13
**advise** 58:10
**affect** 32:3
**afternoon** 21:6
**age** 39:15
**agencies** 44:20
**agency** 21:13,21
22:16 36:13 48:25
49:7 50:17,18
63:12 65:25 66:3
**agree** 23:21 54:18
66:6
**ahead** 7:10 9:19
61:2
**ahold** 56:11
**airport** 34:15
49:25
**alcoholic** 37:23

**Ali** 35:20
**Anderson** 4:6
33:4,7,9 35:23,24,
25 36:1 43:25
44:1 49:20
**anybody's** 47:3
**apparently** 55:12
**applaud** 14:17
**Art** 64:15
**assessed** 43:7
**assign** 8:15
**assigning** 59:11
**assume** 38:6
**attacked** 53:22
**attention** 22:19
**attitude** 62:24
**attract** 19:9
**audience** 17:6
**audio** 55:5,19
**audiotape** 53:13
**awards** 31:11
**aware** 52:2
**awesome** 11:3
25:21,23 34:23
**awful** 30:16

**B**

**back** 3:1 6:20
18:18 20:21 24:14
25:9 41:9 47:24
56:13

Sheriff McGuffey

**backseat** 34:24

**backyard** 38:1

**bad** 11:17 22:5 32:9 40:20,21 51:2 57:17,21 65:3

**badly** 53:2

**badmouth** 36:17 47:7,8

**badmouthed** 46:22,23 63:11

**badmouthing** 42:25 47:13 50:21 65:22

**baggage** 64:4

**ball** 10:25 19:15, 17,19,25

**bare** 29:20

**Bart** 38:25

**based** 6:11 8:6

**basement** 13:21 21:23

**basically** 5:24 12:9,10 66:1

**basing** 59:22

**bearing** 12:15

**beginning** 3:8

**behavior** 51:21 58:23

**believed** 35:8

**benefits** 60:5

**big** 63:16

**biggest** 34:24

**bit** 15:21 20:23 26:11,16 30:23

**bitching** 32:5 33:6,8 34:9,18 46:17,18

**blaa-blaa-blaa** 34:17

**black** 50:13 64:14

**blackballed** 65:17 66:15

**blah** 19:20

**blasted** 49:1

**blemish** 11:14

**blow** 31:17

**board** 33:3 35:15, 17 36:4,5,21 41:5 49:11,18

**body** 67:18

**boggles** 47:5

**bombed** 59:13

**bones** 29:20

**boring** 37:24

**boss** 12:21 13:9

**bottom** 65:24

**Bowl** 25:20

**Brewer** 11:7

**bribed** 30:5,6,9

**bridge** 25:17

**brilliant** 28:20

**bring** 49:15

**brother** 16:3,8,9, 18

**brought** 22:19 47:16 48:23

**Bryant** 67:22

**build** 21:12

**bullshit** 12:6 28:25 32:6

**bunch** 50:22

**burned** 55:19

**business** 44:17 54:3 68:2

**busted** 59:12

**busy** 3:1 10:11,18 38:9 45:11 47:19 62:18

**butt** 20:12 23:17 53:12 59:12

**butts** 20:12

**buy** 20:15

**Bye** 46:11

———————

**C**

———————

**cabinet** 31:13

**Cadel** 60:2

**cadet** 31:22 32:10

**calendar** 20:13,15

**call** 3:21 8:16

**called** 24:5 29:11 34:15 43:13

**calling** 18:2

**camera** 31:12 34:24 49:14

**cameras** 34:20

**candid** 60:3

**care** 22:9 39:21 45:10 60:24 64:1

**career** 23:13 38:21 46:4,6,7,10 58:19 63:20 64:1

**careful** 43:10 58:1 63:20

**Carla** 63:4

**Carolyn** 9:14

**carrying** 54:21 64:5

**cars** 4:24 34:21

**case** 15:25

**cases** 8:16 16:6, 13 59:11

**causing** 63:13

**center** 31:15

**certified** 28:1,3

**cetera** 12:21 13:19

**chain** 26:22

**chair** 40:17

**challenging** 11:19,20

**chamber** 62:16

**chance** 55:17

**change** 28:12 34:14,20 51:21 62:23,24 66:18

**character** 39:3

**charge** 49:16

**Chase** 32:13

**chasing** 4:19

**cheaper** 29:21

**Check** 48:15

**chewed** 53:12,21 54:2 60:18

**chewing** 56:14

**Chief** 3:23 7:1,6,8, 18,22 8:3,25 9:3, 8,16,20 10:4,10 11:18 12:8,20 17:14,21,24 20:4, 16 21:12 23:2 24:24 26:17 27:9, 12 28:4,7,11 29:4 30:4,8,12,25 31:6, 24 33:12,16,21 34:10 35:1,4,7,11, 18 36:20 38:7 39:6,8,12,18,23 40:3 42:18,20 43:11,19,25 44:5 46:14 47:14 48:8, 11,15 50:2 52:13 58:5 60:1,9,17,22 61:8,22 62:5 63:6, 9 65:12,14 66:8 67:1,6,12,16

