

CHRIS M. KETTEMAN
CHIEF DEPUTY

# CHARMAINE MCGUFFEY
## SHERIFF
## HAMILTON COUNTY, OHIO

JUSTICE CENTER
ROOM 110
1000 SYCAMORE STREET
CINCINNATI, OHIO 45202-1336
(513) 946-6400
FAX: (513) 946-6402



KEVIN M. HORN
CHIEF OF STAFF

August 15, 2025

Dear Mr. Davis,

The Hamilton County Sheriff's Office is pleased to extend to you an unconditional formal offer of employment for the position of Corporal, effective on a mutually agreed upon start date, not to exceed sixty (60) days from the date of this letter.

As part of this offer:

- You will be reinstated with full seniority status, reflecting your prior tenure with the department.

- You will receive back pay, subject to offset by any interim earnings received from the City of Springdale or any other employer since your resignation from our office on January 22, 2024.

This offer shall remain valid until 4:00 PM on Tuesday, August 19, 2025. If we do not receive written acceptance by that deadline, we will consider the offer declined.

We look forward to the opportunity to welcome you back to our team and remain committed to supporting your continued growth and service within our department.

Sincerely,

Chris Ketteman, Chief Deputy
Hamilton County Sheriff's Office



| | | | | | |
|---|---|---|---|---|---|
| ANDREW BECKMAN | MAJOR DANIEL E. EMS, JR. | MARVIETTE JOHNSON | MAJOR TONY ORUE | MAJOR JACQUELINE REED | |
| CHIEF TECHNOLOGY OFFICER | JAIL SERVICES DIVISION | DIRECTOR OF HUMAN RESOURCES | INVESTIGATIONS & INTELLIGENCE DIVISION | COMMUNITY AFFAIRS DIVISION | |
| PHONE: 513-946-6400 | PHONE: 513-946-6600 | PHONE: 513-946-6600 | PHONE: 513-825-1500 | PHONE: 513-946-6400 | |
| FAX: 513-946-6402 | FAX: 513-946-6616 | FAX: 513-946-6616 | FAX: 513-595-8517 | FAX: 513-946-6402 | |
| MAJOR LAETITIA M. SCHULER | PETER J. STACKPOLE | CAPTAIN BRIAN STAPLETON | KYLA S. WOODS | | |
| PROFESSIONAL STANDARDS DIVISION | LEGAL LIAISON | ENFORCEMENT DIVISION | DIRECTOR OF PUBLIC ENGAGEMENT | | |
| PHONE: 513-946-6650 | PHONE: 513-946-6400 | PHONE: 513-825-1500 | PHONE: 513-946-6400 | | |
| FAX: 513-945-6655 | FAX: 513-946-6402 | FAX: 513-595-8517 | FAX: 513-946-6402 | | |