

# CHARMAINE MCGUFFEY
## SHERIFF
## HAMILTON COUNTY, OHIO

JUSTICE CENTER
ROOM 110
1000 SYCAMORE STREET
CINCINNATI, OHIO 45202-1336
(513) 946-6400
FAX: (513) 946-6402



**CHRIS M. KETTEMAN**
CHIEF DEPUTY

**KEVIN M. HORN**
CHIEF OF STAFF

August 22, 2025



Jason Davis
6811 Knox Lane
Harrison, Ohio 45030
*Via email only:* coachjason73@gmail.com

Dear Mr. Davis,

We are pleased to extend to you an unconditional offer of reinstatement to the position of Deputy Sheriff within the Patrol Enforcement Division of the Hamilton County Sheriff's Office, effective immediately.

This offer is made without prejudice and without any conditions attached. You will be reinstated with the same rank, duties, compensation, and benefits you held at the time of your separation. However, pursuant to the applicable Memorandum of Understanding with the HCSA (MOU), your seniority status will not be reinstated. You have 14 days to accept this offer.

In addition, we are also offering you the opportunity to be promoted to the rank of Corporal. If you accept reinstatement as outlined above, immediately after your acceptance, you may pursue this promotion, which will be contingent upon union approval. You must inform us if you wish to pursue this Corporal rank when informing us of your acceptance of reinstatement.

Should you accept reinstatement to Deputy Sheriff within the Patrol Division, with the terms outlined above, we will confirm a mutually agreed start date within 60 days after your acceptance.

If you choose to also submit a request for Corporal approval from the Union, we will immediately seek Union approval after your acceptance. If the Union approves, we will start your reinstatement as a Corporal. If the Union rejects your promotion to Corporal, you may choose to return with the County as a Deputy Sheriff in the Patrol Division as outlined above, or you may revoke your acceptance of the Deputy Sheriff's position within 14 days of the

---

| ANDREW BECKMAN | MAJOR DANIEL E. EMS, JR. | MARVIETTE JOHNSON | MAJOR TONY ORUE | MAJOR JACQUELINE REED |
|---|---|---|---|---|
| CHIEF TECHNOLOGY OFFICER | JAIL SERVICES DIVISION | DIRECTOR OF HUMAN RESOURCES | INVESTIGATIONS & INTELLIGENCE DIVISION | COMMUNITY AFFAIRS DIVISION |
| PHONE: 513-946-6400 | PHONE: 513-946-6600 | PHONE: 513-946-6600 | PHONE: 513-825-1500 | PHONE: 513-946-6400 |
| FAX: 513-946-6402 | FAX: 513-946-6616 | FAX: 513-946-6616 | FAX: 513-595-8517 | FAX: 513-946-6402 |

| MAJOR LAETITIA M. SCHULER | PETER J. STACKPOLE | CAPTAIN BRIAN STAPLETON | KYLA S. WOODS |
|---|---|---|---|
| PROFESSIONAL STANDARDS DIVISION | LEGAL LIAISON | ENFORCEMENT DIVISION | DIRECTOR OF PUBLIC ENGAGEMENT |
| PHONE: 513-946-6650 | PHONE: 513-946-6400 | PHONE: 513-825-1500 | PHONE: 513-946-6400 |
| FAX: 513-945-6655 | FAX: 513-946-6402 | FAX: 513-595-8517 | FAX: 513-946-6402 |

Union's decision to reject your promotion. If you choose to revoke, you may elect to remain in your current position as an officer with the Springdale Police Department. If you have concerns about providing proper notice to Springdale in the event of your acceptance, please inform us, so we may consider how to accommodate providing proper notice to Springdale.

You have fourteen (14) calendar days from the date of this letter to accept the reinstatement offer and to indicate whether you wish to be considered for the Corporal promotion.

If no response is received within that timeframe, the offer will be considered declined. Please inform us if you have any questions, we look forward to your response and hope to welcome you back to the department.

Sincerely,

*Chris M. Ketteman*

Chris Ketteman, Chief Deputy
Hamilton County Sheriff's Office