**RESPONSIVE TO RFPD 19**



PLAINTIFF'S EXHIBIT 67 KL



4270 Ivy Pointe Boulevard, Suite 225, Cincinnati, OH 45245

*Stephen E. Imm, Esq.*
*Direct line: (513) 943-5678*
*Fax: (513) 943-6669*
*stephen@finneylawfirm.com*

July 16, 2024

**VIA CERTIFIED MAIL**
Hamilton County Sheriff's Office
1000 Sycamore Street
Cincinnati, Ohio 45202

    Re:   **Public Records Request**
              **Carolyn Rene Adams**
              **DOB:** [redacted]
              **SSN:** [redacted]

Dear Sir or Madam

    This firm has been retained to represent Ms. Carolyn Adams. Based on our present knowledge, we believe that Ms. Adams' social security number was searched on the Regional Crime Information Center (RCIC) database by Deputy Curtis Taylor on July 7, 2022.

    Accordingly, on behalf of my client, I am respectfully requesting copies of the following records:

- Any and all records maintained by your agency from November of 2020 to the present day indicating why Ms. Adams' information was searched on RCIC.

- Any and all records of background checks and investigations conducted on Ms. Adams maintained by your agency from November of 2020 to the present day, including but not limited to any investigative searches made of Ms. Adams social media accounts, or those made on The Last One (TLO) or LexusNexis. Please include why Ms. Adams' information was searched, when her information was searched, and by whom it was searched.

    For purposes of clarity, Ms. Adams maintains the following Facebook accounts and pages: Shena Annigans, Itsa Krakken, Karen Krakken, Krakken Lackin, Thicka Thena Snicker, HamiltonCountyMemePage, and Signal-99.

HAM CTY 000865

I would request that responsive records be produced in an electronic medium, to the extent possible, and that the files be emailed to me at stephen@finneylawfirm.com. If the records cannot be produced in an electronic medium, I would request that copies be provided.

I am willing to pay the reasonable costs of copying such records up to $25.00; if the costs will exceed this amount, please advise me so that I might inspect the records initially and identify the specific records for which I desire copies.

If you have any questions or need clarification, please feel free to contact me.

Sincerely,

FINNEY LAW FIRM, LLC

By: *Stephen Imm*
Stephen E. Imm, Esq.



**FINNEY LAW FIRM**

*Making a difference.*

4270 IVY POINTE BOULEVARD, SUITE 225
CINCINNATI, OHIO 45245



**CERTIFIED MAIL**

9314 8699 0430 0123 5266 72

RETURN RECEIPT (ELECTRONIC)

NEOPOST
07/16/2024
US POSTAGE $008.16⁰



ZIP 45202
041M10285887

Hamilton County Sheriff's Office
1000 Sycamore Street
Cincinnati, OH 45202

Rec'd 07/18/2024

45202$1336 C032

HAM CTY 000867

## Kober, Jessica (Sheriff's Administration)

**From:** Kober, Jessica (Sheriff's Administration)
**Sent:** Thursday, August 8, 2024 1:49 PM
**To:** 'stephen@finneylawfirm.com'
**Cc:** Stackpole, Peter
**Subject:** Public Records Request - Carolyn Rene Adams
**Attachments:** _Request.pdf

Mr. Imm,

I am in receipt of your attached letter in which you requested a copy of records related to Carolyn Rene Adams (DOB ▇▇▇▇▇▇) and a search of her information "on the Regional Crime Information Center (RCIC) database by Deputy Curtis Taylor on July 7, 2022".

Specifically, you requested:

- Any and all records maintained by your agency from November of 2020 to the present day indicating why Ms. Adams' information was searched on RCIC.
- Any and all records of background checks and investigations conducted on Ms. Adams maintained by your agency from November of 2020 to the present day, including but not limited to any investigative searches made of Ms. Adams social media accounts, or those made on The Last One (TLO) or LexusNexis. Please include why Ms. Adams' information was searched, when her information was searched, and by whom it was searched.

A search of Sheriff's Office records revealed no document responsive to your request was located.

If you have additional information than what has been provided in the attached, please forward that to my attention and an additional search of Sheriff's Office records shall be conducted.

Thanks!

