IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**JASON DAVIS** and                                        Case No. 1:24-cv:0202
**JENNIFER DAVIS,**

    Plaintiffs

v.

**CHARMAINE McGUFFEY**, et. al.

    Defendants,

## SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PENDING DISPOSITIVE MOTIONS

Plaintiffs, through Counsel, move this Court for an extension of time extending their time to respond to the pending Motions for Summary Judgment by Defendants (Doc. 43 and Doc. 46), for an additional 17 days, respectively, to December 22, 2025. Defendants do not oppose this request. A proposed order is attached.

The extension of time is necessitated because Mr. Wiest, who is primarily preparing this response, has a number of competing deadlines and conflicts, in the next 30 days and in the preceding few weeks, to include: (i) a Reply in support of a Petition for Certiorari that was due in the United States Supreme Court on November 17, 2025 in Miller v. McDonald, Case No. 25-133; (ii) a Second Brief in the Sixth Circuit Court of Appeals in Fischer, et. al. v. Thomas, et. al., Case Nos. 25-5385/25-5400 on November 25, 2025; (iii) the Thanksgiving holiday on November 27 and 28, 2025; (iv) a response brief due in an emergency writ appeal in the West Virginia Supreme Court in the matter of *State of West Virginia ex rel.West Virginia Board of Education v. Froble*, et. al., Case No. 25-740 due on December 5, 2025; (v) a Reply Brief due in the Sixth Circuit in *3371 Reading, LLC v. Liberty Mutual Group, Inc.*, Case No. 25-3439 on December 12, 2025; and

1

(vi) a Reply Brief due in the United States Court of Appeals for the Ninth Circuit in *Grimsby v. Pan*, Case No. 25-6100.

Notably, these dispositive motions were filed well before the May 4, 2026 dispositive motion deadline in this case.  (Doc. 22).

Respectfully submitted,

/s/Zachary Gottesman
Zachary Gottesman (0058675)
Gottesman & Associates, LLC 9200
Montgomery Road Building E, Suite 18B
Cincinnati, Ohio 45242
513/651-2121
zgottesman@gmail.com

/s/ Christopher Wiest
Christopher Wiest (Ohio 0077931)
Chris Wiest, Atty at Law, PLLC
50 E. Rivercenter Blvd, Suite 1280
Covington, KY 41011
513/257-1895 (v)
859/495-0803 (f)
chris@cwiestlaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing by filing same with the Court via CM/ECF this 25 day of November, 2025.

/s/Christopher Wiest