**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **JASON DAVIS and** | : | **Case No. 1:24-cv-0202** |
| **JENNIFER DAVIS,** | | |
| | : | |
| **Plaintiffs** | | |
| | : | |
| **v.** | | |
| | : | |
| **CHARMAINE McGUFFEY, et. al.** | | |
| | : | |
| **Defendants,** | | |

**<u>DECLARATION OF JASON DAVIS</u>**

Pursuant to 28 U.S.C. §1746, the undersigned, Jason Davis, makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Jason Davis, and I am a Plaintiff in the above captioned matter.

2. The audio on the flash drive that was conventionally filed by my attorneys (notice of filing contained at Doc. 62), is a true and accurate copy of the audio that I recorded on October 10, 2023, of a meeting I had with Jay Gramke and Charmaine McGuffey.

3. I have also compared that audio with the transcript of the recording my attorneys had made by a court reporter, and filed at Doc. 50-2, and that transcript appears to be a complete and accurate copy of the transcription of that recording. I have attached a copy of that transcript to this declaration as well.

4. In terms of my football posts (see Exhibit 14, Doc. 51-14), I confirm that Exhibit 14 is a true and accurate copy of those posts, that they were made by me, on my own time and

1

off the clock, and not pursuant to any duties with the Sheriff's Office.  They had no impact on the Hamilton County Sheriff's Office, its operations, or any working relationships, though apparently they offended Sheriff McGuffey and/or Chief Deputy Jay Gramke.

5. I wanted to address the "offer" letters that I received in August, 2025 from Chief Deputy Chris Ketteman from the Hamilton County Sheriff's Office.  There were several problems with those "offer letters" from my perspective.

   a. First of all, it is and was my understanding that the Sheriff's Office cannot make an offer letter under the collective bargaining agreement in an advanced grade, without the consent of the union, which they never obtained.

   b. Second, conditionally accepting those offers to then awaiting union approval was also problematic with respect to my current employer, the City of Springdale, who may view such acceptance as disloyal and potentially result in the loss of my current employment.

   c. Third, after receipt of the first offer letter, I went and re-reviewed the transcript from the October 10, 2023 meeting.  The Sheriff and Chief Deputy indicated in our October 10, 2023 meeting that I had not received an assignment to the Regional Narcotics Unit ("RENU"), which would have resulted in corporal pay and a take-home car, among other additional benefits, because of comments my wife made on social media (transcript at pages 8-9, 11-12, ), the Sheriff told me that her expectation was that I would squash my wife's social media activity (*id.* at page 13), then informed me that my wife reflected on me and gave the example that she evicted a roommate who looked bad at her (*id.* at 14), explicit directives

2

were given to keep my wife off social media (*id.* at 36), that my wife's social media would be attributed to me (*id.* at 41), that the rumor that I did not receive a promotion in August, 2023 to corporal was true (*id.* at 42), that there would be "consequences" for my wife's social media activity (*id.* at 42-43), that the Sheriff has a purpose to every action she takes and knows a lot more than she says she does (*id.* at 44-45), that after a ongoing conversation about my wife and her social media activity that I needed to have conversations with the people in my life I am close to and if "someone was hurting my career I would cut them loose," that that was "how it is" and that it was "up to [me]" (*id.* at 45-56), that there was no understanding for why I thought my wife was going to badmouth the Sheriff and I was going to be promoted (*id.* at 46-47), and that my efforts and work did not matter when my "household is on the other end saying -- doing, all of these things that are, one, not vetted, not true, not this, not that, and it hurts the agency, in [the Sheriff's] opinion," (*id.* at 50), the Sheriff then asked if my wife supported my position as a Deputy Sheriff (*id.* at 51), asked if my wife realized that her actions were hurting me (*id.* at 51), the Sheriff then asked if my wife was going to keep hurting my career or might change her behavior (*id.* at 51), the Sheriff then reiterated that she was asking me to have my wife stop her social media commentary (*id.* at 51-52), again reiterated that my wife's social media activity was hurting me (*id.* at 58), the Sheriff then directed that my wife "can't be on [social media] all day long" (*id.* at 59), that there had to be "consequences" because the candidate behind me was someone "whose wife didn't say anything" (*id.* at 60), that my wife's social media was a "F-you to us" (*id.* at 61), that I

3

couldn't be promoted because there had to be "consequences" after what had been done (*id.* at 62), that the Sheriff hoped my wife would support my career (id. at 63-64).

d.  Fourth, I recall in late 2023 (and testified to in my deposition at pages 64-69) that Charmaine McGuffey gave a directive in a briefing to our district that neither we, nor our wives, should be interacting with Caroline Adams on social media or joining in criticisms of the department.

e.  Fifth, to my knowledge, these 2023 directives not to speak with Caroline Adams and to keep spouses from expressing negative opinions about the Sheriff or Sheriff's Office have never been lifted or rescinded.  They certainly were not lifted or rescinded in either offer letter I received.  It is my understanding that both are still in force.  And I am aware that the prospect of censoring my wife put a strain on my marriage and one that made my work environment intolerable.

f.  Sixth, I am aware that First Amendment retaliation remains the unstated, but official, policy and practice of the Hamilton County Sheriff's Office and that Chief Deputy Ketteman recently terminated Deputy Colson because of a union complaint lodged on his behalf.

g.  To that end, when I asked for clarification that my wife would be not be silenced and I would not be sanctioned in the future for her protected speech, Defendants declined to answer that question, which can only be taken as an answer that if my wife made any comments or opinions that were derogatory about the Sheriff, that I would be punished for it.

4

     h.   Seventh, from a retirement perspective, it is my understanding that I cannot transfer retirement back to the state system, and so my damages will be considerably higher if I were to accept any offer from the Sheriff's Office at this juncture.

6. Thus, I was unable to accept any of these offers.

7. One other point that I wished to make about the October 10, 2023 meeting: during that meeting, Sheriff McGuffey was repeatedly nodding to the things that Chief Deputy Gramke was saying and vice versa. In the same vein, when Chief Deputy Gramke indicated that he squashed my RENU appointment, Sheriff McGuffey smirked, indicating that she knew of, and approved of that action at the time. It was readily apparent that each was fully apprised of, and was fully on board with, approved, and endorsed, the statements and actions of the other.

Executed on January 13, 2026.



Jason Davis

Sheriff McGuffey

1

AUDIO RECORDING

Sheriff McGuffey

2

```
1                SHERIFF MCGUFFEY:  Yeah, we
2    didn't get big enough chairs.
3                DEPUTY DAVIS:  That's all right.
4                CHIEF DEPUTY GRAMKE:  These are
5    wider than -- I did try.
6                SHERIFF MCGUFFEY:  And these are
7    normally wide, yeah, they're normally wide,
8    right.
9                CHIEF DEPUTY GRAMKE:  Unlike
10   the -- the -- take your radio off.
11               DEPUTY DAVIS:  I'm all right.
12               CHIEF DEPUTY GRAMKE:  All right.
13               DEPUTY DAVIS:  I would also say
14   I probably used to fit in this, but --
15               SHERIFF MCGUFFEY:  Well, Jason,
16   the Chief tells me that you wanted to come in
17   and talk a little bit about your future with
18   the department.
19               DEPUTY DAVIS:  Yes.
20               SHERIFF MCGUFFEY:  And, you
21   know, what you can look forward to and that
22   kind of thing.  And I was, you know, very --
23   looking forward to talking to you, you know.
24   I don't get to talk to -- we don't get to
25   talk to guys sometimes, you know, just
```

Sheriff McGuffey

3

```
1   because we're so darn busy going back and
2   forth and --
3               DEPUTY DAVIS:  Oh, yeah.
4               SHERIFF MCGUFFEY:  -- that sort
5   of thing.  So tell me -- first of all, let me
6   get kind of a picture of what you've been
7   doing.  So start from just, real quick, the
8   beginning.  You were in the jail and --
9               DEPUTY DAVIS:  Twelve -- twelve
10  years in the jail.
11              SHERIFF MCGUFFEY:  Yeah.
12              DEPUTY DAVIS:  I finally got
13  promoted to patrol.
14              SHERIFF MCGUFFEY:  When was
15  that?
16              DEPUTY DAVIS:  2014.
17              SHERIFF MCGUFFEY:  Um-huh.
18  Okay.
19              DEPUTY DAVIS:  I've been up
20  there.  FTO, the heavy weapons, what do we
21  call that now, the rifle unit.
22              SHERIFF MCGUFFEY:  Okay.
23              CHIEF DEPUTY GRAMKE:
24  (Inaudible.)
25              DEPUTY DAVIS:  Pro rifle unit.
```

Sheriff McGuffey

4

1    I've just gone through a lot of training on
2    my dime.  I worked through the county.  I
3    just tried to better myself.
4              SHERIFF MCGUFFEY:  Uh-huh.
5              DEPUTY DAVIS:  I'm out in
6    Anderson, District 5, on nights still.
7              SHERIFF MCGUFFEY:  Okay.
8              DEPUTY DAVIS:  So I did a
9    little --
10             SHERIFF MCGUFFEY:  Is that your
11   choice, nights, or is that --
12             DEPUTY DAVIS:  Yeah, I did a
13   little stint on dayshift.  I just -- I'm not
14   a dayshift person.
15             SHERIFF MCGUFFEY:  Okay.  Sure.
16   You know, everybody has a different --
17             DEPUTY DAVIS:  You do more
18   police work on nightshift.  Dayshift you're
19   chasing the radio or doing paper.
20             SHERIFF MCGUFFEY:  (Inaudible.)
21             DEPUTY DAVIS:  You get to do a
22   little more -- a little more actual police
23   work on nightshift and that's what I like.  I
24   still like getting in the cars and, you
25   know --

Sheriff McGuffey

5

```
 1              SHERIFF MCGUFFEY:  Sure.
 2              DEPUTY DAVIS:  -- digging and
 3    roadside interviews and all of the
 4    interdiction stuff.  That's, like, my
 5    specialty.
 6              SHERIFF MCGUFFEY:  Uh-huh.
 7    Okay.  So how long have you been doing that
 8    now?  So how many years?  Let's see, since
 9    '14.
10              DEPUTY DAVIS:  I've got 21 years
11    in.
12              SHERIFF MCGUFFEY:  All right.
13              DEPUTY DAVIS:  So about eight
14    years.  About eight.
15              SHERIFF MCGUFFEY:  Okay.  All
16    right.  So you went out right after I was the
17    major over there, because I remember you in
18    the jail and then you went out onto the road?
19              DEPUTY DAVIS:  Yes.
20              SHERIFF MCGUFFEY:  Jim Neil.
21              DEPUTY DAVIS:  Uh-huh.
22              SHERIFF MCGUFFEY:  Okay.  Got
23    it.  All right.  Well, what's your questions?
24              DEPUTY DAVIS:  So, basically,
25    you know, rumor mill.  So there was -- I
```

Sheriff McGuffey

6

```
1    didn't get picked for the last RENU position
2    and --
3                SHERIFF MCGUFFEY:  Did or did
4    not?
5                DEPUTY DAVIS:  Did not.
6                SHERIFF MCGUFFEY:  Okay, did
7    not.
8                DEPUTY DAVIS:  And then there
9    was the corporal exam that came up -- or the
10   corporal's list.  I'm next on that and there
11   was rumors based on that as well.  So I was
12   just trying to clarify, you know, what
13   exactly am I doing wrong in order to be not
14   picked for RENU and then the rumor now is
15   that I'm being picked over on the corporal's
16   thing as well.  So that's why I was, like,
17   okay, I need to find out what I'm doing
18   wrong.
19               SHERIFF MCGUFFEY:  So let me
20   back up a moment.  So you took the corporal's
21   test; is that right?
22               DEPUTY DAVIS:  Yes.
23               SHERIFF MCGUFFEY:  And then
24   where are we with corporal positions?  Have
25   we promoted or (inaudible) on the list?
```

Sheriff McGuffey

7

```
 1               CHIEF DEPUTY GRAMKE:  Oh, yeah,
 2    they're promoted.  I don't know where we are
 3    on that.
 4               SHERIFF MCGUFFEY:  Okay.  All
 5    right.  Are you on the list, obviously?
 6               CHIEF DEPUTY GRAMKE:  He's next.
 7               DEPUTY DAVIS:  Yes, I'm next.
 8               CHIEF DEPUTY GRAMKE:  You're
 9    next on the list.  Okay.  But you're hearing
10    ahead of time --
11               DEPUTY DAVIS:  For that, yes.
12    Yes.
13               SHERIFF MCGUFFEY:  -- that
14    that's not going to happen for you?
15               DEPUTY DAVIS:  Yes.
16               SHERIFF MCGUFFEY:  Okay.  But
17    we -- are we selecting any corporals?
18               CHIEF DEPUTY GRAMKE:  Not -- I
19    don't think we have any need right now.
20               SHERIFF MCGUFFEY:  Okay.  All
21    right.
22               CHIEF DEPUTY GRAMKE:  The way
23    that happened is, we usually need a patrol
24    corporal and what notably happens is, there's
25    five RENU guys and the traffic guy and the
```

Sheriff McGuffey

8

```
 1    people that are already making corporal pay.
 2              DEPUTY DAVIS:  Yeah.
 3              CHIEF DEPUTY GRAMKE:  So to get
 4    to somebody that we have on the street
 5    with two stripes we usually promote seven or
 6    eight people, because they're all based on
 7    different --
 8              DEPUTY DAVIS:  And I get that.
 9    That's what you guys did the last time, you
10    know.  They're already making corporal's pay.
11    You needed a corporal for the road.  I
12    totally get that.  It's just, like I said,
13    after the -- being told that, hey, you know,
14    you're coming down to RENU.  You know, here's
15    your start date.  We're going to assign you
16    cases.  And then I get a phone call that
17    you're not coming.  And the rumors started
18    and trying to figure out why or what did I do
19    in order to not get picked.  And then, on top
20    of that, the rumor mill started with the
21    whole being skipped, the corporal thing.  I
22    was like, all right, I need to figure out
23    what -- you know, if I'm doing something
24    wrong or it's just straight just rumor mill.
25              CHIEF DEPUTY GRAMKE:  So I can
```

Sheriff McGuffey

1    tell you that I squashed you going to RENU.

2                    DEPUTY DAVIS:  Okay.

3                    CHIEF DEPUTY GRAMKE:  Okay?  And

4    that was due to some Facebook things between

5    you and your wife and things that you said

6    and did some time ago.

7                    DEPUTY DAVIS:  We?

8                    CHIEF DEPUTY GRAMKE:  You put

9    something about a football game.  It would

10   have been nice if we would have been to a

11   football, something about that.  Your wife

12   has made numerous comments to the crazy woman

13   on Facebook.  There's been --

14                   SHERIFF MCGUFFEY:  Carolyn

15   Adams.

16                   CHIEF DEPUTY GRAMKE:  Whatever.

17   You know, the crazy person.

18                   SHERIFF MCGUFFEY:  Yes.  Okay.

19   Go ahead.

20                   CHIEF DEPUTY GRAMKE:  So, no,

21   that was -- that was what it was.  That was

22   why you didn't get it.

