**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **JASON DAVIS and JENNIFER DAVIS,** | : | Case No. 1:24-cv-0202 |
| **Plaintiffs** | : | |
| v. | : | |
| **CHARMAINE McGUFFEY, et. al.** | : | |
| **Defendants,** | : | |

### DECLARATION OF JENNIFER DAVIS

Pursuant to 28 U.S.C. §1746, the undersigned, Jennifer Davis, makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Jennifer Davis, and I am a Plaintiff in the above captioned matter.

2. Attached to the deposition of Jay Gramke, at Exhibits 15, 16, and 17 (Doc. 51-15, 51-16, and 51-17), are true and accurate copies of posts I made on social media. I made the Exhibit 15 posts on the Hamilton County Sheriff's Office Facebook page in January, 2021 (I am fairly certain it was January 4, 2021), during a press conference. I made the Exhibit 16 post on my private Facebook on January 4, 2021. I liked the Facebook post at Exhibit 17 made by Carolyn Adams on April 20, 2023. These posts and actions were my own, done with my Facebook account, and not that of my husband.

3. Finally, Exhibit 14 to Jay Gramke's deposition (Doc. 51-14) is a true and accurate copy of the football post made by my husband on May 15, 2022.

Executed on January 13, 2026.

_____
Jennifer Davis