**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JASON DAVIS** | : | **Case No.**      **1:24-cv-00202** |
| and | | |
| **JENNIFER DAVIS** | : | |
| | | |
|     **Plaintiffs,** | : | |
| | | |
| **v.** | : | |
| | | |
| **CHARMAINE McGUFFEY, et al.,** | : | |
| | | |
|     **Defendants.** | : | |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY

Plaintiffs, through Counsel, move this Court for partial summary judgment on Count I (§1983 liability) as to liability against Defendants Charmaine McGuffey, Jay Gramke, and Hamilton County, Ohio, and on Count II (R.C. 2307.60) as against Defendants Charmaine McGuffey, Jay Gramke.  That will leave for trial the issue of damages (compensatory damages for all Defendants and punitive damages for Defendants McGuffey and Gramke), as well as the amount of such damages.

In support, Plaintiffs incorporate by reference and in full, their Combined Memorandum in Opposition to Defendants' Motion for Summary Judgment and Memorandum in Support of this Motion (Doc. 66), as well as supporting declarations (Doc. 66-1, Doc. 66-2, and Doc. 66-3) and depositions filed in this matter (Doc. 49, Doc. 50, Doc. 51, Doc. 52, Doc. 53, Doc. 54, Doc. 55, Doc. 56, Doc. 57, Doc. 58, Doc. 59, Doc. 60, and Doc. 61), and the audio recording, conventionally filed (Doc. 62), as if fully written herein.  A proposed order is also attached.

1

Respectfully Submitted,

/s/Zachary Gottesman       /s/ Christopher Wiest
Zachary Gottesman (0058675)     Christopher Wiest (Ohio 0077931)
Gottesman & Associates, LLC      Chris Wiest, Atty at Law, PLLC
9200 Montgomery Road       50 E. Rivercenter Blvd, Suite 1280
Building E, Suite 18B        Covington, KY 41011
Cincinnati, Ohio 45242       513/257-1895 (v)
513/651-2121          859/495-0803 (f)
zgottesman@gmail.com       chris@cwiestlaw.com

/s/ Thomas B. Bruns
Thomas B. Bruns (KBA #84985)
Bruns, Connell, Vollmar  & Armstrong
4555 Lake Forest Dr., Ste. 330
Cincinnati, OH 45242
(513) 326-0274
(513) 800-1263 (fax)
tbruns@bcvalaw.com
***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

   I certify that I have served a copy of the foregoing Motion upon all counsel of record, this 23 day of January, 2026, via filing same with the Court's CM/ECF system.

/s/Christopher Wiest

2