**chocolate** 21:24

**choice** 4:11

**chow** 30:21

**Christ** 37:20,21 39:1 62:11

**church** 33:22

**citation** 31:11

**city** 41:24 61:11

**clarify** 6:12

**clear** 40:10

**cleared** 35:9

**Clepper** 53:4,16 55:8,18 56:4,12, 17,21

**Clepper's** 56:12

**Clermont** 11:7

**close** 14:11 46:1

**closed** 15:16

**closely** 13:1 14:4

**coach** 19:19

**Coesfeld** 37:9

**college** 36:16

**command** 20:11 36:25

**comment** 66:10

**comments** 9:12 62:12

**committee** 31:12

**company** 32:8

**complaining** 33:8 68:11

**completed** 32:13

**completely** 16:2

**computer** 21:25

**concern** 29:18

**conclusion** 68:22

**Conley** 39:1 41:9

64:15

**consequences** 22:10 42:22,23 47:4 60:4,11 62:20 65:18

**considered** 22:16

**constant** 33:8

**constantly** 57:25

**constituents** 43:8

**contact** 50:23

**continue** 51:22,24 52:6 58:23

**contrast** 32:11

**controversy** 38:14

**conversations** 45:25

**converse** 11:21

**cop** 18:21

**cops** 61:11

**corporal** 6:9,24 7:24 8:1,11,21 42:11 43:4 65:20 66:25 67:2,7,9

**corporal's** 6:10, 15,20 8:10 42:16

**corporals** 7:17

**Correct** 55:10

**correction** 41:18

**corrections** 29:3 41:15

**count** 54:3

**country** 48:4

**county** 4:2 11:8

**couple** 25:9 41:17

**court** 26:5

**CPT** 63:10

**crappy** 30:20 67:22

**craziness** 22:20 63:5

**crazy** 9:12,17 11:22,24 21:22 35:8 42:25 43:23 58:5 61:10,11,13 62:12 66:13

**create** 62:3 64:8

**created** 39:14

**crime** 31:15

**critical** 62:10

**criticism** 25:3

**cut** 46:6

**D**

**dad** 43:13

**damaging** 21:25 22:2

**damn** 45:11 57:7

**darn** 3:1

**date** 8:15 68:4

**daughter** 39:13, 21

**Davis** 3:3,9,12,16, 19,25 4:5,8,12,17,

21 5:2,10,13,19,
21,24 6:5,8,22
7:7,11,15 8:2,8
9:2,7,23 10:6,22
12:7,13,22 14:24
15:11,17 16:2,16,
19,22,23 17:18
18:6,13,24 19:1
20:8 23:15,25
24:17 25:5,12,18
26:10,19,25
28:18,23 29:8,17,
24 30:11,17 31:3,
23 33:10,13,20,25
34:12 35:3,6,16
37:5,11,14 38:16,
23 39:22 40:1
41:7,13 42:2
43:17 44:4,13
45:16,21 47:11,17
48:6,10,14 49:17
50:8,19 51:9,14,
17,23 52:4,8,18
53:3,8,17,21 54:4,
14,18,22 55:2,10,
14,24 56:3,8,21
57:3,8,12,17
58:20,25 59:4
60:7,16 61:3,5,18
64:22 65:6,8,11
66:6,19 67:5,8
68:6,9,15,19

**day** 18:3,18 20:17
21:2 43:7 49:24
59:3

**days** 20:14 49:22

**dayshift** 4:13,14,
18 26:3,6

**DC** 31:18

**deal** 20:2 38:18
63:16

**dealing** 31:1

**dealt** 10:12 60:13

**decisions** 55:13

**Democrat** 49:3

**department** 10:1,
9 11:15 14:21
18:14 22:23
27:22,23 37:8
40:24 44:9 47:13
48:18 50:23,24
51:2 62:19 63:11,
12,15

**depend** 17:7

**deputy** 3:3,9,12,
16,19,23,25 4:5,8,
12,17,21 5:2,10,
13,19,21,24 6:5,8,
22 7:1,6,7,8,11,
15,18,22 8:2,3,8,
25 9:2,3,7,8,16,
20,23 10:4,6,10,
22 11:18 12:7,8,
13,22 14:24
15:11,17 16:2,16,
19,23 17:14,18,
21,24 18:6,13,24
19:1 20:4,8 21:12
23:15,25 24:17
25:5,12,18 26:10,
17,19,25 27:9,12
28:4,7,18,23 29:4,
8,17,24 30:4,8,11,
12,17,25 31:3,6,
23,24 33:10,12,
13,16,20,21,25
34:10,12 35:1,3,4,
6,7,11,16,18

36:20 37:5,11,14
38:16,23 39:8,12,
18,22,23 40:1,3
41:7,13 42:2,20
43:11,17,19,25
44:4,5,10,13
45:16,21 46:14
47:11,14 48:6,8,
10,11,14,15 49:17
50:2,8,19 51:8,9,
14,17,23 52:4,8,
13,18 53:3,8,17,
21 54:4,14,18,22
55:2,10,14,24
56:3,8,21 57:3,8,
12,17 58:5,20,25
59:4 60:1,7,9,16,
17,22 61:3,5,8,18,
22 62:5 63:6,9
64:22 65:6,8,11,
14 66:6,8,19 67:1,
5,6,8,12,16 68:6,
9,15,19