Jessica



**Jessica Kober**
Administrative Manager
Hamilton County Sheriff's Office
1000 Sycamore Street, Room 110
Cincinnati, Ohio 45202
(513) 946-6406 (O); (513) 946-6402 (F)
jkober@hcso.org
We are Hiring! Apply Here
*Protecting and serving Hamilton County with accountability, transparency, dignity, and respect.*

1

**Kober, Jessica (Sheriff's Administration)**

| | |
|---|---|
| **From:** | Samantha B. Isaacs <sbi@finneylawfirm.com> |
| **Sent:** | Tuesday, September 3, 2024 12:26 PM |
| **To:** | Kober, Jessica (Sheriff's Administration) |
| **Cc:** | Stephen E. Imm |
| **Subject:** | Public Records Request - Carolyn Rene Adams |
| **Attachments:** | HCSO Request for Emails (2).pdf |

Good Afternoon Ms. Kober,

My name is Samantha Isaacs, and I am an attorney at the Finney Law Firm. I work closely with Attorney Stephen Imm. We previously requested a copy of records related to Carolyn Rene Adams (DOB ▮▮▮▮) and a search of her information on the Regional Crime Information Center (RCIC) database.

On August 8, 2024, you informed Mr. Imm that a search of Sheriff's Office records revealed no document responsive to our request was located. On August 12, 2024, we sent a follow up request via certified mail. However, this letter was returned to us as undelivered.

I have attached a copy of our request here for your convenience. Is there a separate address we should direct this letter to?

Thank you,

Samantha Isaacs, Esq.
FINNEY LAW FIRM, LLC
4270 Ivy Pointe Boulevard, Suite 225
Cincinnati, Ohio 45245
Fax: 513-943-6669
Office: 513.797.2859





Please connect with us on Facebook, Twitter, and LinkedIn. Also, please visit our title company web site at www.ivypointetitle

*********************PRIVATE AND CONFIDENTIAL*********************
This electronic message transmission and any files transmitted with it, are communications from the Finney Law Firm. This me and is confidential or otherwise the exclusive property of the intended recipient or Finney Law Firm. This information is solely you are not the designated recipient, or the person responsible for delivering the communication to its intended recipient, ple communication is strictly prohibited. If you have received this electronic transmission in error, please notify by telephone 513. promptly destroy the original transmission.

IMPORTANT LEGAL UPDATE: Click here to learn more about the Corporate Transparency Act.

Email to and from Hamilton County Sheriff's Office is open to public inspection under Ohio's public record law. Unless a legal exemption applies, this message and any response to it will be released if requested.

HAM CTY 000869



# FINNEY LAW FIRM

4270 Ivy Pointe Boulevard, Suite 225, Cincinnati, OH 45245

*Stephen E. Imm, Esq.*
*Direct line: (513) 943-5678*
*Fax: (513) 943-6669*
*stephen@finneylawfirm.com*

August 12, 2024

**VIA CERTIFIED MAIL**
Hamilton County Sheriff's Office
1000 Sycamore Street
Cincinnati, Ohio 45202

Re: **Public Records Request**
**Carolyn Rene Adams**
**DOB:**
**SSN:**

Dear Sir or Madam,

This firm has been retained to represent Ms. Carolyn Adams. Based on our present knowledge, we believe that Ms. Adams has been the subject of multiple background checks and investigations.

Accordingly, on behalf of my client, I am respectfully requesting copies of the following records:

- Any and all email chains or electronic correspondence maintained by your agency from January 1, 2021, to the present day mentioning or referencing Ms. Adams, including but not limited to all email chains and electronic correspondence mentioning or referencing the following Facebook accounts and pages of Ms. Adams: Shena Annigans, Itsa Krakken, Karen Krakken, Krakken Lackin, Thicka Thena Snicker, HamiltonCountyMemePage, and Signal 99

I would request that responsive records be produced in an electronic medium, to the extent possible, and that the files be emailed to me at stephen@finneylawfirm.com. If the records cannot be produced in an electronic medium, I would request that copies be provided.

I am willing to pay the reasonable costs of copying such records up to $25.00; if the costs will exceed this amount, please advise me so that I might inspect the records initially and identify the specific records for which I desire copies.

If you have any questions or need clarification, please feel free to contact me.