23                   DEPUTY DAVIS:  Okay.  Fair

24   enough.  Well, I did voice my displeasures

25   with the football game.  I really -- it hurt

Sheriff McGuffey

10

1    that I got no support from our department

2    after all of the work I put into it and all I

3    got was a thank you on a messenger.  Now --

4              CHIEF DEPUTY GRAMKE:  Do you

5    know none of us knew about it?

6              DEPUTY DAVIS:  I reached out

7    and -- to you, this -- the media lady, sent

8    her all of the info.  My time on Fox News

9    promoting the game and our department.

10             CHIEF DEPUTY GRAMKE:  Do you

11   know how busy we've been?  Do you know what

12   we've had to overcome?  We were dealt the

13   worse hand possible.  This jail is falling

14   apart.  We didn't have enough people to run

15   patrol.  We didn't have enough people in the

16   jail.  We have been killing ourselves for two

17   years to try to turn this thing around.  If

18   we didn't know about it we were probably busy

19   as hell.  I don't remember what we were

20   doing, but I'm killing myself, she's killing

21   herself, to try to turn this thing around.

22             DEPUTY DAVIS:  Right.  Well, I'm

23   not saying you two in general, but -- now

24   this past year I did the military -- tribute

25   to our military and Ketteman took the ball

Sheriff McGuffey

1   for that and I did get a lot of support.  It
2   was posted on our internet.  And it turned
3   out awesome.  I mean, it was great.  It's
4   just when I did the -- Remember the Fallen,
5   you know, Adams -- McMillian's mom coming in
6   early to present the trophy, Grant's
7   grandmother showed up, Brewer from Clermont
8   County, the wife and son showed up to present
9   trophies.  I mean, it was just a lot of work
10  for me and when I reached out I got nothing
11  in reply except for thank you.  And I was
12  just, like, well, a little support.
13              You know, I don't do anything, I
14  don't think, to put a blemish on our
15  department.  I mean, if anything, I think I
16  put it in a great light.  You know, I've
17  never talked bad about it.
18              CHIEF DEPUTY GRAMKE:  Well,
19  challenging us -- challenging us on
20  Facebook -- challenging the administration on
21  Facebook and then having your wife converse
22  with a crazy person that makes lies up --
23  have you looked at the stuff that she writes
24  about her?  Have you seen the crazy stuff
25  that she writes, the terrible things, the

Sheriff McGuffey

12

1    vicious -- if that was your mom, if that was

2    your wife, if that was your sister, how would

3    you feel about that?  I don't -- well, here's

4    the thing, you know, the Sheriff doesn't know

5    about this stuff because we -- you know, she

6    doesn't have time for that bullshit.

7                    DEPUTY DAVIS:  Right.

8                    CHIEF DEPUTY GRAMKE:  But other

9    people see it, okay?  And so, basically, if

10   you're -- you know, I mean, it's basically

11   flying the finger at us.  You know, that's

12   what it looked like, Jason.

13                   DEPUTY DAVIS:  I mean, I get

14   that, but that's my wife's opinion.  That has

15   no bearing on me whatsoever.  She's her own

16   person.  I mean, I don't, you know, monitor

17   what she does.  I just --

18                   SHERIFF MCGUFFEY:  Well, let me

19   just put it in perspective for you.  And the

20   Chief used the example of wife, sister, et

21   cetera.  I'm the boss.

22                   DEPUTY DAVIS:  Yes.

23                   SHERIFF MCGUFFEY:  I'm the

24   Sheriff.  And I've got to tell you, you know,

25   I came up under Sheriff Leis, around 26

Sheriff McGuffey

13

1    years, and I worked very closely with him.  I
2    ran some of his most prized programs.  Okay.
3    And, you know, if there was any kind of
4    Facebook thing going around like that about
5    Simon Leis when I worked for him I would have
6    done my best to squash it.  I would have done
7    my best to kill it.  I would have certainly
8    never participated in it.  Because you
9    respect the boss, you know.  I mean, I
10   wouldn't have done it under Jim Neil.
11              Now, here's the thing, you know,
12   I get that your wife is, you know, she's her
13   own person.  She has every right to say, do
14   whatever she likes.  I don't hold it
15   personally against her, but I'll give you an
16   example.  When I was working for Sheriff Leis
17   there was an officer who worked here who had
18   been, you know, a long-time kind of family
19   friend, et cetera, and she needed a place to
20   stay and so I said, well, you know, I have a
21   full basement and everything, you can stay
22   there for a little while.  Well, she stopped
23   coming to work.  And I said, you know what,
24   you can't live here if you don't go to work.
25   You just can't.  She wasn't even -- I wasn't

Sheriff McGuffey

14

1    married to her.  She wasn't related to me.  I

2    just said, look, I am not going to be

3    associated with someone who doesn't do their

4    job.  You can't be that closely associated

5    with me and not come to work.  And, you know,

6    I hope you have a good life and everything,

7    but you can't live here if you're going to do

8    that.  And because -- and the reason I did

9    that is because that reflects upon me, you

10   know.  She's in my house.  She's just a

11   roommate.  I mean, she's nobody to me close,

12   but I was not going to let someone be around

13   me who would reflect negatively on me in any

14   way because that's not the way I run my life.

15              And, you know, I think that, as

16   much as your wife is -- she wants to be her

17   own person, hey, I applaud that, you know.

18   Then there is an accountability, because you

19   guys are associated.  You're working for us.

20   The likelihood is that information she

21   receives about this department probably comes

22   from you.  I mean, you know, when you come

23   home --

24              DEPUTY DAVIS:  No.

25              SHERIFF MCGUFFEY:  -- as a

Sheriff McGuffey

15

1   husband and wife or as a roommate or as

2   anybody that's living in your same domicile

3   you are going to share information.  That's

4   just -- it's normal.  We all do it.  You're

5   going to come home, you're going to say, oh,

6   this or that or it doesn't have to be even

7   negative, you know, I'm not saying that, but

8   those are things that -- and then you go to

9   RENU and RENU is a very specialized,

10  secretive --

11              DEPUTY DAVIS:  Right.

12              SHERIFF MCGUFFEY:  You know.  I

13  mean, you know, you talk about -- sometimes,

14  you know, we've really got to know that those

15  men and women over there are going to keep a

16  closed lid until we get shit done, you know.

17              DEPUTY DAVIS:  Right, I get

18  that.

19              SHERIFF MCGUFFEY:  And to -- and

20  to have any lingering thought that, you know,

21  oh, we might see a little bit of this on

22  Facebook from the person who lives in the

23  same household as this individual, that's a

24  risk that we don't want to take.  Because you

25  could screw up a case.  You can screw up a

Sheriff McGuffey

16

1   lot of things in that regard.

2              DEPUTY DAVIS:  And I completely

3   understand that.  And how long has my brother

4   been down there?  I mean, you can ask him, I

5   never, ever ask him what's going on down

6   there or ask him about any of his cases.

7   Because I don't want something coming out and

8   go, oh, he must have told his brother because

9   his brother works down there.  And I took

10  pride in that.  I don't tell him anything --

11  or he doesn't tell me anything.  I don't ask

12  him anything.  I understand how, you know, if

13  you're working on cases, you can't tell

14  people that stuff.  I totally get that.

15             SHERIFF MCGUFFEY:  Sure.  Yeah.

16             DEPUTY DAVIS:  But --

17             SHERIFF MCGUFFEY:  But that's

18  your brother.

19             DEPUTY DAVIS:  Right.

20             SHERIFF MCGUFFEY:  We're talking

21  about you, you know, you.  We're talking

22  about Jason Davis.

23             DEPUTY DAVIS:  Yes.

24             SHERIFF MCGUFFEY:  And, you

25  know, we also have to know that -- look, if

Sheriff McGuffey

1    you're disappointed about us not going to

2    your football game and that kind of thing --

3    first of all, I will tell you, I didn't know

4    one thing about it.  Typically when people

5    organize things they'll come in here and have

6    an audience with us and say, hey, guys, this

7    is what I'm doing.  I mean, to depend on Kyla

8    who's pulled in six different directions and

9    gets woken up at 4:00 a.m. at night and this,

10   that and the other thing, you know, she may

11   have mentioned it to us.  Hell, I don't know.

12   But if you come in and sit down with us and

13   say, hey, guys, I would like your support --

14            CHIEF DEPUTY GRAMKE:  Or a green

15   letter.

16            SHERIFF MCGUFFEY:  I mean,

17   that's a face to face, right?

18            DEPUTY DAVIS:  I get it.  Yep.

19            SHERIFF MCGUFFEY:  And then we

20   have been --

21            CHIEF DEPUTY GRAMKE:  Do what we

22   did.

23            SHERIFF MCGUFFEY:  Then we know.

24            CHIEF DEPUTY GRAMKE:  I got the

25   green letter and we did send support and

Sheriff McGuffey

18

1    that's how that works.  Not, like you said,

2    calling Kyla who doesn't know, you know, what

3    day it is sometimes because, like you said,

4    they're waking her up at all hours of the

5    night.  So --

6              DEPUTY DAVIS:  I mean, I get it,

7    you guys -- I mean, tremendous support this

8    year.  My season is over, but, yeah, I mean,

9    I had tremendous -- I mean, I had the honor

10   guard.  I mean, it was great.  And it was

11   nice to have that there and, you know.

12             SHERIFF MCGUFFEY:  Sure.

13             DEPUTY DAVIS:  And I'm proud of

14   the department I work for.  You know, loyalty

15   is, you know, very important to me and that's

16   why I never went any other place.  I mean,

17   it's definitely -- now, it's an officer's

18   market where, back in the day, I mean, nobody

19   was ever hiring.

20             SHERIFF MCGUFFEY:  You

21   couldn't -- you couldn't find a cop job with

22   a detective on you.  I mean, you know, I get

23   it.  I just want to get something.

24             DEPUTY DAVIS:  No, you're fine.

25             SHERIFF MCGUFFEY:  I'm sorry.

Sheriff McGuffey

1           DEPUTY DAVIS:  Oh.  And thank
2   you for reaching out to me after my accident.
3   I appreciate that.  Little things like that
4   go a long way.  Well, at least with me.  I
5   appreciate it.
6           SHERIFF MCGUFFEY:  Yeah.  I
7   mean, I get that.  You know, you couldn't --
8   and it is an officer's market.  And we are
9   trying our absolute best to attract people,
10  to keep people, to grow people.  I mean,
11  shoot, we've spent lots of money sending guys
12  to here, there and everywhere.  I mean, you
13  know --
14          But here's the thing.  When
15  you're on a ball team, which you can relate
16  to, right, you have to support the team.  I
17  mean, you can't be on a ball team and have
18  part of your life over here, oh, that's the
19  suckiest ball team ever and hate the coach
20  and blah, blah, you know, you can't have that
21  going on, and then over here you show up and,
22  hey, you guys are great, man, working with
23  you.  I want you to, you know, embrace me
24  and, under.  I mean, I've never played on a
25  ball team and I've played on tons of ball

20

1    teams where somebody on the team does the
2    double deal, because then we would say to
3    that person, hey --
4              CHIEF DEPUTY GRAMKE:  Give them
5    (inaudible).
6              SHERIFF MCGUFFEY:  -- you're
7    not -- you're not playing on this team.
8              DEPUTY DAVIS:  Right.
9              SHERIFF MCGUFFEY:  You know?
10   And this is a team.  This is -- I have ten
11   people on the command staff who work their
12   butts off and I work my butt off.  And I went
13   to get this calendar for you because, not
14   only do I have full days in the sheriff's
15   office, I had to buy this calendar -- I was
16   laughing about it with the Chief the other
17   day -- so that I could keep track of my
18   evening events.  There's my evening events.
19   Some of this is doubled up.  Like, some of it
20   starts at 3:00 and goes until 9:00, goes
21   until 8:30 at night.  When I come back to
22   work and -- I mean, that's -- those are all
23   evening events.  And when I get a little bit
24   of time off I'm still working.  Because this
25   doesn't even have any weekends on it.

Sheriff McGuffey

 1              September I did something every
 2    weekend.  I did something every day from
 3    morning until late night the entire month of
 4    September.  And if I was off on a Sunday I
 5    still had an event I had to go to in the
 6    afternoon.  The Moon Festival from 3:00 to
 7    5:00.  Okay.  I do those things because --
 8    not because, you know, to socialize and be
 9    political.  I do those things because they're
10    the right things to do.  People need to see
11    their sheriffs and they request.
12              CHIEF DEPUTY GRAMKE:  And build
13    this agency.
14              SHERIFF MCGUFFEY:  They request
15    me.  They want to know, what are you guys
16    doing?  And I'm out there doing it.  And I
17    promise you Jim Neil didn't do a quarter of
18    what I'm doing.  And I'm doing it because the
19    public needs to know how great you guys are.
20    And that's what I go talk about is how great
21    our agency is.  How great our team is.
22              And I got to tell ya, that crazy
23    woman, you know, who sits in her basement and
24    eats, you know, chocolate and gets on her
25    computer all of the time, she's not damaging

Sheriff McGuffey

22

1  me.  I don't know what she's saying.  She's

2  damaging you and you and every person that

3  wears this uniform.  Because if I'm going to

4  dog Sheriff Leis then that, you know, looks

5  bad on me, in my opinion.  And that's the way

6  I've run my life.

7            So, you know, hey, your wife can

8  have a 100 opinions if she wants.  I -- you

9  know, she really can.  I don't care.  But

10  there will be consequences for you.  And

11  that's what -- we're not saying, hey, stop

12  doing that.  I'm not going to tell her what

13  to do.  And I'm not going to tell you what to

14  do, you know.

15            You have worked really hard in

16  this agency.  I've always considered you a

17  good officer, a really good officer, I always

18  have, you know.  And it wasn't until it was

19  brought to my attention all of that other

20  craziness that I even had any doubt, you

21  know.  So I don't know what the remedy is,

22  but it's not going to happen here when we

23  have an entire department to represent.  I'm

24  representing every staff, every line staff

25  member, including you.  And I want the public

Sheriff McGuffey

1    to see you as really good, you know.

2              The Chief I think is being very

3    honest and forthright with -- and we're going

4    to be honest with you and I want you to be

5    honest with us, you know.  I'm happy -- I

6    love football.  It's the sport I learned to

7    love first before I loved all of the other

8    sports I used to play.  I love to come to

9    football.  But, again, you see that I get

10   overwhelmed with things going on.

11             So what do you think should

12   happen?  Maybe we should ask that.  What do

13   you think should happen with your career

14   here?