**destroyed** 49:5

**detective** 18:22

**difference** 64:6

**difficult** 28:14

**digging** 5:2

**digitized** 48:23

**dime** 4:2

**direction** 37:17

**directions** 17:8

**disappeared** 32:1

**disappointed**
17:1 25:1

**displeasures** 9:24

**district** 4:6 35:21,
22

**districts** 32:12
35:22

**dog** 22:4

**domicile** 15:2

**door** 25:7

**double** 20:2

**doubled** 20:19

**doubt** 22:20 31:4,
5 48:7

**drink** 37:24

**drives** 58:2

**driving** 49:19

**drone** 32:11

**drones** 32:15

**drop** 34:3

**due** 9:4

**duty** 33:14,18

---

### E

**E-MAILS** 26:11

**early** 11:6 27:3

**earn** 33:17,19

**eats** 21:24

**echoing** 49:6

**Educational**
31:18

**eligible** 34:4

**embrace** 19:23

**end** 32:19 50:12, 14

**entertainment** 61:19

**entire** 21:3 22:23 38:20 40:12 62:19 63:20

**environment** 54:13,16

**ethic** 42:7 59:23

**evening** 20:18,23

**event** 21:5

**events** 20:18,23

**evil** 62:17

**exam** 6:9

**excel** 23:19 39:2

**excellent** 60:3

**excuses** 49:21

**expansion** 31:12

**explain** 55:17

**extremely** 42:9

**eye** 41:20

**eyes** 49:12

_____

**F**

**F-YOU** 61:23,24

**face** 17:17

**Facebook** 9:4,13 11:20,21 13:4 15:22 39:14 41:1 52:12,14 57:23 58:12 64:19 66:13

**fact** 54:23

**fair** 9:23 27:2 42:6 54:6 59:22

**fall** 37:20 54:7

**Fallen** 11:4

**falling** 10:13

**family** 13:18

**fault** 25:13

**fed** 36:15 44:1

**feeding** 61:12

**feeds** 36:14

**feel** 12:3 42:6 61:9,17

**feeling** 66:22

**feelings** 25:4 40:13

**fell** 25:13

**female** 49:2

**Fest** 36:2

**Festival** 21:6

**figure** 8:18,22

**fill** 29:21

**finally** 3:12

**find** 6:17 18:21 27:20,24

**fine** 18:24

**finger** 12:11 38:14

**fire** 57:7 58:15

**fired** 53:5,12 63:3, 12,15

**fix** 27:2

**fixed** 27:8

**flat** 24:9 41:14

**flip** 61:16

**Flock** 31:12 34:23 49:14

**floodgates** 62:9

**floor** 30:20

**flying** 12:11 26:12

**food** 42:3

**football** 9:9,11,25 17:2 23:6,9 25:15 26:1 49:24 50:9, 10,23 66:11 68:5

**force** 48:20

**forever** 34:13 53:23

**forthright** 23:3

**forum** 25:2

**forward** 36:8 43:2 66:16

**found** 27:2

**Fox** 10:8

**freaked** 57:22

**freely** 59:24

**fresh** 48:12

**Friday** 26:4,7

**friend** 13:19

**friendly** 60:15

**friends** 63:18

**front** 54:9

**fruition** 28:16

**frustrated** 50:25

**FTO** 3:20

**fuck** 67:23

**full** 13:21 20:14 50:23

**funny** 61:13

**future** 45:25 48:24

_____

**G**

**game** 9:9,25 10:9 17:2 25:15 26:1

**games** 49:24

**garden** 37:25

**gave** 55:17

**gay** 49:3

**gene** 29:19

**general** 10:23

**give** 13:15 20:4 39:20 53:13

**glad** 42:15

**goal** 67:10

**God** 25:2 28:6 35:3 45:10 52:11 54:16 58:1

**good** 14:6 22:17 23:1 27:20,23 30:2 31:25 46:16 53:23 56:2 61:4 65:5 67:4

**gossiping** 53:11 56:14

**GRAMKE** 3:23 7:1,6,8,18,22 8:3,

25 9:3,8,16,20 10:4,10 11:18 12:8 17:14,21,24 20:4 21:12 26:17 27:9,12 28:4,7 29:4 30:4,8,12,25 31:6,24 33:12,16, 21 34:10 35:1,4,7, 11,18 36:20 39:8, 12,18,23 40:3 42:20 43:11,19,25 44:5 46:14 47:14 48:8,11,15 50:2 52:13 58:5 60:1,9, 17,22 61:8,22 62:5 63:6,9 65:14 66:8 67:1,6,12,16