HAM CTY 000870

Sincerely,

FINNEY LAW FIRM, LLC

By: *Stephen Imm*
Stephen E. Imm, Esq.

HAM CTY 000871

## Kober, Jessica (Sheriff's Administration)

| | |
|---|---|
| **From:** | Kober, Jessica (Sheriff's Administration) |
| **Sent:** | Thursday, September 19, 2024 3:21 PM |
| **To:** | 'Stephen E. Imm' |
| **Cc:** | 'Samantha B. Isaacs'; Stackpole, Peter |
| **Subject:** | RE: Public Records Request - Carolyn Rene Adams |
| **Attachments:** | Emails.pdf |

| Tracking: | Recipient | Delivery |
|---|---|---|
| | 'Stephen E. Imm' | |
| | 'Samantha B. Isaacs' | |
| | Stackpole, Peter | Delivered: 9/19/2024 3:21 PM |

Mr. Imm,

The purpose of this correspondence is to respond to Ms. Isaacs email below and your letter dated August 12, 2024 (received on September 4, 2024 via below email) in which you requested a copy of records related to Carolyn Rene Adams, DOB ▮▮▮▮▮▮.

Specifically, you requested the following:

- Any and all email chains or electronic correspondence maintained by your agency from January 1, 2021, to the present day mentioning or referencing Ms. Adams, including but not limited to all email chains and electronic correspondence mentioning or referencing the following Facebook accounts and pages of Ms. Adams: Shena Annigans, Itsa Krakken, Karen Krakken, Krakken Lackin, Thicka Thena Snicker, HamiltonCountyMemePage, and Signal 99

Upon receipt of your request and the email below, I notified Ms. Isaacs I would conduct a search for emails from January 1, 2021 through present using the following parameters:

- "Carolyn Adams"
- "Shena Annigans"
- "Itsa Krakken"
- "Karen Krakken"
- "Krakken Lackin"
- "Thicka Thena Snicker"
- "HamiltonCountyMemePage"
- "Signal 99"

Attached is one pdf record containing 3 pages of documents located. Please let me know if there are any other terms or parameters you want me to search.

Regarding my August 8, 2024 response, I want to further explain that Sheriff's Office background check records are physically maintained by the month the background check was processed and not by the name of a requester or the name of the individual whose background had been requested. Due to the volume of records and because you stated on your July 16, 2024 request that you were seeking records related to a search of Ms. Adams' information on the RCIC database by Deputy Curtis Taylor on July 7, 2022, I asked our Records Bureau to search through the month of July 2022 for any record of a background check related to Ms. Carolyn Adams. No background check responsive was located. If

you are able to provide a more finite time frame for the records requested, this office would be happy to consider that request.

I also reached out each investigative section within the Sheriff's Office to inquire about any investigation related to Ms. Carolyn Adams (and any of the referenced Facebook accounts) from November 2020 to present. No record of an investigation was located.

You indicated that you have reason to believe Ms. Adams has been the subject of multiple background checks and investigations. If additional information regarding these background checks and investigations is provided (date, location, involved officer(s), etc.), a further search of Sheriff's Office records shall be conducted.

To inquire about searches and/or records from the Regional Crime Information Center (RCIC) database, you will need contact RCIC at (513) 352-6400.

If you have any questions or need additional information, please forward your request to my attention.

Jessica



**Jessica Kober**
Administrative Manager
Hamilton County Sheriff's Office
1000 Sycamore Street, Room 110
Cincinnati, Ohio 45202
(513) 946-6406 (O); (513) 946-6402 (F)
jkober@hcso.org
We are Hiring! Apply Here
*Protecting and serving Hamilton County with accountability, transparency, dignity, and respect.*

---

**From:** Kober, Jessica (Sheriff's Administration)
**Sent:** Wednesday, September 4, 2024 11:30 AM
**To:** 'Samantha B. Isaacs' <sbl@finneylawfirm.com>
**Cc:** Stephen E. Imm <stephen@finneylawfirm.com>
**Subject:** RE: Public Records Request - Carolyn Rene Adams

Hi Samantha,

Thank you for your email. The attached request is sufficient. I will begin processing this request and forward records responsive once they become available.