15             DEPUTY DAVIS:  I would like a

16   shot to prove myself that, you know, I've

17   worked my butt off to get to where I want to

18   be and at least be able to show you that, you

19   know, I think I would excel down there.  I

20   mean, I think the officers down there would

21   agree.  I know my supervisors know, I mean,

22   all of the training I go to.  It's something

23   I've always wanted.

24             SHERIFF MCGUFFEY:  Okay.

25             DEPUTY DAVIS:  And I just want

Sheriff McGuffey

24

1    the shot, like -- and I appreciate the

2    honesty and -- one hundred percent and --

3    there's the other thing I want to address,

4    too, is, I'm not saying you guys said it, but

5    I don't like being called the malcontent

6    either, because -- I'm not saying you guys --

7    I've heard it before.  I'm not a malcontent.

8    I will tell you the truth if you ask me, you

9    know, about something.  I'll flat out tell

10   you.  You get that reputation of being an

11   a-hole for being truthful or upfront.  Now

12   there was things --

13             SHERIFF MCGUFFEY:  Wait a

14   minute.  Let me back you up right there in

15   the past.  Let me just qualify that, in the

16   past.  Not with this administration.

17             DEPUTY DAVIS:  Okay.  I was a

18   malcontent.

19             SHERIFF MCGUFFEY:  I want you to

20   be -- I want you to be honest and upfront.  I

21   want you to come in here, if you're mad about

22   something, and just like that, you didn't get

23   support for your thing, shoot a green letter

24   to the Chief, I really need to talk to you,

25   come in here and say, man, guys, I'm kind of

Sheriff McGuffey

25

1    disappointed that, you know.  I mean, this is

2    an open forum and, you know, God knows, I've

3    heard enough criticism, it's not going to

4    hurt my feelings.

5              DEPUTY DAVIS:  On that note

6    though, we were also told that there's no

7    open door policy.  Green letters weren't

8    coming up to you -- now, this is, like, just

9    back a couple of years.  Now, like I said,

10   you know, I'm here now --

11             (Inaudible.)

12             DEPUTY DAVIS:  Okay.  So -- and

13   I fell on the sword.  It's my own fault.  You

14   know, I should have reached out to you two as

15   well for the football game, but --

16             SHERIFF MCGUFFEY:  It's water

17   under the bridge.

18             DEPUTY DAVIS:  Right.  And, like

19   I say, I got tremendous support this past

20   season for the Military Bowl.  It was

21   awesome.  It was great.  The honor guard was

22   spectacular.  Pop won though.  But, yeah,

23   they were awesome.

24             Where was I going?  Oh, about

25   the malcontent.  But I will voice, like, you

Sheriff McGuffey

26

```
 1   know, at that time was the football game or
 2   the other time with in-service how it was a
 3   little unfair that dayshift was getting TDY
 4   and nightshift wasn't.  So I worked Friday,
 5   Saturday and Sunday, court Monday, eight
 6   hours dayshift on Tuesday, worked Wednesday,
 7   Thursday, and I hit for Friday overtime.
 8   It's like, this is way too much.
 9              SHERIFF MCGUFFEY:  Yeah.
10              DEPUTY DAVIS:  And I did and I
11   did stir the pot a little bit.  E-mails
12   started flying about being moved on the
13   overtime list.  And that's where the whole
14   malcontent thing came and, I don't like that,
15   but I will tell you, like, that's a little
16   bit unfair, you know.
17              CHIEF DEPUTY GRAMKE:  I don't
18   know anything about that.
19              DEPUTY DAVIS:  Okay.  Well,
20   obviously, it didn't come from me.
21              SHERIFF MCGUFFEY:  Yeah, moving
22   it up -- moving things up the chain sometimes
23   helps if you're struggling and it sounds like
24   you were struggling with that.
25              DEPUTY DAVIS:  Yeah.
```

Sheriff McGuffey

27

```
 1            SHERIFF MCGUFFEY:  And -- and I
 2   did fix that.  That's fair.  I found out
 3   early on, for whatever reason, people were
 4   under the impression that, as long as they
 5   said, well, no, I've settled it with you,
 6   I've told you how it's going to be, that they
 7   weren't going to push that person up to this
 8   level and we've fixed that.
 9            CHIEF DEPUTY GRAMKE:  The green
10   letter, there's a new system.
11            SHERIFF MCGUFFEY:  Uh-huh.
12            CHIEF DEPUTY GRAMKE:  If you say
13   you want to speak to the sheriff or me it has
14   that name on it so you can't -- I'll know
15   about it.  So nobody can kill it before me,
16   if it's coming to me or the Sheriff.  So
17   we've done that.  The new green letter system
18   (inaudible) valued into that.
19            SHERIFF MCGUFFEY:  Yeah.  And,
20   Jason, you know, good men are hard to find,
21   I'm going to tell you that.  I mean, and I
22   mean that in a very sincere department,
23   sheriff's department way, good men are very
24   hard to find.  And I don't want to lose them.
25   I want to grow.  I mean, I've put 55 officers
```

Sheriff McGuffey

28

```
 1    on the certified officer list.  When we came
 2    in Jim Neil had stripped the jail of almost
 3    every certified officer.
 4                  CHIEF DEPUTY GRAMKE:  There were
 5    13 that went for the test when we came in.
 6                  SHERIFF MCGUFFEY:  Oh, my God.
 7                  CHIEF DEPUTY GRAMKE:  Ten of
 8    them you couldn't promote.  They were over
 9    (inaudible).
10                  SHERIFF MCGUFFEY:  It was
11    unbelievable.  And so the Chief and I, you
12    know, we worked very hard to change that
13    model and send in those 20 recruits.  And I
14    know it's been difficult, but we're starting
15    to see -- each little thing we do, you know,
16    we're starting to see the come to fruition
17    kind of thing.  And --
18                  DEPUTY DAVIS:  Well, the academy
19    thing, whoever came up with that idea I think
20    was brilliant.
21                  SHERIFF MCGUFFEY:  Well, that
22    would be me.
23                  DEPUTY DAVIS:  I mean, I know
24    some of the old guys were like, well, that's
25    bullshit.  I had to paid my own way.  I was
```

Sheriff McGuffey

1   like -- I was like, that makes sense.  How
2   else are you going to get people in here to
3   corrections.
4                    CHIEF DEPUTY GRAMKE:  Well,
5   that's why.  When we went to 12-hour shifts
6   it was a huge mistake.  You can't (inaudible)
7   with that.
8                    DEPUTY DAVIS:  So when I first
9   got promoted, I was on the union, and I met
10  with Major Horton and Schoonover and they
11  called me in the office and they asked, you
12  know, why were you against 12-hour shifts
13  down at the jail.  I was, like, look --
14  because we -- I was the president at the
15  time.  We voted it down.  I was like --
16                   SHERIFF MCGUFFEY:  Oh, yeah.
17                   DEPUTY DAVIS:  -- I'm not for it
18  or against it.  I was, like, my concern is,
19  the jail is the gene pool for patrol.  You
20  guys will strip the jail to the bare bones to
21  fill patrol because it's cheaper to fill the
22  jail overtime.
23                   SHERIFF MCGUFFEY:  Right.
24                   DEPUTY DAVIS:  I was like that's
25  why we won't go to twelves.  And then, like,

Sheriff McGuffey

1   what it was a year later, I was gone, and

2   they voted twelves and I was, like, good luck

3   guys.  I told you.

4               CHIEF DEPUTY GRAMKE:  They

5   bribed them.

6               SHERIFF MCGUFFEY:  They bribed

7   them.

8               CHIEF DEPUTY GRAMKE:  They

9   bribed them to do 12 hours down here because

10  it's a -- image being down here for 12 hours.

11              DEPUTY DAVIS:  Nope.

12              CHIEF DEPUTY GRAMKE:  And then

13  you're heading for, hey, you're staying for

14  four more, sixteen.  It's insane.

15              SHERIFF MCGUFFEY:  It's

16  absolutely awful.

17              DEPUTY DAVIS:  Like I said, I

18  was totally against it when I was down here

19  just -- I mean, I couldn't imagine doing 12

20  hours on a floor with a crappy partner and

21  you're doing med pass, chow, uniforms,

22  sheets.  No, it's not -- and it takes a

23  little bit different story, but, yeah,

24  there's -- and I told them that.

25              CHIEF DEPUTY GRAMKE:  We're

Sheriff McGuffey

31

1   dealing with it.  We've got the -- it ain't
2   horrible now.
3              DEPUTY DAVIS:  And, you know, I
4   don't doubt it.  I mean, I won't say I don't
5   doubt it.  I know you did.
6              CHIEF DEPUTY GRAMKE:  You can
7   look.  You can look right here and this is --
8   this is our -- this is our performed -- our
9   strategic project management tool.  And you
10  can look at everything we've done, everything
11  that we're doing.  The citation awards
12  committee, Flock camera expansion, a new gun
13  range, repurpose the patrol cabinet for
14  intelligence, supervisory retreat, we're
15  doing that at TQL.  Real time crime center,
16  that's going to be unbelievable.  It's going
17  to blow your mind.  It's all going to be down
18  here in DC.  Educational pamphlet, high
19  school to the sheriff's office, we've got
20  Great Oaks, UC, everybody lined up.  We're
21  trying to get the kids from high school.
22  Remember our cadet program?
23             DEPUTY DAVIS:  Uh-huh.
24             CHIEF DEPUTY GRAMKE:  We got a
25  lot of good people from that.  We need -- and

Sheriff McGuffey

32

```
 1   that just disappeared.  The (inaudible)
 2   metrics.  These guys are going to have to
 3   work.  It ain't going to affect somebody like
 4   you, but these guys that are sitting around
 5   doing nothing but bitching, they're going to
 6   have to work.  We're done with that bullshit.
 7   Our policy and procedures are so jacked up.
 8   This has been two years.  The company has
 9   never seen anything like it how bad we were.
10   Supervisory training, rebuild the cadet
11   program, drone technology, contrast for
12   western districts.  Here's the stuff that
13   we've already completed, star Chase, remodel
14   the parole and sell the helicopters, go to
15   drones, restructure specials, RENU
16   relocation.  These are things that we're
17   doing.
18              And that's just parole.  If you
19   see the jail, it doesn't end.  These are
20   projects that don't stop.  It's unbelievable.
21   We have to repaint the whole place, new
22   windows, new everything.
23              At the administration, we've got
24   our own stuff.  It goes on and on, Jason.
25   And this is what we're doing to try to
```

Sheriff McGuffey

33

```
1    rebuild this.
2              And so we've got a lot of people
3    that are getting on board.
4              I can tell you that Anderson is
5    its own thing.  We could hear -- for two
6    years I could hear the bitching from here in
7    Anderson Township.  This is what I was
8    hearing, constant complaining and bitching
9    out of Anderson Township.
10             DEPUTY DAVIS:  What, from the
11   officers?
12             CHIEF DEPUTY GRAMKE:  Oh, yeah.
13             DEPUTY DAVIS:  But 90 percent of
14   them are, like, retired on duty.  That's
15   the -- that's --
16             CHIEF DEPUTY GRAMKE:  Does
17   that -- you have to earn a paycheck.  You
18   can't retire on duty.  There's no such thing.
19   You have to earn a paycheck.
20             DEPUTY DAVIS:  Right.
21             CHIEF DEPUTY GRAMKE:  You can't
22   just sit behind the church and -- for
23   12 hours and answer your radio.  You have to
24   work.
25             DEPUTY DAVIS:  But, I mean, look
```

Sheriff McGuffey

34

1   when you guys came on, you went through,

2   what, one, two, three, four, five officers

3   that are three and drop or pre, two of them

4   are eligible to retire, until you got to me,

5   and I had 21 -- well, 20 years in at that

6   time.  So, I mean, it's a lot of retired

7   officers out there that, you know, they're on

8   the verge of leaving, so it's kind of --

9   that's where the bitching comes in.

10                  CHIEF DEPUTY GRAMKE:  But what

11  for?

12                  DEPUTY DAVIS:  Because they've

13  been there forever and they're old.  They

14  don't like change.  I mean, my old job, when

15  I worked at the airport we called them

16  grizzles because that's all they

17  blaa-blaa-blaa.  I mean, that's all of the

18  bitching was out there.  The younger guys or

19  myself that were, like, proactive, you know,

20  we love the change.  You know, the cameras

21  are phenomenal in the cars.  I have one.

22  It's hooked up to -- the LPR.  It's hooked up

23  to Flock now.  I mean, it's awesome.  And the

24  biggest plus is the backseat camera.  Oh, I

25  love that.

Sheriff McGuffey

35

```
1            CHIEF DEPUTY GRAMKE:  That's
2    just one of them.
3            DEPUTY DAVIS:  Oh, my God.
4            CHIEF DEPUTY GRAMKE:  That's
5    (inaudible).
6            DEPUTY DAVIS:  Yeah.
7            CHIEF DEPUTY GRAMKE:  Not that
8    we'd ever would have believed that crazy
9    woman, but we cleared him in 90 minutes.
10           SHERIFF MCGUFFEY:  Yeah.
11           CHIEF DEPUTY GRAMKE:  But all of
12   this new technology, all of -- we're
13   rebuilding this whole thing.
14           So here's my suggestion to you
15   is get on board.  Get on board.
16           DEPUTY DAVIS:  I've never been
17   off board.
18           CHIEF DEPUTY GRAMKE:  We do all
19   kinds of things.  We do all of kind of
20   things.  We had -- Ali had the open house at
21   the district and nobody came out there.  The
22   other districts people come.  District
23   Anderson, nobody comes.  We had those things
24   out at Riverbend.  In Anderson nobody came.
25   It was in Anderson and nobody came from
```

Sheriff McGuffey

36

```
 1    Anderson.  People came from all over the
 2    place, but -- we have the October Fest.  Look
 3    at all of the stuff we're doing.  Hey, get on
 4    board.  Get on board with everybody else
 5    that's on board with this training.  Look at
 6    what we're doing.  Be the positive guy.  Tell
 7    everybody about what's going on and move
 8    forward.  That's what my suggestion would be
 9    to you.
10              Tell your wife to stay off the
11    social media.  I wouldn't do -- my wife
12    would -- in a million years, would not put
13    something negative towards this agency
14    because, you know what, it also feeds her.
15    It's fed my kids.  It's put my kids in
16    school.  It will put my kids through college.
17    That's why my wife won't badmouth this place.
18              SHERIFF MCGUFFEY:  I mean, you
19    know.
20              CHIEF DEPUTY GRAMKE:  That's
21    what I would do, get on board.
22              SHERIFF MCGUFFEY:  I was a very
23    unlikely sheriff, you know, and I'm a very
24    unique sheriff, very unique.  And I tell
25    every person on the command staff when they
```

Sheriff McGuffey

37

1   came on -- I vetted each and every one of

2   them.  Each one of these people that are in

3   this office are here because I said.  They

4   have the stamp, right?

5           DEPUTY DAVIS:  Right.

6           SHERIFF MCGUFFEY:  And I vetted

7   them.  I know what I'm doing.  I have the

8   longest tenure in this department of anybody

9   here except I think Coesfeld (phonetic).  All

10  right.

11          DEPUTY DAVIS:  He's still here?

12          SHERIFF MCGUFFEY:  Yeah, I think

13  he is.  Isn't he?

14          DEPUTY DAVIS:  Okay.  All right.

15          SHERIFF MCGUFFEY:  And I've seen

16  a lot, done a lot, and that I know we're

17  going in the right direction.