**grandmother** 11:7

**Grant's** 11:6

**great** 11:3,16 18:10 19:22 21:19,20,21 25:21 31:20 46:13

**green** 17:14,25 24:23 25:7 27:9, 17 48:20

**grizzles** 34:16

**group** 60:24

**grow** 19:10 27:25 65:1

**grudge** 57:15 64:2

**grudges** 54:16

**guard** 18:10 25:21

**guess** 43:20,21 47:1 56:17

**gun** 31:12

**guy** 7:25 36:6 64:16,17 66:9

**guys** 7:25 8:9 14:19 17:6,13 18:7 19:11,22 21:15,19 24:4,6, 25 28:24 29:20 30:3 32:2,4 34:1, 18 37:21 38:25 39:5 42:14 49:22 53:1,13 56:18

---

## H

**half** 48:24

**hand** 10:13

**handwriting** 48:19,20,22

**hang** 46:8

**happen** 7:14 22:22 23:12,13 57:1 63:24 67:25 68:2

**happened** 7:23 43:16 48:16,17 54:13 64:7

**happy** 23:5 66:23

**hard** 22:15 27:20, 24 28:12 42:10 65:1

**hardest** 59:7,9

**hate** 19:19 64:16, 17

**heading** 30:13

**hear** 33:5,6

**heard** 24:7 25:3

**hearing** 7:9 33:8

**heavy** 3:20 54:21

**helicopters** 32:14

**hell** 10:19 17:11 62:9

**helps** 26:23

**hey** 8:13 14:17 17:6,13 19:22 20:3 22:7,11 30:13 36:3 52:6 63:13 64:10

**high** 31:18,21

**hiring** 18:19

**history** 48:25

**hit** 26:7

**hold** 13:14 54:15

**holding** 57:15 64:2

**hole** 55:20,22

**home** 14:23 15:5

**honest** 23:3,4,5 24:20 68:3

**honestly** 53:25 64:12

**honesty** 24:2

**honor** 18:9 25:21

**hooked** 34:22

**hope** 14:6 63:25

**horrible** 31:2 66:14

**Horton** 29:10

**hot** 57:4

**hours** 18:4 26:6 30:9,10,20 33:23 47:20,22

**house** 14:10 35:20

**household** 15:23 50:12,14 63:18

**housing** 42:3

**huge** 29:6

**huh-uh** 40:17

**hundred** 24:2 44:13

**hurt** 9:25 25:4 46:10 51:22,24 52:3 57:18,21 58:13,16

**hurting** 46:4,6 51:16 58:22

**hurts** 50:17

**husband** 15:1

**hustle** 46:17

---

## I

**idea** 28:19 47:15, 18 62:13,14,15

**idiots** 39:3 57:23 58:7

**image** 30:10

**imagine** 30:19

**important** 18:15 63:1

**impression** 27:4

**in-car** 49:14

**in-service** 26:2

**inaudible** 3:24 4:20 6:25 20:5 25:11 27:18 28:9 29:6 32:1 35:5 48:2 61:23

**incident** 53:4 54:1 64:3

**including** 22:25

**individual** 15:23

**info** 10:8

**information** 14:20 15:3 44:2,18,19

**insane** 30:14

**insanity** 49:8

**integrity** 42:7 53:22 55:16 59:23

**intelligence** 31:14

**interaction** 65:4

**interactions** 65:5

**interdiction** 5:4

**interesting** 42:4

**internet** 11:2 48:9

**interview** 59:13 67:17

**interviews** 5:3

**issue** 45:22 64:10

**J**

**jacked** 32:7

**jail** 3:8,10 5:18 10:13,16 28:2 29:13,19,20,22 32:19 48:1,4,17

**Jason** 12:12 16:22 27:20 32:24 38:18 40:18 44:8 45:5,13 47:6,17 48:18 60:5 62:20 64:11 65:3 68:2

**Jesus** 37:19 38:3 39:1 58:7

**Jim** 5:20 13:10 21:17 28:2 67:21

**job** 14:4 18:21 34:14 39:11 46:13,16 51:12 52:17 60:6 66:5

**Joe** 39:1 64:17

**judge** 40:22

**K**

**Keith** 53:15 55:8 67:22

**Ketteman** 10:25

**kids** 31:21 36:15, 16 50:22

**kids'** 50:9

**kill** 13:7 27:15 57:25

**killed** 53:22

**killing** 10:16,20 47:23

**Kim** 39:1 64:17

**kind** 3:6 13:3,18 17:2 24:25 28:17 34:8 35:19 47:5 50:1,25

**kinds** 35:19 44:18

**knew** 10:5 40:20, 21 57:17 67:19

**knowledge** 67:3

**Kyla** 17:7 18:2

**L**

**lady** 10:7 43:24

**late** 21:3

**laughing** 20:16

**leading** 49:15

**learned** 23:6

**leaving** 34:8 64:12

**left** 41:9 56:9

**Leis** 12:25 13:5,16 22:4 60:13,17

**letter** 17:15,25 24:23 27:10,17

**letters** 25:7 48:21

**level** 27:8 65:25

**lid** 15:16

**lied** 53:8,16,19 55:9 64:8

**lies** 11:22 38:14

**life** 14:6,14 19:18 22:6 40:11,12 44:24 61:21

**light** 11:16 51:3 58:15

**lightening** 38:13

**likelihood** 14:20

**likes** 13:14 64:2

**lined** 31:20

**lingering** 15:20

**list** 6:10,25 7:5,9 26:13 28:1 47:19

**listen** 38:11 40:9, 13 57:20

**literally** 61:10

**live** 13:24 14:7

**lived** 40:11 64:13

**lives** 15:22 37:25 38:6

**living** 15:2

**local** 63:12

**long** 5:7 16:3 19:4 27:4 42:8 59:3 60:11 67:4

**long-time** 13:18

**longest** 37:8

**looked** 11:23 12:12

**loose** 46:6

**lose** 27:24

**lost** 48:1

**lot** 4:1 11:1,9 16:1 31:25 33:2 34:6 37:16 44:11,16 50:3 52:15 64:4

Sheriff McGuffey