I will search emails from January 1, 2021 through present using the following parameters:

- "Carolyn Adams"
- "Shena Annigans"
- "Itsa Krakken"
- "Karen Krakken"
- "Krakken Lackin"
- "Thicka Thena Snicker"
- "HamiltonCountyMemePage"

HAM CTY 000873

- "Signal 99"

If additional key word searches are requested, please let me know.

Jessica



**Jessica Kober**
Administrative Manager
Hamilton County Sheriff's Office
1000 Sycamore Street, Room 110
Cincinnati, Ohio 45202
(513) 946-6406 (O); (513) 946-6402 (F)
jkober@hcso.org
We are Hiring! Apply Here
*Protecting and serving Hamilton County with accountability, transparency, dignity, and respect.*

---

**From:** Samantha B. Isaacs <sbi@finneylawfirm.com>
**Sent:** Tuesday, September 3, 2024 12:26 PM
**To:** Kober, Jessica (Sheriff's Administration) <jkober@hcso.org>
**Cc:** Stephen E. Imm <stephen@finneylawfirm.com>
**Subject:** Public Records Request - Carolyn Rene Adams

Good Afternoon Ms. Kober,

My name is Samantha Isaacs, and I am an attorney at the Finney Law Firm. I work closely with Attorney Stephen Imm. We previously requested a copy of records related to Carolyn Rene Adams (DOB 12/21/67) and a search of her information on the Regional Crime Information Center (RCIC) database.

On August 8, 2024, you informed Mr. Imm that a search of Sheriff's Office records revealed no document responsive to our request was located. On August 12, 2024, we sent a follow up request via certified mail. However, this letter was returned to us as undelivered.

I have attached a copy of our request here for your convenience. Is there a separate address we should direct this letter to?

Thank you,

Samantha Isaacs, Esq.
FINNEY LAW FIRM, LLC
4270 Ivy Pointe Boulevard, Suite 225
Cincinnati, Ohio 45245
Fax: 513-943-6669
Office: 513.797.2859

  

Please connect with us on Facebook, Twitter, and LinkedIn. Also, please visit our title company web site at www.ivypointetitle.cc

*******************PRIVATE AND CONFIDENTIAL*******************

This electronic message transmission and any files transmitted with it, are communications from the Finney Law Firm. This messa and is confidential or otherwise the exclusive property of the intended recipient or Finney Law Firm. This information is solely for you are not the designated recipient, or the person responsible for delivering the communication to its intended recipient, please communication is strictly prohibited. If you have received this electronic transmission in error, please notify by telephone 513.94 promptly destroy the original transmission.

IMPORTANT LEGAL UPDATE: Click here to learn more about the Corporate Transparency Act.

Email to and from Hamilton County Sheriff's Office is open to public inspection under Ohio's public record law. Unless a legal exemption applies, this message and any response to it will be released if requested.

## Kober, Jessica (Sheriff's Administration)

**From:** Kober, Jessica (Sheriff's Administration) <jkober@hcso.org>
**Sent:** Wednesday, August 7, 2024 3:01 PM
**To:** Noonan, Kenneth R.
**Subject:** Records Request

Did you get a chance to check the July 2022 background checks to see if a request was received for Carolyn Adams?



**Jessica Kober**
Administrative Manager
Hamilton County Sheriff's Office
1000 Sycamore Street, Room 110
Cincinnati, Ohio 45202
(513) 946-6406 (O); (513) 946-6402 (F)
jkober@hcso.org
We are Hiring! Apply Here
*Protecting and serving Hamilton County with accountability, transparency, dignity, and respect.*

Email to and from Hamilton County Sheriff's Office is open to public inspection under Ohio's public record law. Unless a legal exemption applies, this message and any response to it will be released if requested.

**Kober, Jessica (Sheriff's Administration)**

**From:** Woods, Kyla <KWoods@HCSO.org>
**Sent:** Tuesday, June 21, 2022 11:21 AM
**To:** Schuler, Laetitia
**Subject:** FB Comments

Major Schuler,

You may have already seen these comments on our FB page from "Itsa Krakken" (formerly Shena Annigans) – but I wanted to share them here in a formal email, especially due to the sensitive information that is shared. I do think it's worth noting that this person seems to have access to high level information (about laterals – which, from what I understand, we are just now rolling out and I thought it was at a supervisor level) and has no reservations in making it known that they do.