18          Now, there are people that are

19  mad because I'm a woman.  Well, okay.  Jesus

20  Christ, the world's going to fall in, you

21  know.  Christ, these guys have been working

22  with me for all of these years and they don't

23  know -- I'm not an alcoholic.  I hardly

24  drink.  I don't -- I'm the most boring person

25  that lives.  You know, I have a little garden

Sheriff McGuffey

38

```
1    that I screw around with in my backyard
2    and -- I mean -- but I'm vilified.  I've --
3    oh, Jesus, you know.  I mean, all the
4    ridiculous things.  And you know what, I
5    don't take it personally.  These are people
6    that don't have lives, I assume.  Because I
7    couldn't tell you what the Chief does in his
8    off time or you or anybody else.  I'm too
9    busy working on my own shit.  So, you know --
10   but I am and that is the way I vetted all of
11   these people, I said, listen, realize that
12   you are working for a very unique person who
13   is a lightening rod, a lightening rod for
14   controversy and lies, finger pointing.  Look,
15   if I stub my toe it makes the news, you know.
16              DEPUTY DAVIS:  Right.
17              SHERIFF MCGUFFEY:  And I just
18   deal with it.  Shit, you know what, Jason,
19   the reason why I'm sheriff is because I've
20   put up with this stuff my whole entire
21   career.  None of this is new to me.  None of
22   it.
23              DEPUTY DAVIS:  Right.
24              SHERIFF MCGUFFEY:  I mean, you
25   worked for those guys over there, Bart
```

Sheriff McGuffey

39

1    Conley, Kim Snow, Joe Schmidt.  Jesus Christ.
2    You know.  I mean, to excel under those
3    idiots, which I did, speaks to my character.
4    But the point is, for me is, I tell these
5    guys, look, if you step into this role,
6    Chief, and I've told him, you are also going
7    to be a target.
8                    CHIEF DEPUTY GRAMKE:  I have
9    been.
10                   SHERIFF MCGUFFEY:  You're also
11   going to be vilified, you know, at your job.
12                   CHIEF DEPUTY GRAMKE:  Yeah.  My
13   daughter has had to see things that people
14   have created on Facebook about me and, you
15   know, your son's her age.
16                   SHERIFF MCGUFFEY:  That aren't
17   true.
18                   CHIEF DEPUTY GRAMKE:  She's had
19   to see those things and it's -- you know, I
20   don't give a shit, to be truthful, but I do
21   care that my daughter sees this stuff.
22                   DEPUTY DAVIS:  Right.
23                   CHIEF DEPUTY GRAMKE:  You
24   wouldn't like meatball (phonetic) to see this
25   stuff.

Sheriff McGuffey

40

```
 1              DEPUTY DAVIS:  Right.
 2              SHERIFF MCGUFFEY:  And we've --
 3              CHIEF DEPUTY GRAMKE:  But you've
 4    done -- again, you've got your wife talking
 5    to this woman like this is okay.  It's not
 6    okay.
 7              SHERIFF MCGUFFEY:  I mean, every
 8    person in this office was vetted for that
 9    reason.  Listen, you know, I just want to be
10    very clear about what you're stepping into
11    here.  I've lived this life my whole life.
12    You know, this has been me my entire life.
13    I'm as strong as -- listen, my feelings are
14    about like this table right here, you know.
15    That's what this place does to you, it molds
16    you.  And, you know, I'm not sitting in this
17    chair by accident, huh-uh.
18              And, you know, Jason, I'm
19    telling you, I've always liked you.  I never
20    knew you said anything bad about me.  I never
21    even knew your wife said anything bad about
22    me.  Okay.  All I do is judge on what you get
23    done and how you do and how you represent
24    this department, but that's the part right
25    there, that representation.  People know you
```

Sheriff McGuffey

41

1    work for us.  If your wife is on Facebook

2    with, I don't even know, okay?  It makes it

3    look like you are saying these things.  It

4    makes it look like you do not respect us, you

5    don't want to get on board, you don't like it

6    here.  I think you do like it here.

7              DEPUTY DAVIS:  Yeah, I've been

8    here, what, almost 21 years.  I mean, if I

9    didn't I would have left back when Conley

10   told me I was never going to get promoted.

11   So I mean it --

12             SHERIFF MCGUFFEY:  Well --

13             DEPUTY DAVIS:  Well, you know,

14   he flat out said it.  So I went to school for

15   corrections administration and I got to

16   shadow Major Minkhouse (phonetic) for a

17   couple of weeks and -- because I was going

18   for a correction administration, because they

19   said I wasn't going to get promoted.  Which

20   was an eye opener.  I mean -- so I know what

21   you're -- well, when you were a major, what

22   you were going through with -- the best thing

23   you just -- the best way he described it was

24   it's running a small city.

25             SHERIFF MCGUFFEY:  Oh, it is,

Sheriff McGuffey

42

```
 1   for sure.
 2                DEPUTY DAVIS:  You've got
 3   housing, plumbing, I mean, food.  I mean, it
 4   is interesting to see what he goes through.
 5   But I just -- I don't know.  I just -- I
 6   feel -- I won't say it wasn't fair, but I
 7   think my work ethic, my integrity, and
 8   everything goes a long way.  And for me not
 9   to be picked was like -- it was extremely
10   hard.  And then on top of that the rumor
11   about being skipped over for the corporal
12   part now is just like -- you know, that's
13   when I was, like, I've got to come up here
14   and ask you guys what am I doing wrong.
15                SHERIFF MCGUFFEY:  I'm glad you
16   did.  We don't have a corporal's position
17   right now.  So the rumor is true.  I've never
18   said it.  The Chief has never said it.  I
19   mean, you know, these tests --
20                CHIEF DEPUTY GRAMKE:  But
21   again -- again I -- there's going to be
22   consequences, you know.  I mean, we -- there
23   was consequences for these actions.  We're
24   not going to have people talking, you know,
25   to crazy people, badmouthing us and stuff
```

Sheriff McGuffey

43

1   like that.  I mean, just so you know moving

2   forward.  You know what I'm saying?  So I'm

3   not telling you that you're going to get to

4   make corporal.  We're going to see how things

5   go.

6              SHERIFF MCGUFFEY:  I mean, you

7   are, you know, being assessed every day.  We

8   all are.  I mean, I have 800,000 constituents

9   that watch my every move, you know, and I'm

10  very careful.

11             CHIEF DEPUTY GRAMKE:  You can't

12  get pulled over in a -- 72 in a 55 -- like my

13  dad called me and said, you're the only

14  person in the United States that would have

15  been on the news for that.  We've all done

16  it, but that's what happened.

17             DEPUTY DAVIS:  Right.  Oh, I

18  know.

19             CHIEF DEPUTY GRAMKE:  You get

20  stopped out there, but guess what happens?

21  You get stopped out there, but guess what

22  happens?  How did it get out?

23             SHERIFF MCGUFFEY:  The crazy

24  lady.

25             CHIEF DEPUTY GRAMKE:  Anderson

Sheriff McGuffey

44

1  Township.  Somebody in Anderson Township fed
2  our information.
3          SHERIFF MCGUFFEY:  Yeah.
4          DEPUTY DAVIS:  No, I know that.
5          CHIEF DEPUTY GRAMKE:  Well, I'm
6  just telling ya.
7          SHERIFF MCGUFFEY:  You know, and
8  here's the thing, Jason, please just realize
9  this, you know, in the sheriff's department,
10  just like yourself, you're a deputy, you
11  understand that we know a lot more than we
12  say we know.
13          DEPUTY DAVIS:  Oh, one hundred
14  percent.
15          SHERIFF MCGUFFEY:  You know a
16  lot more than you say you know.  I mean, in
17  this business you are always privy to
18  different kinds of information.  Now, that
19  information may come to you from the outside,
20  from the other agencies, it can come to you
21  in lots of different ways, the public, the
22  this, the that.
23          I'm very well versed.  I
24  don't -- you know, I've never run my life and
25  done any action without a purpose, I can

Sheriff McGuffey

45

1   promise you that.  A purpose to every action.

2   And I know exactly who's who.  I do.  I know

3   exactly who's who.  And I strategize around

4   that.  That's why I'm sheriff.  And I just --

5                You know, Jason, I want you to

6   succeed.  You know?  I haven't seen what's on

7   there.  Maybe I would be mad if I did, but,

8   you know, I respect my staff and they say,

9   you know, Sheriff, don't get on there, and so

10  I don't, you know.  And nor do I care.  God,

11  I'm so damn busy.  I have so many things.

12               Anyway, I would really like you

13  to succeed, Jason.  And it sounds like you

14  want to go to RENU.  It sounds like you want

15  to be promoted.

16               DEPUTY DAVIS:  I just -- I'm

17  running out of time and I'm not getting

18  younger.

19               SHERIFF MCGUFFEY:  No.  No, none

20  of us are.

21               DEPUTY DAVIS:  And that's -- you

22  know, that's the issue.

23               SHERIFF MCGUFFEY:  So perhaps I

24  would suggest that maybe there's some

25  conversations in your future with people who

Sheriff McGuffey

46

```
1    you're close to and surrounded by.  I mean, I
2    don't -- if you're -- whoever it is doesn't
3    like me, get in line, you know, that's what I
4    say.  But if they're hurting your career --
5    and I've got to tell you, if somebody was
6    hurting my career, I would cut them loose.
7    And I did throughout my career.  There were
8    certain people I used to hang around with and
9    they did things that, if I'm running around
10   with you, my career is going to be hurt.  You
11   got to go.  Bye.  You know?  And that's how
12   it is.  So it's -- it's really up to you, I
13   think, because I think you do a great job.
14           CHIEF DEPUTY GRAMKE:  Absolutely
15   no one said that -- I was told that you do a
16   good job.  That you are out there.  You do
17   hustle.  You're not sitting around bitching
18   and whining -- well, there was some bitching
19   and whining, but that you're not sitting
20   around doing nothing.  You're a worker.  And
21   I've been told that.  Okay.  But I also am
22   not going to have somebody who's badmouthed
23   us and his wife has badmouthed us.  How would
24   that look?  That's not going -- you know, I
25   mean, I don't know --
```

Sheriff McGuffey

47

```
 1               I guess I don't understand what,
 2     you know, your thought process was or
 3     anybody's thought process was that this is
 4     not going to have consequences, you know.  I
 5     don't know -- that's what kind of boggles my
 6     mind, Jason, is that there's -- you know, you
 7     think that you're going to badmouth us, your
 8     wife is going to badmouth us, and then we're
 9     going to promote you.  I mean, is that what
10     you thought?
11               DEPUTY DAVIS:  Well, I mean, I
12     didn't think asking for more support from my
13     department was really badmouthing, per se.
14               CHIEF DEPUTY GRAMKE:  I had no
15     idea -- none of us had any idea.  We went,
16     what the -- you know, somebody brought it in,
17     look at what Jason Davis just said.  I had no
18     idea what he's talking about.  We are so
19     busy.  Look at that list.  Okay.  We
20     worked -- she worked 80 hours a week for the
21     first two years.  I think I did 60 to 70
22     hours a week.  Okay?  Nobody -- we're not
23     getting overtime.  Okay?  We're killing
24     ourselves to get this place back.
25               I don't know if you know this,
```

Sheriff McGuffey

1    but we lost it.  Okay.  This jail, I just

2    took Tony (inaudible) through it.  He hadn't

3    been in there in 20 years.  He said, this

4    looks like a third world country jail.  I

5    said --

6              DEPUTY DAVIS:  Yeah, I don't

7    doubt --

8              CHIEF DEPUTY GRAMKE:  Did you

9    see the new internet?

10             DEPUTY DAVIS:  Yeah.

11             CHIEF DEPUTY GRAMKE:  Okay.  Did

12   you see the fresh paint?  The video?  Where

13   they go up?

14             DEPUTY DAVIS:  No.

15             CHIEF DEPUTY GRAMKE:  Check it

16   out.  You won't believe what happened in this

17   jail.  You won't believe what happened in

18   this department.  Think about it, Jason.

19   Three years ago we were handwriting reports,

20   handwriting use of force, handwriting green

21   letters.  This will probably be the last one

22   I'll ever see.  Handwriting everything.  We

23   have digitized and brought ourselves into the

24   future in the last two and a half years like

25   no time in the history of this agency.  And

Sheriff McGuffey

1    for that we get blasted.  How does that work?

2              Because somebody's a female.

3    Maybe she's gay.  Maybe she's a Democrat.

4    Because of that we're going to get -- she's

5    getting destroyed?  People saying terrible

6    things about her and people are echoing it

7    within our agency?  It makes no sense to me.

8    It's insanity.

9              My suggestion, you could be a

10   very valuable person to us.  You could be

11   very supportive.  You can get on board.  You

12   can see what's going on.  Open your eyes,

13   look at all that's going on.  You see the

14   in-car camera.  You see the Flock camera

15   system.  When we bring this -- we're leading

16   the charge here.

17             DEPUTY DAVIS:  What makes you

18   think I'm not on board though?  That's what I

19   don't understand.  I'm not -- I'm not driving

20   50 minutes to Anderson for the meeting thing.

21   And then I'm not trying to make excuses, but

22   the -- for whatever reason, the days you guys

23   had the thing at Riverbend, on Sunday is the

24   day after my football games when I'm taking

25   the visiting team to the airport.  So it's

1    kind of like --

2              CHIEF DEPUTY GRAMKE:  There's a

3    lot of things we do.  A lot of things we do.

4    I haven't seen you at any of them.  And, you

5    know, maybe you have -- you've got stuff

6    going on.  I get it.  But you could be a

7    vocal supporter of --

8              DEPUTY DAVIS:  And I am.  The

9    things I do with the football, with the kids'

10   football, I mean --

11             SHERIFF MCGUFFEY:  Not -- not

12   when your household is on the other end.

13   That's black and white, right?  Not when your

14   household is on the other end saying --

15   doing, all of these things that are, one, not

16   vetted, not true, not this, not that, and it

17   hurts the agency, in my opinion.  It hurts

18   the agency.

19             DEPUTY DAVIS:  Well, that's just

20   her opinion.  I'm not the one saying it.  I'm

21   not out there badmouthing.  You know, like

22   the 29th, I'm playing a bunch of little kids

23   in full contact football from our department

24   representing our department.  That's why I

25   get -- I'm kind of frustrated with the whole

Sheriff McGuffey

1    thing because I don't think I've ever really

2    done anything to put the department in a bad

3    light.

4              SHERIFF MCGUFFEY:  Well, let me

5    ask you a quick question.  Let me just ask

6    you this.  Does your wife support your

7    position here?  Does she support you being a

8    deputy sheriff?

9              DEPUTY DAVIS:  I believe so,

10   yeah.

11             SHERIFF MCGUFFEY:  Does she like

12   that you do this job?  I mean, is this

13   something that she values about you?

14             DEPUTY DAVIS:  Yes.

15             SHERIFF MCGUFFEY:  Okay.  Does

16   she realize that her actions are hurting you?

17             DEPUTY DAVIS:  She does now,

18   with this situation here, yeah.

19             SHERIFF MCGUFFEY:  Okay.  Do you

20   think, since she realizes that, that she

21   might change her behavior or is she going to

22   continue to hurt you?

23             DEPUTY DAVIS:  I mean, she's not

24   going to continue to hurt me, no.