**lots** 19:11 44:21

**love** 23:6,7,8 34:20,25

**loved** 23:7

**loyalty** 18:14 66:1,4

**LPR** 34:22

**luck** 30:2

**lying** 55:8

---

**M**

**mad** 24:21 37:19 45:7 55:8 64:9

**made** 9:12 55:12

**major** 5:17 29:10 41:16,21 52:20,24

**make** 43:4 49:21 57:6 66:10,14

**makes** 11:22 29:1 38:15 41:2,4 49:7, 17 64:6

**making** 8:1,10 64:16

**malcontent** 24:5, 7,18 25:25 26:14

**man** 19:22 24:25 56:25 58:2 65:1

**management** 31:9

**mark** 53:11 64:14

**market** 18:18 19:8

**married** 14:1

**MCGUFFEY** 3:4, 11,14,17,22 4:4,7,

10,15,20 5:1,6,12, 15,20,22 6:3,6,19, 23 7:4,13,16,20 9:14,18 12:18,23 14:25 15:12,19 16:15,17,20,24 17:16,19,23 18:12,20,25 19:6 20:6,9 21:14 23:24 24:13,19 25:16 26:9,21 27:1,11,19 28:6, 10,21 29:16,23 30:6,15 35:10 36:18,22 37:6,12, 15 38:17,24 39:10,16 40:2,7 41:12,25 42:15 43:6,23 44:3,7,15 45:19,23 50:11 51:4,11,15,19,25 52:5,9,15,23 53:6, 15,19,25 54:5,15, 20,25 55:6,11,21, 25 56:6,16,23 57:5,10,14,19 58:6,21 59:2 60:20 61:1,4,25 62:25 63:7,17 64:23 65:7,12 66:20 67:14 68:1, 7,13,17,20

**Mcmillian's** 11:5

**meatball** 39:24

**med** 30:21

**media** 10:7 36:11 59:25 61:19 62:1, 3 63:1,4,16 65:22

**meeting** 49:20

56:10 68:22

**member** 22:25

**memes** 61:14 66:14

**memory** 56:25

**men** 15:15 27:20, 23

**mentioned** 17:11

**mess** 57:4

**message** 64:11

**messenger** 10:3

**met** 29:9

**metrics** 32:2

**military** 10:24,25 25:20

**mill** 5:25 8:20,24

**million** 36:12

**mind** 31:17 47:6

**Minkhouse** 41:16

**minute** 24:14

**minutes** 35:9 49:20

**mistake** 29:6

**mixing** 52:21

**model** 28:13

**molds** 40:15

**mom** 11:5 12:1

**moment** 6:20

**Monday** 26:5

**money** 19:11

**monitor** 12:16

**month** 21:3

**months** 66:22

**Moon** 21:6

**morning** 21:3

**move** 36:7 43:9

**moved** 26:12

**movement** 67:13

**moving** 26:21,22 43:1 65:2

---

**N**

**needed** 8:11 13:19 67:18

**negative** 15:7 36:13

**negatively** 14:13

**Neil** 5:20 13:10 21:17 28:2

**news** 10:8 38:15 43:15

**nice** 9:10 18:11

**night** 17:9 18:5 20:21 21:3

**nights** 4:6,11

**nightshift** 4:18,23 26:4

**noise** 64:16

**nonconsequential** 63:3

**normal** 15:4

Sheriff McGuffey                    Index: notably..programs

notably 7:24

note 25:5

numerous 9:12

nuts 58:2

---

**O**

Oaks 31:20

October 36:2

office 20:15 29:11
31:19 37:3 40:8

officer 13:17
22:17 28:1,3

officer's 18:17
19:8

officers 23:20
27:25 33:11 34:2,
7

open 25:2,7 35:20
49:12 61:23 62:9

opener 41:20

openings 67:2,3

opinion 12:14
22:5 50:17,20
52:7

opinions 22:8
52:7,10,12

order 6:13 8:19

organize 17:5

overcome 10:12

overtime 26:7,13
29:22 47:23

overwhelmed
23:10

---

**P**

---

pages 59:15

paid 28:25

paint 48:12

pamphlet 31:18

paper 4:19

parole 32:14,18

part 19:18 40:24
42:12 52:3 66:4

participated 13:8

partner 30:20

pass 30:21

past 10:24 24:15,
16 25:19 64:12
68:10

patrol 3:13 7:23
10:15 29:19,21
31:13 52:25

pay 8:1,10

paycheck 33:17,
19

people 8:1,6
10:14,15 12:9
16:14 17:4 19:9,
10 20:11 21:10
27:3 29:2 31:25
33:2 35:22 36:1
37:2,18 38:5,11
39:13 40:25
42:24,25 45:25
46:8 49:5,6 52:16
54:9 58:4,13,15
62:13 63:19,22
64:20 66:13