Comment 1:

> Dear Chaz,
> Hope you had a great day off. A little bird told me that you're so desperate for warm bodies to be in HCSO uniforms, that you're about to offer an opportunity for one-time laterals to try and fill all of your vacancies. It's almost like the crew abandoning a sinking ship. Perhaps all of your deputies are bugging out because of the tyrannical leadership you provide—you know, the same hostile, vindictive leadership that got you previously fired from the HCSO...it must be an absolute delight to work under you. Good luck on the whole lateral thing...I'll be sure to let all of my peeps know about the horror of it...and I have a LOT of peeps...happy Tuesday!

Comment 2

> Oh yeah, one other thing...when an officer gets hurt trying to get a combative prisoner into intake—but your new policies prohibit your deputies from assisting that officer...the injuries that befall said officer will be 100% on YOU. I'm pretty sure you're going to get sued...a lot. What is the actual percentage of inmates you refuse now? 50%? I feel like it might be close to 50%. Please let me know if my magic number differs from yours, as I actually am not only transparent...but I enjoy being accurate as well. Perhaps my friends at the I-Team would enjoy running tape on a Saturday night to capture the pandemonium.

I'm not sure how this should get addressed, or whether we should discuss it at Command Staff at some point. I absolutely hate that this person decided to share such ugly sentiments on a Juneteenth post, and I'm refraining from responding but I am going to hide the first post because the person uses the phrase "Chaz", which I think is disrespectful and doesn't belong on our page.

Let me know your thoughts.

KW

**Kyla Woods**
**Public Information Officer**
**Hamilton County Sheriff's Office**

1000 Sycamore Street, Room 110
Cincinnati, Ohio 45202
513.946.6287 (o)
513.608.1832 (c)
kwoods@hcso.org
**Protecting and serving Hamilton County with accountability, transparency, dignity, and respect.**

Email to and from Hamilton County Sheriff's Office is open to public inspection under Ohio's public record law. Unless a legal exemption applies, this message and any response to it will be released if requested.

HAM CTY 000878

My Notes

I checked EDMS and RMS for reports or other records, and with Professional Standards (Major Schuler); Intelligence, CIS and RENU (Major Orue and Captain Smith); and with BofR (Ken Noonan)

BofR's background check records are maintained by month and not by individual name. Because the request was for records from 2020 to present and because no report was located, only July 2022 was searched (the month RCIC was allegedly searched by Deputy Curtis Taylor for her information).

| | eCLEAR/MDC LOG INFORMATION | | | | | | |
|---|---|---|---|---|---|---|---|
| RCIC | ( Information not valid without raised seal ) | | | | | | 8/18/2025 |
| | | | | | Records Requested, Dated 07/11/2024 | | |

THIS DOCUMENT MAY CONTAIN LEADS THROUGHOUT AND MAY BE EXEMPT FROM PUBLIC RECORDS REQUESTS PER ORC. 149.43 AND ORC: 4501:2-10-06

| Timestamp | MDC Unit | Actual Terminal | Transactional Terminal | USER ID | Function | Action |
|---|---|---|---|---|---|---|
| 7/7/2022 0:57 | HCSO2504 | | | 99T777 | | RCIC HDN=1&LIY=&ST2=&SEX=&SSN=XXX-XX-XXXX&ST=&ITEM_ID=005750 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

The criminal justice information obtained through the Law Enforcement Automated Data System is protected by federal and state law including, but not limited to, 28 CFR Part 20, 2913.04(B) of the Ohio Revised Code, and Chapter 4501:2-10 of the Ohio Administrative Code. Dissemination of LEADS Information, other than the defendant's own CJI to the defendant, is considered a misuse of information obtained through the Law Enforcement Automated Data System and will be prosecuted accordingly. Also, dissemination beyond defense counsel or defense counsel's agents or employees may constitute a violation of Ohio Criminal Rule 16(C) and subject counsel to further disciplinary action.

#### = Redacted

| Time Stamp | Input Data |
|---|---|
| 7/7/2022 0:57 | RCIC HDN=1&LIY=&ST2=&SEX=&SSN=XXX-XX-XXXX&ST=&ITEM_ID=005750 |