25             SHERIFF MCGUFFEY:  Well, that's

Sheriff McGuffey

52

1    all I'm asking.  Is, if she knows and she's

2    aware that these actions that are voluntary,

3    okay, on her part hurt you --

4                    DEPUTY DAVIS:  But, I mean --

5                    SHERIFF MCGUFFEY:  -- then is

6    she going to continue them because, hey, I

7    have an opinion?  We all have opinions.

8                    DEPUTY DAVIS:  Right.

9                    SHERIFF MCGUFFEY:  Everybody has

10   got opinions.  I mean, some of them are --

11   oh, my God.  I mean, you know.  But I don't

12   put my opinions out on Facebook.  Do you?

13                   CHIEF DEPUTY GRAMKE:  I don't

14   have Facebook.

15                   SHERIFF MCGUFFEY:  A lot of

16   people don't.  And that's my question to you,

17   is she supportive of your job?

18                   DEPUTY DAVIS:  She is.  And

19   she's just -- I mean, she knows what I went

20   through with -- when you were the major and I

21   was the union rep and how we weren't mixing

22   too well at that time and --

23                   SHERIFF MCGUFFEY:  That was only

24   a year.  I was only a major a year before you

25   went to road patrol.  And I was in support of

Sheriff McGuffey

53

1   the unions because I saw how you guys were

2   treated so badly.

3                   DEPUTY DAVIS:  Yeah, but we had

4   the Clepper incident where you wanted me

5   fired.

6                   SHERIFF MCGUFFEY:  Which one was

7   that?

8                   DEPUTY DAVIS:  Where he lied to

9   me -- or he told me something and then he

10  told you totally different.  You wrote up

11  Mark Pruitt (phonetic) for gossiping and you

12  chewed my butt and wanted me fired.  And I

13  had to give you guys the audiotape where he

14  did tell me what I said.  So there's --

15                  SHERIFF MCGUFFEY:  So Keith

16  Clepper lied to me --

17                  DEPUTY DAVIS:  Yes.  Yeah, he

18  did.

19                  SHERIFF MCGUFFEY:  He lied to

20  me.

21                  DEPUTY DAVIS:  But you chewed me

22  and attacked my integrity, which killed me

23  because we had a good, like, rapport forever

24  and, you know, that's what -- you know.

25                  SHERIFF MCGUFFEY:  I honestly

Sheriff McGuffey

54

1    don't remember the incident.  I don't.  I

2    don't remember it.  I've been chewed out in

3    this business more times than I can count.

4              DEPUTY DAVIS:  Okay.

5              SHERIFF MCGUFFEY:  And whether

6    sometimes it was fair, sometimes it wasn't,

7    okay?  Sometimes I took the fall for other

8    people's actions because I'm not a snitch.  I

9    don't front people out.  You know, if

10   something is wrong, I will say it if I need

11   to, but, you know.  But that does not stick

12   with me because those are things that

13   happened in this work environment, you know.

14             DEPUTY DAVIS:  Right.

15             SHERIFF MCGUFFEY:  You hold

16   grudges in this work environment, oh, my God.

17   I mean --

18             DEPUTY DAVIS:  No, I agree.

19   It's --

20             SHERIFF MCGUFFEY:  You're

21   carrying around a pretty heavy sack there.

22             DEPUTY DAVIS:  She did just the

23   fact that, you know, you wanted me terminated

24   from working here and that's what really --

25             SHERIFF MCGUFFEY:  Did I take

Sheriff McGuffey

55

1    action to do that?  Was there any write up?

2                 DEPUTY DAVIS:  You wrote Pruitt

3    up to start the process, but what it came

4    down to is, if I wouldn't have had that on

5    audio, how far would it have gone?

6                 SHERIFF MCGUFFEY:  Well, we

7    don't know, but it sounds to me like she

8    should be mad at Keith Clepper for lying.  I

9    mean, right?  If he lied to me?

10                 DEPUTY DAVIS:  Correct.

11                 SHERIFF MCGUFFEY:  I mean,

12    that's what I made my -- apparently, my

13    decisions on.

14                 DEPUTY DAVIS:  But I was --

15    right, but I was -- I was pissed off at you

16    because you questioned my integrity and never

17    even gave me a chance to explain.  I had to

18    tell Scheffler (phonetic) that I had Clepper

19    on audio and, you know, that -- that burned a

20    hole.

21                 SHERIFF MCGUFFEY:  I'm just

22    going to go down a rabbit hole and I really

23    don't want to, but --

24                 DEPUTY DAVIS:  I know.

25                 SHERIFF MCGUFFEY:  -- can you

Sheriff McGuffey

56

1  just tell me what that was about?  Because I

2  have a pretty good recollection of things.

3                    DEPUTY DAVIS:  It was -- that

4  was about Clepper getting rid of the weight

5  policy.

6                    SHERIFF MCGUFFEY:  Okay.  So

7  what was the rub?

8                    DEPUTY DAVIS:  That he was

9  getting rid of it and then, when I left the

10 meeting, I told Pruitt and Pruitt told

11 whoever, and then you got ahold of it and it

12 went to Clepper, and Clepper's, like, no, I

13 never said that.  So you came back at me

14 chewing me about spreading rumors, gossiping.

15 You wrote Pruitt up.  It was just a --

16                    SHERIFF MCGUFFEY:  Oh, because

17 he was in there -- I guess Clepper must have

18 told you guys, don't tell anyone or

19 something, and then he went out and started

20 talking about it?

21                    DEPUTY DAVIS:  Who, Clepper?

22 No, Pruitt.  Pruitt did.

23                    SHERIFF MCGUFFEY:  I'll have to

24 look at Pruitt's write up, I really will,

25 just to refresh my memory.  Because, man,

Sheriff McGuffey

57

```
1   that had to happen like -- like in my
2   first years.
3              DEPUTY DAVIS:  Yeah, it was --
4   it was a hot mess.
5              SHERIFF MCGUFFEY:  I'm surprised
6   that they didn't make the report that they
7   used to fire me with.  Damn.
8              DEPUTY DAVIS:  No, all that
9   stuff stayed with me.
10             SHERIFF MCGUFFEY:  Uh-huh.
11  Well, you know --
12             DEPUTY DAVIS:  There was no
13  reason to share any of that.
14             SHERIFF MCGUFFEY:  -- if your
15  wife is holding a grudge about that, perhaps
16  she should let it go because --
17             DEPUTY DAVIS:  She knew how bad
18  it hurt me.
19             SHERIFF MCGUFFEY:  Well, you
20  know what, listen, my wife knows about how
21  bad things hurt me.  And they hurt her.  She
22  gets freaked out all of the time because of
23  these idiots on Facebook.  I mean, they get
24  on there and practically say they're going to
25  kill me, you know.  And she's constantly,
```

Sheriff McGuffey

58

1  like, oh, my God, be careful.  You know, God,

2  I'm like, man.  I mean, she drives me nuts

3  with it.  I'm like, it's okay.  These are

4  just people who --

5                CHIEF DEPUTY GRAMKE:  Are crazy.

6                SHERIFF MCGUFFEY:  -- are

7  idiots.  And she's like, Jesus, are you

8  wearing your vest, are you -- but the point

9  is, is that, I tell her, just as I would

10  advise anybody, look, you know, stay off of

11  there.  And she doesn't -- she would never go

12  on and do something on Facebook that would

13  remotely hurt me.  Are there some people,

14  yeah.  Is there some way she would like to

15  light some people on fire on there?  Yeah.

16  But she wouldn't do it because it would hurt

17  me and she knows that and I super appreciate

18  that.  So all I'm asking is, does your wife

19  want to support your career here?

20                DEPUTY DAVIS:  Yeah.

21                SHERIFF MCGUFFEY:  Because if

22  she understands that she's hurting you with

23  that behavior, is she going to continue it or

24  stop it?  I mean, I think that's what it --

25                DEPUTY DAVIS:  I mean, she's

Sheriff McGuffey

59

```
 1    going to stop it.
 2              SHERIFF MCGUFFEY:  She can't be
 3    on all day long.
 4              DEPUTY DAVIS:  I mean, she's
 5    going to stop it.
 6              I'll tell you right now, it was
 7    the absolute hardest thing was to tell her
 8    that was the reason I didn't get promoted.  I
 9    mean, I was -- it was.  It was the hardest
10    thing.  You know, I was told, you're coming
11    down, I'm already assigning you cases.  She
12    knows I busted my butt for three years.  At
13    the first interview, I think I bombed it.  I
14    went to training.  I mean, I -- I've got
15    pages of everything.  My stops were --
16    anyways, so when I got off of the phone,
17    because they said I wasn't coming down, I
18    mean, it was the absolute worse thing I've
19    ever had to do.  It was, like, I'm not
20    getting it because of you.  And it's just --
21    I just -- at that time I was -- I didn't
22    think it was fair.  You're basing it off, not
23    my work ethic or my integrity or anything,
24    just because of what my wife freely spoke on
25    social media.  I just -- I didn't --
```

Sheriff McGuffey

60

```
 1           CHIEF DEPUTY GRAMKE:  So I have
 2   Cadel (phonetic) right behind you, who's
 3   another excellent candid, whose wife didn't
 4   say anything.  There's got to be consequences
 5   for your actions, Jason.  Your wife benefits
 6   from you having this job.
 7           DEPUTY DAVIS:  I get that.  But
 8   what if -- all right.  I get it.
 9           CHIEF DEPUTY GRAMKE:  You know?
10   There's -- you know, there were no
11   consequences for actions for a long time in
12   this place.  Do you think -- how do you think
13   Leis would have dealt with that?  You know,
14   it would have been -- I mean, we're sitting
15   here being friendly with you.
16           DEPUTY DAVIS:  Oh, I get it.
17           CHIEF DEPUTY GRAMKE:  Leis would
18   have chewed you out and said, you're never
19   going anywhere.
20           SHERIFF MCGUFFEY:  And he would
21   have kept his promise.
22           CHIEF DEPUTY GRAMKE:  Ever.  And
23   you would have never gone anywhere.  You
24   know, the last group, they didn't care what
25   you did, but we do.
```

Sheriff McGuffey

61

1          SHERIFF MCGUFFEY:  Well -- go
2    ahead.
3          DEPUTY DAVIS:  No, I get it.
4          SHERIFF MCGUFFEY:  Good.
5          DEPUTY DAVIS:  I mean, I get --
6    I get it to a point.  It's just -- I don't
7    know.
8          CHIEF DEPUTY GRAMKE:  Well, how
9    would you feel -- how would you feel if some
10   crazy person -- I mean, she's literally --
11   she's crazy.  And these city cops keep
12   feeding her stupid shit and they think it's
13   funny because she's crazy and then she does
14   these memes about the sheriff or me or
15   anybody else.  But, again, if that was your
16   wife, flip the scenario here, okay, how would
17   that feel?
18         DEPUTY DAVIS:  Again, it's -- to
19   me, it's social media.  It's an entertainment
20   thing.  It's not real -- I don't want to say
21   real life, but --
22         CHIEF DEPUTY GRAMKE:  That's an
23   (inaudible) F-you to us.  That's an open
24   F-you to this administration.
25         SHERIFF MCGUFFEY:  That's why we

Sheriff McGuffey

1   have a social media policy, because it isn't

2   just a little thing.  It isn't.  And we

3   didn't create a social media policy.  Every

4   sheriff before us did.

5            CHIEF DEPUTY GRAMKE:  And do you

6   think -- do you think that, if we promoted

7   you, after what your wife had done and said

8   and what you had done and said, do you think

9   we'd open up the floodgates of hell to

10   anybody that wants to be critical of this

11   administration?  I mean, Christ, we had have

12   shut the comments off because of these crazy

13   people.  These people have no idea what --

14   they have no idea about what we're doing.

15   They have no idea.  They just -- they believe

16   that maybe we have a star chamber down here

17   and that we plan evil things.  We're too

18   busy.  We're working.  We're rebuilding an

19   entire sheriff's department.  So there has to

20   be consequences, Jason, there has to be.  We

21   can't promote you after what's been done.

22            Now, I'm not saying that's for

23   ever, but I need to see a change.  We need to

24   see a change in attitude.

25            SHERIFF MCGUFFEY:  It is

Sheriff McGuffey

63

1   important.  I mean, we have a social media

2   policy for a reason.  It's not something

3   that's nonconsequential.  We fired, what was

4   it, Carla because of her social media

5   craziness.

6              CHIEF DEPUTY GRAMKE:  Oh, right.

7              SHERIFF MCGUFFEY:  Remember when

8   she started that?

9              CHIEF DEPUTY GRAMKE:  You saw

10  the -- you saw the -- last years CPT.  She

11  badmouthed the sheriff's department, the

12  local sheriff's department.  Her agency fired

13  her.  They said, hey, you're causing a strain

14  in our relationship with the sheriff's

15  department.  They fired her and it was

16  upheld.  No, social media is a big deal.

17             SHERIFF MCGUFFEY:  And, you

18  know, your household, your friends, those are

19  the people that reflect upon you.  I've been

20  very careful my entire career about that.

21  And I've had to -- I've had to release some

22  people because, A, you're not going to act

23  like that and be around me or be associated

24  with me.  It just ain't going to happen.

25             So I hope that your wife will

Sheriff McGuffey

64

```
1    support your career.  I don't care if she
2    likes me or not.  If she's holding a grudge
3    on that incident, let her know I don't even
4    remember it.  It's just a lot of baggage
5    she's carrying around.  I'm not carrying it.
6    It makes no difference to me.  You know,
7    whatever happened, I did what I thought at
8    the time, and if the somebody lied to create
9    that, that's who I would be mad at.  But, you
10   know, the issue is, hey, I want you to do
11   well, Jason.  That's the message you're
12   leaving here with, honestly.  And past
13   administrations, you've lived through it,
14   once you got a black mark on ya, you were
15   done.  Just like Art Conley told you, oh,
16   (making noise) I hate that guy.  I hate that
17   guy.  I hate Joe Schmidt.  I hate Kim Snow.
18   Okay.  I'll say it right now.  I'm not going
19   to put it on Facebook.  But they did stuff to
20   me and everybody here.  They abused people.
21   That's why I don't like them.
22            DEPUTY DAVIS:  Yeah, I remember.
23            SHERIFF MCGUFFEY:  You know?
24   But we're not going to do that.  That's not
25   the way we want to do things.  I want --
```

Sheriff McGuffey

1    you're a hard worker.  Shit, man, let's grow

2    you.  Let's get you moving, you know.

3    Really, Jason.  You know, you and I had a bad

4    interaction.  I mean, what about all of the

5    good interactions we had?

6                    DEPUTY DAVIS:  Yeah, for years.

7                    SHERIFF MCGUFFEY:  For years.

8                    DEPUTY DAVIS:  I know.  So --

9    and I was obviously acting upon something

10   that somebody told me that wasn't true.

11                   DEPUTY DAVIS:  I get it.

12                   SHERIFF MCGUFFEY:  So, Chief,

13   where do we go from here?