people's 54:8

percent 24:2
33:13 44:14

performed 31:8

person 4:14 9:17
11:22 12:16 13:13
14:17 15:22 20:3
22:2 27:7 36:25
37:24 38:12 40:8
43:14 49:10 61:10

personally 13:15
38:5

perspective 12:19

phenomenal
34:21

phone 8:16 59:16

phonetic 37:9
39:24 41:16 53:11
55:18 60:2 67:23

picked 6:1,14,15
8:19 42:9

picture 3:6

piece 65:15

pissed 55:15

place 13:19 18:16
32:21 36:2,17
40:15 47:24 60:12

plan 62:17

play 23:8

played 19:24,25

playing 20:7
50:22

plumbing 42:3

point 39:4 58:8
61:6

pointing 38:14

police 4:18,22

policy 25:7 32:7
56:5 62:1,3 63:2

political 21:9

pool 29:19

Pop 25:22

position 6:1 42:16
51:7

positions 6:24

positive 36:6

posted 11:2

pot 26:11

practically 57:24

pre 34:3

present 11:6,8

president 29:14

pretty 54:21 56:2

pride 16:10

privy 44:17

prized 13:2

Pro 3:25

proactive 34:19

procedures 32:7

process 47:2,3
55:3

program 31:22
32:11

programs 13:2

**project**  31:9

**projects**  32:20

**promise**  21:17 45:1 60:21

**promote**  8:5 28:8 47:9 62:21

**promoted**  3:13 6:25 7:2 29:9 41:10,19 45:15 59:8 62:6

**promoting**  10:9

**proud**  18:13

**prove**  23:16

**Pruitt**  53:11 55:2 56:10,15,22

**Pruitt's**  56:24

**public**  21:19 22:25 44:21

**pulled**  17:8 43:12

**purpose**  44:25 45:1

**push**  27:7

**put**  9:8 10:2 11:14,16 12:19 27:25 36:12,15,16 38:20 51:2 52:12 64:19

**Q**

**qualify**  24:15

**quarter**  21:17

**question**  51:5 52:16

**questioned**  55:16

**questions**  5:23

**quick**  3:7 51:5

**R**

**rabbit**  55:22

**radio**  4:19 33:23

**ran**  13:2

**range**  31:13

**rapport**  53:23

**reached**  10:6 11:10 25:14

**reaching**  19:2

**real**  3:7 31:15 61:20,21

**realize**  38:11 44:8 51:16

**realizes**  51:20

**reason**  14:8 27:3 38:19 40:9 49:22 57:13 59:8 63:2

**rebuild**  32:10 33:1

**rebuilding**  35:13 62:18

**receives**  14:21

**recollection**  56:2

**reconvene**  66:21

**recruits**  28:13

**reflect**  14:13 63:19

**reflects**  14:9

**refresh**  56:25

**regard**  16:1

**relate**  19:15

**related**  14:1

**relationship**  63:14

**release**  63:21

**relocation**  32:16

**remedy**  22:21

**remember**  5:17 10:19 11:4 31:22 54:1,2 63:7 64:4, 22

**remodel**  32:13

**remotely**  58:13

**RENU**  6:1,14 7:25 8:14 9:1 15:9 32:15 45:14 67:2, 11,17

**rep**  52:21

**repaint**  32:21

**reply**  11:11

**report**  57:6

**reports**  48:19

**represent**  22:23 40:23

**representation**  40:25

**representing**  22:24 50:24

**repurpose**  31:13

**reputation**  24:10

**request**  21:11,14

**respect**  13:9 41:4 45:8

**restructure**  32:15

**retire**  33:18 34:4

**retired**  33:14 34:6

**retreat**  31:14

**rid**  56:4,9

**ridiculous**  38:4

**rifle**  3:21,25

**risk**  15:24

**Riverbend**  35:24 49:23

**road**  5:18 8:11 52:25

**roadside**  5:3

**rod**  38:13

**role**  39:5

**roommate**  14:11 15:1

**rub**  56:7

**rumor**  5:25 6:14 8:20,24 42:10,17

**rumors**  6:11 8:17 56:14

**run**  10:14 14:14 22:6 44:24

**running**  41:24 45:17 46:9

**S**

**sack**  54:21

**Saturday** 26:5

**scenario** 61:16

**Scheffler** 55:18

**Schmidt** 39:1 64:17

**school** 31:19,21 36:16 41:14

**Schoonover** 29:10

**screw** 15:25 38:1

**season** 18:8 25:20 68:10

**secretive** 15:10

**sees** 39:21

**selecting** 7:17

**sell** 32:14

**send** 17:25 28:13

**sending** 19:11

**sense** 29:1 49:7

**September** 21:1,4

**settled** 27:5

**shadow** 41:16

**share** 15:3 57:13

**sheets** 30:22

**sheriff** 3:4,11,14, 17,22 4:4,7,10,15, 20 5:1,6,12,15,20, 22 6:3,6,19,23 7:4,13,16,20 9:14, 18 12:4,18,23,24, 25 13:16 14:25 15:12,19 16:15, 17,20,24 17:16,