14                   CHIEF DEPUTY GRAMKE:  I think

15   I've said my piece.  I think you understood.

16   I think you know what to do.  I mean, I'm not

17   telling you you're blackballed.  You're not.

18   But you -- again, there's consequences.  You

19   know, we skipped somebody -- I know you know.

20   We skipped somebody on the corporal.  It was

21   the same thing.  I mean, except it wasn't

22   social media.  It was just the badmouthing

23   was -- you know.

24                   You know, the bottom line is, is

25   you work for the agency.  There's a level of

Sheriff McGuffey

66

```
1   loyalty that you are -- basically you have to
2   have towards the administration, towards this
3   agency, towards the whole nine yards.  You
4   have to have that loyalty.  It's part of your
5   job.
6               DEPUTY DAVIS:  And I agree.  I
7   think I have that.
8               CHIEF DEPUTY GRAMKE:  Well,
9   again -- again, I had a guy right behind you
10  that, you know, he didn't make a comment
11  about us not being at a football we didn't
12  know about.  He does have a wife who doesn't
13  go on Facebook and talk to crazy people that
14  make horrible memes about the sheriff.  So --
15  just you're not blackballed.  You can go
16  forward and be successful and -- but we'll
17  see where it goes.  I mean, it needs to
18  change.
19              DEPUTY DAVIS:  All right.
20              SHERIFF MCGUFFEY:  Let's
21  reconvene.  Let's talk again in several
22  months and see how you're feeling and see how
23  things are going.  And I'm happy to talk to
24  you about if we are going to do another
25  corporal or what it might look like.
```

Sheriff McGuffey

67

```
 1            CHIEF DEPUTY GRAMKE:  Right now
 2   there's no RENU openings, there's no corporal
 3   openings, to my knowledge.  Now, I don't know
 4   how long that test is good.
 5            DEPUTY DAVIS:  Which?
 6            CHIEF DEPUTY GRAMKE:  The
 7   corporal.
 8            DEPUTY DAVIS:  Another year.
 9   I'm not too stressed out about the corporal.
10   I mean, my goal has always been to get down
11   to RENU.
12            CHIEF DEPUTY GRAMKE:  Yeah, I
13   don't know of any movement down.
14            SHERIFF MCGUFFEY:  Well, you
15   never know.  There could be.  But maybe we --
16            CHIEF DEPUTY GRAMKE:  When I
17   tested, my interview for RENU, they said they
18   needed one body and it was Terrell Williams.
19   And I knew he was going to get it because
20   Terrell was Terrell and he got it and I was,
21   oh, well, I'll try the next time.  And Jim
22   Bryant walked in and told Keith Crappy
23   (phonetic) to go fuck himself and I was down
24   there the next Thursday.  So you never know
25   what can happen.
```

Sheriff McGuffey

68

```
1              SHERIFF MCGUFFEY:  What can
2    happen in this business.  Jason, thank you
3    very much for being honest and coming in and
4    there's -- and keep us up to date on your
5    football team as well.
6              DEPUTY DAVIS:  Oh --
7              SHERIFF MCGUFFEY:  We try and
8    support that.
9              DEPUTY DAVIS:  Like I said,
10   tremendous support this past season.  So, I
11   mean, I'm not complaining about any of that
12   or anything else.
13             SHERIFF MCGUFFEY:  Okay.
14   Well --
15             DEPUTY DAVIS:  So I appreciate
16   it.  Thank you for your time.
17             SHERIFF MCGUFFEY:  Well, thank
18   you.  All right.
19             DEPUTY DAVIS:  Thank you.
20             SHERIFF MCGUFFEY:  Thank you
21   very much.
22             (Conclusion of meeting.)
23
24
25
```

Sheriff McGuffey

69

1                  C E R T I F I C A T E

2    STATE OF OHIO       :

3                            SS

4    COUNTY OF HAMILTON   :

5

6                    I, Julie Patrick, do hereby

7    certify that the foregoing transcript was

8    transcribed into typewriting by computer

9    under my supervision, and that the same is

10   true and correct in all respects as

11   transcribed from the audio recording.

12                    I further certify that I am

13   not counsel, attorney, relative or employee

14   of any of the parties hereto, or in any way

15   interested in the within action.

16                    IN WITNESS WHEREOF, I have

17   hereunto set my hand and Notarial seal on

18   this 29th of April, 2024.

19

20   My Commission expires         Julie Patrick
21        3/13/20                  Notary Public -
                                   State of Ohio
22

23

24

25

**1**

**100** 22:8

**12** 30:9,10,19 33:23

**12-hour** 29:5,12

**13** 28:5

**14** 5:9

**2**

**20** 28:13 34:5 48:3

**2014** 3:16

**21** 5:10 34:5 41:8

**26** 12:25

**29th** 50:22

**3**

**3:00** 20:20 21:6

**4**

**4:00** 17:9

**5**

**5** 4:6

**50** 49:20

**55** 27:25 43:12

**5:00** 21:7

**6**

**60** 47:21

**7**

**70** 47:21

**72** 43:12

**8**

**80** 47:20

**800,000** 43:8

**8:30** 20:21

**9**

**90** 33:13 35:9

**9:00** 20:20

**A**

**a-hole** 24:11

**a.m.** 17:9

**absolute** 19:9 59:7,18

**absolutely** 30:16 46:14

**abused** 64:20

**academy** 28:18

**accident** 19:2 40:17

**accountability** 14:18

**act** 63:22

**acting** 65:9

**action** 44:25 45:1 55:1

**actions** 42:23 51:16 52:2 54:8 60:5,11

**actual** 4:22

**Adams** 9:15 11:5

**address** 24:3

**administration** 11:20 24:16 32:23 41:15,18 61:24 62:11 66:2

**administrations** 64:13

**advise** 58:10

**affect** 32:3

**afternoon** 21:6

**age** 39:15

**agencies** 44:20

**agency** 21:13,21 22:16 36:13 48:25 49:7 50:17,18 63:12 65:25 66:3

**agree** 23:21 54:18 66:6

**ahead** 7:10 9:19 61:2

**ahold** 56:11

**airport** 34:15 49:25

**alcoholic** 37:23

**Ali** 35:20

**Anderson** 4:6 33:4,7,9 35:23,24, 25 36:1 43:25 44:1 49:20

**anybody's** 47:3

**apparently** 55:12

**applaud** 14:17

**Art** 64:15

**assessed** 43:7

**assign** 8:15

**assigning** 59:11

**assume** 38:6

**attacked** 53:22

**attention** 22:19

**attitude** 62:24

**attract** 19:9

**audience** 17:6

**audio** 55:5,19

**audiotape** 53:13

**awards** 31:11

**aware** 52:2

**awesome** 11:3 25:21,23 34:23

**awful** 30:16

**B**

**back** 3:1 6:20 18:18 20:21 24:14 25:9 41:9 47:24 56:13

Sheriff McGuffey

**backseat** 34:24

**backyard** 38:1

**bad** 11:17 22:5 32:9 40:20,21 51:2 57:17,21 65:3

**badly** 53:2

**badmouth** 36:17 47:7,8

**badmouthed** 46:22,23 63:11

**badmouthing** 42:25 47:13 50:21 65:22

**baggage** 64:4

**ball** 10:25 19:15, 17,19,25

**bare** 29:20

**Bart** 38:25

**based** 6:11 8:6

**basement** 13:21 21:23

**basically** 5:24 12:9,10 66:1

**basing** 59:22

**bearing** 12:15

**beginning** 3:8

**behavior** 51:21 58:23

**believed** 35:8

**benefits** 60:5

**big** 63:16

**biggest** 34:24

**bit** 15:21 20:23 26:11,16 30:23

**bitching** 32:5 33:6,8 34:9,18 46:17,18

**blaa-blaa-blaa** 34:17

**black** 50:13 64:14

**blackballed** 65:17 66:15

**blah** 19:20

**blasted** 49:1

**blemish** 11:14

**blow** 31:17

**board** 33:3 35:15, 17 36:4,5,21 41:5 49:11,18

**body** 67:18

**boggles** 47:5

**bombed** 59:13

**bones** 29:20

**boring** 37:24

**boss** 12:21 13:9

**bottom** 65:24

**Bowl** 25:20

**Brewer** 11:7

**bribed** 30:5,6,9

**bridge** 25:17

**brilliant** 28:20

**bring** 49:15

**brother** 16:3,8,9, 18

**brought** 22:19 47:16 48:23

**Bryant** 67:22

**build** 21:12

**bullshit** 12:6 28:25 32:6

**bunch** 50:22

**burned** 55:19

**business** 44:17 54:3 68:2

**busted** 59:12

**busy** 3:1 10:11,18 38:9 45:11 47:19 62:18

**butt** 20:12 23:17 53:12 59:12

**butts** 20:12

**buy** 20:15

**Bye** 46:11

**C**

**cabinet** 31:13

**Cadel** 60:2

**cadet** 31:22 32:10

**calendar** 20:13,15

**call** 3:21 8:16

**called** 24:5 29:11 34:15 43:13

**calling** 18:2

**camera** 31:12 34:24 49:14

**cameras** 34:20

**candid** 60:3

**care** 22:9 39:21 45:10 60:24 64:1

**career** 23:13 38:21 46:4,6,7,10 58:19 63:20 64:1

**careful** 43:10 58:1 63:20

**Carla** 63:4

**Carolyn** 9:14

**carrying** 54:21 64:5

**cars** 4:24 34:21

**case** 15:25

**cases** 8:16 16:6, 13 59:11

**causing** 63:13

**center** 31:15

**certified** 28:1,3

**cetera** 12:21 13:19

**chain** 26:22

**chair** 40:17

**challenging** 11:19,20

**chamber** 62:16

**chance** 55:17

**change** 28:12 34:14,20 51:21 62:23,24 66:18

Sheriff McGuffey                    Index: character..Davis

character 39:3

charge 49:16

Chase 32:13

chasing 4:19

cheaper 29:21

Check 48:15

chewed 53:12,21 54:2 60:18

chewing 56:14

Chief 3:23 7:1,6,8, 18,22 8:3,25 9:3, 8,16,20 10:4,10 11:18 12:8,20 17:14,21,24 20:4, 16 21:12 23:2 24:24 26:17 27:9, 12 28:4,7,11 29:4 30:4,8,12,25 31:6, 24 33:12,16,21 34:10 35:1,4,7,11, 18 36:20 38:7 39:6,8,12,18,23 40:3 42:18,20 43:11,19,25 44:5 46:14 47:14 48:8, 11,15 50:2 52:13 58:5 60:1,9,17,22 61:8,22 62:5 63:6, 9 65:12,14 66:8 67:1,6,12,16

chocolate 21:24

choice 4:11

chow 30:21

Christ 37:20,21 39:1 62:11

church 33:22

citation 31:11

city 41:24 61:11

clarify 6:12

clear 40:10

cleared 35:9

Clepper 53:4,16 55:8,18 56:4,12, 17,21

Clepper's 56:12

Clermont 11:7

close 14:11 46:1

closed 15:16

closely 13:1 14:4

coach 19:19

Coesfeld 37:9

college 36:16

command 20:11 36:25

comment 66:10

comments 9:12 62:12

committee 31:12

company 32:8

complaining 33:8 68:11

completed 32:13

completely 16:2

computer 21:25

concern 29:18

conclusion 68:22

Conley 39:1 41:9

64:15

consequences 22:10 42:22,23 47:4 60:4,11 62:20 65:18

considered 22:16

constant 33:8

constantly 57:25

constituents 43:8

contact 50:23

continue 51:22,24 52:6 58:23

contrast 32:11

controversy 38:14

conversations 45:25

converse 11:21

cop 18:21

cops 61:11

corporal 6:9,24 7:24 8:1,11,21 42:11 43:4 65:20 66:25 67:2,7,9

corporal's 6:10, 15,20 8:10 42:16

corporals 7:17

Correct 55:10

correction 41:18

corrections 29:3 41:15

count 54:3

country 48:4

county 4:2 11:8

couple 25:9 41:17

court 26:5

CPT 63:10

crappy 30:20 67:22

craziness 22:20 63:5

crazy 9:12,17 11:22,24 21:22 35:8 42:25 43:23 58:5 61:10,11,13 62:12 66:13

create 62:3 64:8

created 39:14

crime 31:15

critical 62:10

criticism 25:3

cut 46:6

D

dad 43:13

damaging 21:25 22:2

damn 45:11 57:7

darn 3:1

date 8:15 68:4

daughter 39:13, 21

Davis 3:3,9,12,16, 19,25 4:5,8,12,17,

21 5:2,10,13,19,
21,24 6:5,8,22
7:7,11,15 8:2,8
9:2,7,23 10:6,22
12:7,13,22 14:24
15:11,17 16:2,16,
19,22,23 17:18
18:6,13,24 19:1
20:8 23:15,25
24:17 25:5,12,18
26:10,19,25
28:18,23 29:8,17,
24 30:11,17 31:3,
23 33:10,13,20,25
34:12 35:3,6,16
37:5,11,14 38:16,
23 39:22 40:1
41:7,13 42:2
43:17 44:4,13
45:16,21 47:11,17
48:6,10,14 49:17
50:8,19 51:9,14,
17,23 52:4,8,18
53:3,8,17,21 54:4,
14,18,22 55:2,10,
14,24 56:3,8,21
57:3,8,12,17
58:20,25 59:4
60:7,16 61:3,5,18
64:22 65:6,8,11
66:6,19 67:5,8
68:6,9,15,19

**day** 18:3,18 20:17
21:2 43:7 49:24
59:3

**days** 20:14 49:22

**dayshift** 4:13,14,
18 26:3,6

**DC** 31:18

**deal** 20:2 38:18
63:16

**dealing** 31:1

**dealt** 10:12 60:13

**decisions** 55:13

**Democrat** 49:3

**department** 10:1,
9 11:15 14:21
18:14 22:23
27:22,23 37:8
40:24 44:9 47:13
48:18 50:23,24
51:2 62:19 63:11,
12,15

**depend** 17:7

**deputy** 3:3,9,12,
16,19,23,25 4:5,8,
12,17,21 5:2,10,
13,19,21,24 6:5,8,
22 7:1,6,7,8,11,
15,18,22 8:2,3,8,
25 9:2,3,7,8,16,
20,23 10:4,6,10,
22 11:18 12:7,8,
13,22 14:24
15:11,17 16:2,16,
19,23 17:14,18,
21,24 18:6,13,24
19:1 20:4,8 21:12
23:15,25 24:17
25:5,12,18 26:10,
17,19,25 27:9,12
28:4,7,18,23 29:4,
8,17,24 30:4,8,11,
12,17,25 31:3,6,
23,24 33:10,12,
13,16,20,21,25
34:10,12 35:1,3,4,
6,7,11,16,18

36:20 37:5,11,14
38:16,23 39:8,12,
18,22,23 40:1,3
41:7,13 42:2,20
43:11,17,19,25
44:4,5,10,13
45:16,21 46:14
47:11,14 48:6,8,
10,11,14,15 49:17
50:2,8,19 51:8,9,
14,17,23 52:4,8,
13,18 53:3,8,17,
21 54:4,14,18,22
55:2,10,14,24
56:3,8,21 57:3,8,
12,17 58:5,20,25
59:4 60:1,7,9,16,
17,22 61:3,5,8,18,
22 62:5 63:6,9
64:22 65:6,8,11,
14 66:6,8,19 67:1,
5,6,8,12,16 68:6,
9,15,19