19,23 18:12,20,25 19:6 20:6,9 21:14 22:4 23:24 24:13, 19 25:16 26:9,21 27:1,11,13,16,19 28:6,10,21 29:16, 23 30:6,15 35:10 36:18,22,23,24 37:6,12,15 38:17, 19,24 39:10,16 40:2,7 41:12,25 42:15 43:6,23 44:3,7,15 45:4,9, 19,23 50:11 51:4, 8,11,15,19,25 52:5,9,15,23 53:6, 15,19,25 54:5,15, 20,25 55:6,11,21, 25 56:6,16,23 57:5,10,14,19 58:6,21 59:2 60:20 61:1,4,14, 25 62:4,25 63:7, 17 64:23 65:7,12 66:14,20 67:14 68:1,7,13,17,20

**sheriff's** 20:14 27:23 31:19 44:9 62:19 63:11,12,14

**sheriffs** 21:11

**shifts** 29:5,12

**shit** 15:16 38:9,18 39:20 61:12 65:1

**shoot** 19:11 24:23

**shot** 23:16 24:1

**show** 19:21 23:18

**showed** 11:7,8

**shut** 62:12

**Simon** 13:5

**sincere** 27:22

**sister** 12:2,20

**sit** 17:12 33:22

**sits** 21:23

**sitting** 32:4 40:16 46:17,19 60:14

**situation** 51:18

**sixteen** 30:14

**skipped** 8:21 42:11 65:19,20

**small** 41:24

**snitch** 54:8

**Snow** 39:1 64:17

**social** 36:11 59:25 61:19 62:1,3 63:1, 4,16 65:22

**socialize** 21:8

**somebody's** 49:2

**son** 11:8

**son's** 39:15

**sort** 3:4

**sounds** 26:23 45:13,14 55:7

**speak** 27:13

**speaks** 39:3

**specialized** 15:9

**specials** 32:15

**specialty** 5:5

**spectacular** 25:22

**spent** 19:11

**spoke** 59:24

**sport** 23:6

**sports** 23:8

**spreading** 56:14

**squash** 13:6

**squashed** 9:1

**staff** 20:11 22:24 36:25 45:8

**stamp** 37:4

**star** 32:13 62:16

**start** 3:7 8:15 55:3

**started** 8:17,20 26:12 56:19 63:8

**starting** 28:14,16

**starts** 20:20

**States** 43:14

**stay** 13:20,21 36:10 58:10

**stayed** 57:9

**staying** 30:13

**step** 39:5

**stepping** 40:10

**stick** 54:11

**stint** 4:13

**stir** 26:11

**stop** 22:11 32:20 58:24 59:1,5

**stopped** 13:22 43:20,21

**stops** 59:15

Sheriff McGuffey

**story** 30:23

**straight** 8:24

**strain** 63:13

**strategic** 31:9

**strategize** 45:3

**street** 8:4

**stressed** 67:9

**strip** 29:20

**stripes** 8:5

**stripped** 28:2

**strong** 40:13

**struggling** 26:23, 24

**stub** 38:15

**stuff** 5:4 11:23,24 12:5 16:14 32:12, 24 36:3 38:20 39:21,25 42:25 50:5 57:9 64:19

**stupid** 61:12

**succeed** 45:6,13

**successful** 66:16

**suckiest** 19:19

**suggest** 45:24

**suggestion** 35:14 36:8 49:9

**Sunday** 21:4 26:5 49:23

**super** 58:17

**supervisors** 23:21

**supervisory**

31:14 32:10

**support** 10:1 11:1,12 17:13,25 18:7 19:16 24:23 25:19 47:12 51:6, 7 52:25 58:19 64:1 68:8,10

**supporter** 50:7

**supportive** 49:11 52:17

**surprised** 57:5

**surrounded** 46:1

**sword** 25:13

**system** 27:10,17 49:15

---

**T**

---

**table** 40:14

**takes** 30:22

**taking** 49:24

**talk** 15:13 21:20 24:24 66:13,21,23

**talked** 11:17

**talking** 16:20,21 40:4 42:24 47:18 56:20

**target** 39:7

**TDY** 26:3

**team** 19:15,16,17, 19,25 20:1,7,10 21:21 49:25 68:5

**teams** 20:1

**technology** 32:11

35:12

**telling** 40:19 43:3 44:6 65:17

**ten** 20:10 28:7

**tenure** 37:8

**terminated** 54:23

**Terrell** 67:18,20

**terrible** 11:25 49:5

**test** 6:21 28:5 67:4

**tested** 67:17

**tests** 42:19

**thing** 3:5 6:16 8:21 10:17,21 12:4 13:4,11 17:2, 4,10 19:14 24:3, 23 26:14 28:15, 17,19 33:5,18 35:13 41:22 44:8 49:20,23 51:1 59:7,10,18 61:20 62:2 65:21