**destroyed** 49:5

**detective** 18:22

**difference** 64:6

**difficult** 28:14

**digging** 5:2

**digitized** 48:23

**dime** 4:2

**direction** 37:17

**directions** 17:8

**disappeared** 32:1

**disappointed**
17:1 25:1

**displeasures** 9:24

**district** 4:6 35:21,
22

**districts** 32:12
35:22

**dog** 22:4

**domicile** 15:2

**door** 25:7

**double** 20:2

**doubled** 20:19

**doubt** 22:20 31:4,
5 48:7

**drink** 37:24

**drives** 58:2

**driving** 49:19

**drone** 32:11

**drones** 32:15

**drop** 34:3

**due** 9:4

**duty** 33:14,18

### E

**E-MAILS** 26:11

**early** 11:6 27:3

**earn** 33:17,19

**eats** 21:24

**echoing** 49:6

**Educational**
31:18

**eligible** 34:4

**embrace** 19:23

**end** 32:19 50:12, 14

**entertainment** 61:19

**entire** 21:3 22:23 38:20 40:12 62:19 63:20

**environment** 54:13,16

**ethic** 42:7 59:23

**evening** 20:18,23

**event** 21:5

**events** 20:18,23

**evil** 62:17

**exam** 6:9

**excel** 23:19 39:2

**excellent** 60:3

**excuses** 49:21

**expansion** 31:12

**explain** 55:17

**extremely** 42:9

**eye** 41:20

**eyes** 49:12

_____

**F**

**F-YOU** 61:23,24

**face** 17:17

**Facebook** 9:4,13 11:20,21 13:4 15:22 39:14 41:1 52:12,14 57:23 58:12 64:19 66:13

**fact** 54:23

**fair** 9:23 27:2 42:6 54:6 59:22

**fall** 37:20 54:7

**Fallen** 11:4

**falling** 10:13

**family** 13:18

**fault** 25:13

**fed** 36:15 44:1

**feeding** 61:12

**feeds** 36:14

**feel** 12:3 42:6 61:9,17

**feeling** 66:22

**feelings** 25:4 40:13

**fell** 25:13

**female** 49:2

**Fest** 36:2

**Festival** 21:6

**figure** 8:18,22

**fill** 29:21

**finally** 3:12

**find** 6:17 18:21 27:20,24

**fine** 18:24

**finger** 12:11 38:14

**fire** 57:7 58:15

**fired** 53:5,12 63:3, 12,15

**fix** 27:2

**fixed** 27:8

**flat** 24:9 41:14

**flip** 61:16

**Flock** 31:12 34:23 49:14

**floodgates** 62:9

**floor** 30:20

**flying** 12:11 26:12

**food** 42:3

**football** 9:9,11,25 17:2 23:6,9 25:15 26:1 49:24 50:9, 10,23 66:11 68:5

**force** 48:20

**forever** 34:13 53:23

**forthright** 23:3

**forum** 25:2

**forward** 36:8 43:2 66:16

**found** 27:2

**Fox** 10:8

**freaked** 57:22

**freely** 59:24

**fresh** 48:12

**Friday** 26:4,7

**friend** 13:19

**friendly** 60:15

**friends** 63:18

**front** 54:9

**fruition** 28:16

**frustrated** 50:25

**FTO** 3:20

**fuck** 67:23

**full** 13:21 20:14 50:23

**funny** 61:13

**future** 45:25 48:24

_____

**G**

**game** 9:9,25 10:9 17:2 25:15 26:1

**games** 49:24

**garden** 37:25

**gave** 55:17

**gay** 49:3

**gene** 29:19

**general** 10:23

**give** 13:15 20:4 39:20 53:13

**glad** 42:15

**goal** 67:10

**God** 25:2 28:6 35:3 45:10 52:11 54:16 58:1

**good** 14:6 22:17 23:1 27:20,23 30:2 31:25 46:16 53:23 56:2 61:4 65:5 67:4

**gossiping** 53:11 56:14

**GRAMKE** 3:23 7:1,6,8,18,22 8:3,

25 9:3,8,16,20
10:4,10 11:18
12:8 17:14,21,24
20:4 21:12 26:17
27:9,12 28:4,7
29:4 30:4,8,12,25
31:6,24 33:12,16,
21 34:10 35:1,4,7,
11,18 36:20 39:8,
12,18,23 40:3
42:20 43:11,19,25
44:5 46:14 47:14
48:8,11,15 50:2
52:13 58:5 60:1,9,
17,22 61:8,22
62:5 63:6,9 65:14
66:8 67:1,6,12,16

**grandmother** 11:7

**Grant's** 11:6

**great** 11:3,16
18:10 19:22
21:19,20,21 25:21
31:20 46:13

**green** 17:14,25
24:23 25:7 27:9,
17 48:20

**grizzles** 34:16

**group** 60:24

**grow** 19:10 27:25
65:1

**grudge** 57:15 64:2

**grudges** 54:16

**guard** 18:10 25:21

**guess** 43:20,21
47:1 56:17

**gun** 31:12

**guy** 7:25 36:6
64:16,17 66:9

**guys** 7:25 8:9
14:19 17:6,13
18:7 19:11,22
21:15,19 24:4,6,
25 28:24 29:20
30:3 32:2,4 34:1,
18 37:21 38:25
39:5 42:14 49:22
53:1,13 56:18

---

## H

**half** 48:24

**hand** 10:13

**handwriting**
48:19,20,22

**hang** 46:8

**happen** 7:14
22:22 23:12,13
57:1 63:24 67:25
68:2

**happened** 7:23
43:16 48:16,17
54:13 64:7

**happy** 23:5 66:23

**hard** 22:15 27:20,
24 28:12 42:10
65:1

**hardest** 59:7,9

**hate** 19:19 64:16,
17

**heading** 30:13

**hear** 33:5,6

**heard** 24:7 25:3

**hearing** 7:9 33:8

**heavy** 3:20 54:21

**helicopters** 32:14

**hell** 10:19 17:11
62:9

**helps** 26:23

**hey** 8:13 14:17
17:6,13 19:22
20:3 22:7,11
30:13 36:3 52:6
63:13 64:10

**high** 31:18,21

**hiring** 18:19

**history** 48:25

**hit** 26:7

**hold** 13:14 54:15

**holding** 57:15
64:2

**hole** 55:20,22

**home** 14:23 15:5

**honest** 23:3,4,5
24:20 68:3

**honestly** 53:25
64:12

**honesty** 24:2

**honor** 18:9 25:21

**hooked** 34:22

**hope** 14:6 63:25

**horrible** 31:2
66:14

**Horton** 29:10

**hot** 57:4

**hours** 18:4 26:6
30:9,10,20 33:23
47:20,22

**house** 14:10
35:20

**household** 15:23
50:12,14 63:18

**housing** 42:3

**huge** 29:6

**huh-uh** 40:17

**hundred** 24:2
44:13

**hurt** 9:25 25:4
46:10 51:22,24
52:3 57:18,21
58:13,16

**hurting** 46:4,6
51:16 58:22

**hurts** 50:17

**husband** 15:1

**hustle** 46:17

---

## I

**idea** 28:19 47:15,
18 62:13,14,15

**idiots** 39:3 57:23
58:7

**image** 30:10

**imagine** 30:19

**important** 18:15
63:1

**impression** 27:4

**in-car** 49:14

**in-service** 26:2

**inaudible** 3:24 4:20 6:25 20:5 25:11 27:18 28:9 29:6 32:1 35:5 48:2 61:23

**incident** 53:4 54:1 64:3

**including** 22:25

**individual** 15:23

**info** 10:8

**information** 14:20 15:3 44:2,18,19

**insane** 30:14

**insanity** 49:8

**integrity** 42:7 53:22 55:16 59:23

**intelligence** 31:14

**interaction** 65:4

**interactions** 65:5

**interdiction** 5:4

**interesting** 42:4

**internet** 11:2 48:9

**interview** 59:13 67:17

**interviews** 5:3

**issue** 45:22 64:10

---

**J**

**jacked** 32:7

**jail** 3:8,10 5:18 10:13,16 28:2 29:13,19,20,22 32:19 48:1,4,17

**Jason** 12:12 16:22 27:20 32:24 38:18 40:18 44:8 45:5,13 47:6,17 48:18 60:5 62:20 64:11 65:3 68:2

**Jesus** 37:19 38:3 39:1 58:7

**Jim** 5:20 13:10 21:17 28:2 67:21

**job** 14:4 18:21 34:14 39:11 46:13,16 51:12 52:17 60:6 66:5

**Joe** 39:1 64:17

**judge** 40:22

---

**K**

**Keith** 53:15 55:8 67:22

**Ketteman** 10:25

**kids** 31:21 36:15, 16 50:22

**kids'** 50:9

**kill** 13:7 27:15 57:25

**killed** 53:22

**killing** 10:16,20 47:23

**Kim** 39:1 64:17

**kind** 3:6 13:3,18 17:2 24:25 28:17 34:8 35:19 47:5 50:1,25

**kinds** 35:19 44:18

**knew** 10:5 40:20, 21 57:17 67:19

**knowledge** 67:3

**Kyla** 17:7 18:2

---

**L**

**lady** 10:7 43:24

**late** 21:3

**laughing** 20:16

**leading** 49:15

**learned** 23:6

**leaving** 34:8 64:12

**left** 41:9 56:9

**Leis** 12:25 13:5,16 22:4 60:13,17

**letter** 17:15,25 24:23 27:10,17

**letters** 25:7 48:21

**level** 27:8 65:25

**lid** 15:16

**lied** 53:8,16,19 55:9 64:8

**lies** 11:22 38:14

**life** 14:6,14 19:18 22:6 40:11,12 44:24 61:21

**light** 11:16 51:3 58:15

**lightening** 38:13

**likelihood** 14:20

**likes** 13:14 64:2

**lined** 31:20

**lingering** 15:20

**list** 6:10,25 7:5,9 26:13 28:1 47:19

**listen** 38:11 40:9, 13 57:20

**literally** 61:10

**live** 13:24 14:7

**lived** 40:11 64:13

**lives** 15:22 37:25 38:6

**living** 15:2

**local** 63:12

**long** 5:7 16:3 19:4 27:4 42:8 59:3 60:11 67:4

**long-time** 13:18

**longest** 37:8

**looked** 11:23 12:12

**loose** 46:6

**lose** 27:24

**lost** 48:1

**lot** 4:1 11:1,9 16:1 31:25 33:2 34:6 37:16 44:11,16 50:3 52:15 64:4

Sheriff McGuffey

**lots** 19:11 44:21

**love** 23:6,7,8 34:20,25

**loved** 23:7

**loyalty** 18:14 66:1,4

**LPR** 34:22

**luck** 30:2

**lying** 55:8

---

**M**

**mad** 24:21 37:19 45:7 55:8 64:9

**made** 9:12 55:12

**major** 5:17 29:10 41:16,21 52:20,24

**make** 43:4 49:21 57:6 66:10,14

**makes** 11:22 29:1 38:15 41:2,4 49:7, 17 64:6

**making** 8:1,10 64:16

**malcontent** 24:5, 7,18 25:25 26:14

**man** 19:22 24:25 56:25 58:2 65:1

**management** 31:9

**mark** 53:11 64:14

**market** 18:18 19:8

**married** 14:1

**MCGUFFEY** 3:4, 11,14,17,22 4:4,7,

10,15,20 5:1,6,12, 15,20,22 6:3,6,19, 23 7:4,13,16,20 9:14,18 12:18,23 14:25 15:12,19 16:15,17,20,24 17:16,19,23 18:12,20,25 19:6 20:6,9 21:14 23:24 24:13,19 25:16 26:9,21 27:1,11,19 28:6, 10,21 29:16,23 30:6,15 35:10 36:18,22 37:6,12, 15 38:17,24 39:10,16 40:2,7 41:12,25 42:15 43:6,23 44:3,7,15 45:19,23 50:11 51:4,11,15,19,25 52:5,9,15,23 53:6, 15,19,25 54:5,15, 20,25 55:6,11,21, 25 56:6,16,23 57:5,10,14,19 58:6,21 59:2 60:20 61:1,4,25 62:25 63:7,17 64:23 65:7,12 66:20 67:14 68:1, 7,13,17,20

**Mcmillian's** 11:5

**meatball** 39:24

**med** 30:21

**media** 10:7 36:11 59:25 61:19 62:1, 3 63:1,4,16 65:22

**meeting** 49:20

56:10 68:22

**member** 22:25

**memes** 61:14 66:14

**memory** 56:25

**men** 15:15 27:20, 23

**mentioned** 17:11

**mess** 57:4

**message** 64:11

**messenger** 10:3

**met** 29:9

**metrics** 32:2

**military** 10:24,25 25:20

**mill** 5:25 8:20,24

**million** 36:12

**mind** 31:17 47:6

**Minkhouse** 41:16

**minute** 24:14

**minutes** 35:9 49:20

**mistake** 29:6

**mixing** 52:21

**model** 28:13

**molds** 40:15

**mom** 11:5 12:1

**moment** 6:20

**Monday** 26:5

**money** 19:11

**monitor** 12:16

**month** 21:3

**months** 66:22

**Moon** 21:6

**morning** 21:3

**move** 36:7 43:9

**moved** 26:12

**movement** 67:13

**moving** 26:21,22 43:1 65:2

---

**N**

**needed** 8:11 13:19 67:18

**negative** 15:7 36:13

**negatively** 14:13

**Neil** 5:20 13:10 21:17 28:2

**news** 10:8 38:15 43:15

**nice** 9:10 18:11

**night** 17:9 18:5 20:21 21:3

**nights** 4:6,11

**nightshift** 4:18,23 26:4

**noise** 64:16

**nonconsequential** 63:3

**normal** 15:4

**notably** 7:24

**note** 25:5

**numerous** 9:12

**nuts** 58:2

---

**O**

---

**Oaks** 31:20

**October** 36:2

**office** 20:15 29:11 31:19 37:3 40:8

**officer** 13:17 22:17 28:1,3

**officer's** 18:17 19:8

**officers** 23:20 27:25 33:11 34:2, 7

**open** 25:2,7 35:20 49:12 61:23 62:9

**opener** 41:20

**openings** 67:2,3

**opinion** 12:14 22:5 50:17,20 52:7

**opinions** 22:8 52:7,10,12

**order** 6:13 8:19

**organize** 17:5

**overcome** 10:12

**overtime** 26:7,13 29:22 47:23

**overwhelmed** 23:10

---

**P**

---

**pages** 59:15

**paid** 28:25

**paint** 48:12

**pamphlet** 31:18

**paper** 4:19

**parole** 32:14,18

**part** 19:18 40:24 42:12 52:3 66:4

**participated** 13:8

**partner** 30:20

**pass** 30:21

**past** 10:24 24:15, 16 25:19 64:12 68:10

**patrol** 3:13 7:23 10:15 29:19,21 31:13 52:25

**pay** 8:1,10

**paycheck** 33:17, 19

**people** 8:1,6 10:14,15 12:9 16:14 17:4 19:9, 10 20:11 21:10 27:3 29:2 31:25 33:2 35:22 36:1 37:2,18 38:5,11 39:13 40:25 42:24,25 45:25 46:8 49:5,6 52:16 54:9 58:4,13,15 62:13 63:19,22 64:20 66:13