**things** 9:4,5 11:25 15:8 16:1 17:5 19:3 21:7,9,10 23:10 24:12 26:22 32:16 35:19,20,23 38:4 39:13,19 41:3 43:4 45:11 46:9 49:6 50:3,9, 15 54:12 56:2 57:21 62:17 64:25 66:23

**thought** 15:20 47:2,3,10 64:7

**Thursday** 26:7

67:24

**time** 7:10 8:9 9:6 10:8 12:6 20:24 21:25 26:1,2 29:15 31:15 34:6 38:8 45:17 48:25 52:22 57:22 59:21 60:11 64:8 67:21 68:16

**times** 54:3

**toe** 38:15

**told** 8:13 16:8 25:6 27:6 30:3,24 39:6 41:10 46:15, 21 53:9,10 56:10, 18 59:10 64:15 65:10 67:22

**tons** 19:25

**Tony** 48:2

**tool** 31:9

**top** 8:19 42:10

**totally** 8:12 16:14 30:18 53:10

**Township** 33:7,9 44:1

**TQL** 31:15

**track** 20:17

**traffic** 7:25

**training** 4:1 23:22 32:10 36:5 59:14

**treated** 53:2

**tremendous** 18:7, 9 25:19 68:10

**tribute** 10:24

Sheriff McGuffey                                                    Index: trophies..wrote

**trophies** 11:9

**trophy** 11:6

**true** 39:17 42:17
50:16 65:10

**truth** 24:8

**truthful** 24:11
39:20

**Tuesday** 26:6

**turn** 10:17,21

**turned** 11:2

**twelve** 3:9

**twelves** 29:25
30:2

**Typically** 17:4

---

**U**

**UC** 31:20

**Uh-huh** 4:4 5:6,21
27:11 31:23 57:10

**Um-huh** 3:17

**unbelievable**
28:11 31:16 32:20

**understand** 16:3,
12 44:11 47:1
49:19

**understands**
58:22

**understood** 65:15

**unfair** 26:3,16

**uniform** 22:3

**uniforms** 30:21

**union** 29:9 52:21

**unions** 53:1

**unique** 36:24
38:12

**unit** 3:21,25

**United** 43:14

**upfront** 24:11,20

**upheld** 63:16

---

**V**

**valuable** 49:10

**valued** 27:18

**values** 51:13

**verge** 34:8

**versed** 44:23

**vest** 58:8

**vetted** 37:1,6
38:10 40:8 50:16

**vicious** 12:1

**video** 48:12

**vilified** 38:2 39:11

**visiting** 49:25

**vocal** 50:7

**voice** 9:24 25:25

**voluntary** 52:2

**voted** 29:15 30:2

---

**W**

**Wait** 24:13

**waking** 18:4

**walked** 67:22

**wanted** 23:23
53:4,12 54:23

**watch** 43:9

**water** 25:16

**ways** 44:21

**weapons** 3:20

**wearing** 58:8

**wears** 22:3

**Wednesday** 26:6

**week** 47:20,22

**weekend** 21:2

**weekends** 20:25

**weeks** 41:17

**weight** 56:4

**western** 32:12

**whatsoever** 12:15

**whining** 46:18,19

**white** 50:13

**wife** 9:5,11 11:8,
21 12:2,20 13:12
14:16 15:1 22:7
36:10,11,17 40:4,
21 41:1 46:23
47:8 51:6 57:15,
20 58:18 59:24
60:3,5 61:16 62:7
63:25 66:12

**wife's** 12:14

**Williams** 67:18

**windows** 32:22

**woken** 17:9

**woman** 9:12
21:23 35:9 37:19
40:5

**women** 15:15

**won** 25:22

**work** 4:18,23 10:2
11:9 13:23,24
14:5 18:14 20:11,
12,22 32:3,6
33:24 41:1 42:7
49:1 54:13,16
59:23 65:25

**worked** 4:2 13:1,
5,17 22:15 23:17
26:4,6 28:12
34:15 38:25 47:20

**worker** 46:20 65:1

**working** 13:16
14:19 16:13 19:22
20:24 37:21 38:9,
12 54:24 62:18

**works** 16:9 18:1

**world** 48:4

**world's** 37:20

**worse** 10:13
59:18

**write** 55:1 56:24

**writes** 11:23,25

**wrong** 6:13,18
8:24 42:14 54:10

**wrote** 53:10 55:2
56:15

### Y

**ya**  21:22 44:6
64:14

**yards**  66:3

**year**  10:24 18:8
30:1 52:24 67:8

**years**  3:10 5:8,10,
14 10:17 13:1
25:9 32:8 33:6
34:5 36:12 37:22
41:8 47:21 48:3,
19,24 57:2 59:12
63:10 65:6,7

**younger**  34:18
45:18