**people's** 54:8

**percent** 24:2 33:13 44:14

**performed** 31:8

**person** 4:14 9:17 11:22 12:16 13:13 14:17 15:22 20:3 22:2 27:7 36:25 37:24 38:12 40:8 43:14 49:10 61:10

**personally** 13:15 38:5

**perspective** 12:19

**phenomenal** 34:21

**phone** 8:16 59:16

**phonetic** 37:9 39:24 41:16 53:11 55:18 60:2 67:23

**picked** 6:1,14,15 8:19 42:9

**picture** 3:6

**piece** 65:15

**pissed** 55:15

**place** 13:19 18:16 32:21 36:2,17 40:15 47:24 60:12

**plan** 62:17

**play** 23:8

**played** 19:24,25

**playing** 20:7 50:22

**plumbing** 42:3

**point** 39:4 58:8 61:6

**pointing** 38:14

**police** 4:18,22

**policy** 25:7 32:7 56:5 62:1,3 63:2

**political** 21:9

**pool** 29:19

**Pop** 25:22

**position** 6:1 42:16 51:7

**positions** 6:24

**positive** 36:6

**posted** 11:2

**pot** 26:11

**practically** 57:24

**pre** 34:3

**present** 11:6,8

**president** 29:14

**pretty** 54:21 56:2

**pride** 16:10

**privy** 44:17

**prized** 13:2

**Pro** 3:25

**proactive** 34:19

**procedures** 32:7

**process** 47:2,3 55:3

**program** 31:22 32:11

**programs** 13:2

**project** 31:9

**projects** 32:20

**promise** 21:17 45:1 60:21

**promote** 8:5 28:8 47:9 62:21

**promoted** 3:13 6:25 7:2 29:9 41:10,19 45:15 59:8 62:6

**promoting** 10:9

**proud** 18:13

**prove** 23:16

**Pruitt** 53:11 55:2 56:10,15,22

**Pruitt's** 56:24

**public** 21:19 22:25 44:21

**pulled** 17:8 43:12

**purpose** 44:25 45:1

**push** 27:7

**put** 9:8 10:2 11:14,16 12:19 27:25 36:12,15,16 38:20 51:2 52:12 64:19

**Q**

**qualify** 24:15

**quarter** 21:17

**question** 51:5 52:16

**questioned** 55:16

**questions** 5:23

**quick** 3:7 51:5

**R**

**rabbit** 55:22

**radio** 4:19 33:23

**ran** 13:2

**range** 31:13

**rapport** 53:23

**reached** 10:6 11:10 25:14

**reaching** 19:2

**real** 3:7 31:15 61:20,21

**realize** 38:11 44:8 51:16

**realizes** 51:20

**reason** 14:8 27:3 38:19 40:9 49:22 57:13 59:8 63:2

**rebuild** 32:10 33:1

**rebuilding** 35:13 62:18

**receives** 14:21

**recollection** 56:2

**reconvene** 66:21

**recruits** 28:13

**reflect** 14:13 63:19

**reflects** 14:9

**refresh** 56:25

**regard** 16:1

**relate** 19:15

**related** 14:1

**relationship** 63:14

**release** 63:21

**relocation** 32:16

**remedy** 22:21

**remember** 5:17 10:19 11:4 31:22 54:1,2 63:7 64:4, 22

**remodel** 32:13

**remotely** 58:13

**RENU** 6:1,14 7:25 8:14 9:1 15:9 32:15 45:14 67:2, 11,17

**rep** 52:21

**repaint** 32:21

**reply** 11:11

**report** 57:6

**reports** 48:19

**represent** 22:23 40:23

**representation** 40:25

**representing** 22:24 50:24

**repurpose** 31:13

**reputation** 24:10

**request** 21:11,14

**respect** 13:9 41:4 45:8

**restructure** 32:15

**retire** 33:18 34:4

**retired** 33:14 34:6

**retreat** 31:14

**rid** 56:4,9

**ridiculous** 38:4

**rifle** 3:21,25

**risk** 15:24

**Riverbend** 35:24 49:23

**road** 5:18 8:11 52:25

**roadside** 5:3

**rod** 38:13

**role** 39:5

**roommate** 14:11 15:1

**rub** 56:7

**rumor** 5:25 6:14 8:20,24 42:10,17

**rumors** 6:11 8:17 56:14

**run** 10:14 14:14 22:6 44:24

**running** 41:24 45:17 46:9

**S**

**sack** 54:21

Sheriff McGuffey

**Saturday** 26:5

**scenario** 61:16

**Scheffler** 55:18

**Schmidt** 39:1 64:17

**school** 31:19,21 36:16 41:14

**Schoonover** 29:10

**screw** 15:25 38:1

**season** 18:8 25:20 68:10

**secretive** 15:10

**sees** 39:21

**selecting** 7:17

**sell** 32:14

**send** 17:25 28:13

**sending** 19:11

**sense** 29:1 49:7

**September** 21:1,4

**settled** 27:5

**shadow** 41:16

**share** 15:3 57:13

**sheets** 30:22

**sheriff** 3:4,11,14, 17,22 4:4,7,10,15, 20 5:1,6,12,15,20, 22 6:3,6,19,23 7:4,13,16,20 9:14, 18 12:4,18,23,24, 25 13:16 14:25 15:12,19 16:15, 17,20,24 17:16,

19,23 18:12,20,25 19:6 20:6,9 21:14 22:4 23:24 24:13, 19 25:16 26:9,21 27:1,11,13,16,19 28:6,10,21 29:16, 23 30:6,15 35:10 36:18,22,23,24 37:6,12,15 38:17, 19,24 39:10,16 40:2,7 41:12,25 42:15 43:6,23 44:3,7,15 45:4,9, 19,23 50:11 51:4, 8,11,15,19,25 52:5,9,15,23 53:6, 15,19,25 54:5,15, 20,25 55:6,11,21, 25 56:6,16,23 57:5,10,14,19 58:6,21 59:2 60:20 61:1,4,14, 25 62:4,25 63:7, 17 64:23 65:7,12 66:14,20 67:14 68:1,7,13,17,20

**sheriff's** 20:14 27:23 31:19 44:9 62:19 63:11,12,14

**sheriffs** 21:11

**shifts** 29:5,12

**shit** 15:16 38:9,18 39:20 61:12 65:1

**shoot** 19:11 24:23

**shot** 23:16 24:1

**show** 19:21 23:18

**showed** 11:7,8

**shut** 62:12

**Simon** 13:5

**sincere** 27:22

**sister** 12:2,20

**sit** 17:12 33:22

**sits** 21:23

**sitting** 32:4 40:16 46:17,19 60:14

**situation** 51:18

**sixteen** 30:14

**skipped** 8:21 42:11 65:19,20

**small** 41:24

**snitch** 54:8

**Snow** 39:1 64:17

**social** 36:11 59:25 61:19 62:1,3 63:1, 4,16 65:22

**socialize** 21:8

**somebody's** 49:2

**son** 11:8

**son's** 39:15

**sort** 3:4

**sounds** 26:23 45:13,14 55:7

**speak** 27:13

**speaks** 39:3

**specialized** 15:9

**specials** 32:15

**specialty** 5:5

**spectacular** 25:22

**spent** 19:11

**spoke** 59:24

**sport** 23:6

**sports** 23:8

**spreading** 56:14

**squash** 13:6

**squashed** 9:1

**staff** 20:11 22:24 36:25 45:8

**stamp** 37:4

**star** 32:13 62:16

**start** 3:7 8:15 55:3

**started** 8:17,20 26:12 56:19 63:8

**starting** 28:14,16

**starts** 20:20

**States** 43:14

**stay** 13:20,21 36:10 58:10

**stayed** 57:9

**staying** 30:13

**step** 39:5

**stepping** 40:10

**stick** 54:11

**stint** 4:13

**stir** 26:11

**stop** 22:11 32:20 58:24 59:1,5

**stopped** 13:22 43:20,21

**stops** 59:15

Sheriff McGuffey

**story** 30:23

**straight** 8:24

**strain** 63:13

**strategic** 31:9

**strategize** 45:3

**street** 8:4

**stressed** 67:9

**strip** 29:20

**stripes** 8:5

**stripped** 28:2

**strong** 40:13

**struggling** 26:23, 24

**stub** 38:15

**stuff** 5:4 11:23,24 12:5 16:14 32:12, 24 36:3 38:20 39:21,25 42:25 50:5 57:9 64:19

**stupid** 61:12

**succeed** 45:6,13

**successful** 66:16

**suckiest** 19:19

**suggest** 45:24

**suggestion** 35:14 36:8 49:9

**Sunday** 21:4 26:5 49:23

**super** 58:17

**supervisors** 23:21

**supervisory**

31:14 32:10

**support** 10:1 11:1,12 17:13,25 18:7 19:16 24:23 25:19 47:12 51:6, 7 52:25 58:19 64:1 68:8,10

**supporter** 50:7

**supportive** 49:11 52:17

**surprised** 57:5

**surrounded** 46:1

**sword** 25:13

**system** 27:10,17 49:15

**T**

**table** 40:14

**takes** 30:22

**taking** 49:24

**talk** 15:13 21:20 24:24 66:13,21,23

**talked** 11:17

**talking** 16:20,21 40:4 42:24 47:18 56:20

**target** 39:7

**TDY** 26:3

**team** 19:15,16,17, 19,25 20:1,7,10 21:21 49:25 68:5

**teams** 20:1

**technology** 32:11

35:12

**telling** 40:19 43:3 44:6 65:17

**ten** 20:10 28:7

**tenure** 37:8

**terminated** 54:23

**Terrell** 67:18,20

**terrible** 11:25 49:5

**test** 6:21 28:5 67:4

**tested** 67:17

**tests** 42:19

**thing** 3:5 6:16 8:21 10:17,21 12:4 13:4,11 17:2, 4,10 19:14 24:3, 23 26:14 28:15, 17,19 33:5,18 35:13 41:22 44:8 49:20,23 51:1 59:7,10,18 61:20 62:2 65:21

**things** 9:4,5 11:25 15:8 16:1 17:5 19:3 21:7,9,10 23:10 24:12 26:22 32:16 35:19,20,23 38:4 39:13,19 41:3 43:4 45:11 46:9 49:6 50:3,9, 15 54:12 56:2 57:21 62:17 64:25 66:23

**thought** 15:20 47:2,3,10 64:7

**Thursday** 26:7

67:24

**time** 7:10 8:9 9:6 10:8 12:6 20:24 21:25 26:1,2 29:15 31:15 34:6 38:8 45:17 48:25 52:22 57:22 59:21 60:11 64:8 67:21 68:16

**times** 54:3

**toe** 38:15

**told** 8:13 16:8 25:6 27:6 30:3,24 39:6 41:10 46:15, 21 53:9,10 56:10, 18 59:10 64:15 65:10 67:22

**tons** 19:25

**Tony** 48:2

**tool** 31:9

**top** 8:19 42:10

**totally** 8:12 16:14 30:18 53:10

**Township** 33:7,9 44:1

**TQL** 31:15

**track** 20:17

**traffic** 7:25

**training** 4:1 23:22 32:10 36:5 59:14

**treated** 53:2

**tremendous** 18:7, 9 25:19 68:10

**tribute** 10:24

Sheriff McGuffey                    Index: trophies..wrote

**trophies** 11:9

**trophy** 11:6

**true** 39:17 42:17
50:16 65:10

**truth** 24:8

**truthful** 24:11
39:20

**Tuesday** 26:6

**turn** 10:17,21

**turned** 11:2

**twelve** 3:9

**twelves** 29:25
30:2

**Typically** 17:4

**U**

**UC** 31:20

**Uh-huh** 4:4 5:6,21
27:11 31:23 57:10

**Um-huh** 3:17

**unbelievable**
28:11 31:16 32:20

**understand** 16:3,
12 44:11 47:1
49:19

**understands**
58:22

**understood** 65:15

**unfair** 26:3,16

**uniform** 22:3

**uniforms** 30:21

**union** 29:9 52:21

**unions** 53:1

**unique** 36:24
38:12

**unit** 3:21,25

**United** 43:14

**upfront** 24:11,20

**upheld** 63:16

**V**

**valuable** 49:10

**valued** 27:18

**values** 51:13

**verge** 34:8

**versed** 44:23

**vest** 58:8

**vetted** 37:1,6
38:10 40:8 50:16

**vicious** 12:1

**video** 48:12

**vilified** 38:2 39:11

**visiting** 49:25

**vocal** 50:7

**voice** 9:24 25:25

**voluntary** 52:2

**voted** 29:15 30:2

**W**

**Wait** 24:13

**waking** 18:4

**walked** 67:22

**wanted** 23:23
53:4,12 54:23

**watch** 43:9

**water** 25:16

**ways** 44:21

**weapons** 3:20

**wearing** 58:8

**wears** 22:3

**Wednesday** 26:6

**week** 47:20,22

**weekend** 21:2

**weekends** 20:25

**weeks** 41:17

**weight** 56:4

**western** 32:12

**whatsoever** 12:15

**whining** 46:18,19

**white** 50:13

**wife** 9:5,11 11:8,
21 12:2,20 13:12
14:16 15:1 22:7
36:10,11,17 40:4,
21 41:1 46:23
47:8 51:6 57:15,
20 58:18 59:24
60:3,5 61:16 62:7
63:25 66:12

**wife's** 12:14

**Williams** 67:18

**windows** 32:22

**woken** 17:9

**woman** 9:12
21:23 35:9 37:19
40:5

**women** 15:15

**won** 25:22

**work** 4:18,23 10:2
11:9 13:23,24
14:5 18:14 20:11,
12,22 32:3,6
33:24 41:1 42:7
49:1 54:13,16
59:23 65:25

**worked** 4:2 13:1,
5,17 22:15 23:17
26:4,6 28:12
34:15 38:25 47:20

**worker** 46:20 65:1

**working** 13:16
14:19 16:13 19:22
20:24 37:21 38:9,
12 54:24 62:18

**works** 16:9 18:1

**world** 48:4

**world's** 37:20

**worse** 10:13
59:18

**write** 55:1 56:24

**writes** 11:23,25

**wrong** 6:13,18
8:24 42:14 54:10

**wrote** 53:10 55:2
56:15

Sheriff McGuffey

## Y

**ya** 21:22 44:6 64:14

**yards** 66:3

**year** 10:24 18:8 30:1 52:24 67:8

**years** 3:10 5:8,10, 14 10:17 13:1 25:9 32:8 33:6 34:5 36:12 37:22 41:8 47:21 48:3, 19,24 57:2 59:12 63:10 65:6,7

**younger** 34:18 45:18