IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**JASON DAVIS** and      Case No. 1:24-cv:0202
**JENNIFER DAVIS,**

    Plaintiffs

v.

**CHARMAINE McGUFFEY**, et. al.

    Defendants,

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PENDING DISPOSITIVE MOTIONS

Defendants move this Court for an extension of time to respond to the pending Response to Defendants Motions for Summary Judgment and Plaintiff's Motion for Summary Judgment (Doc. 66 and Doc. 67), to March 20, 2026. Plaintiffs do not oppose this request. A proposed order is attached.

The extension of time is requested because the attorneys preparing this response have a heavy caseload with other impending deadlines.

Plaintiffs thus seek until March 20, 2026, to respond to the pending Response to Defendants Motions for Summary Judgment and Plaintiffs Motion for Summary Judgment (Doc. 66 and Doc. 67).

Respectfully submitted,

CONNIE PILLICH
PROSECUTING ATTORNEY
HAMILTON COUNTY, OHIO

/s/ *Matt Miller-Novak*
Matt Miller-Novak, 0091402
Stephen A. Simon, 0068268
Andrew E. Prem, 100861
Assistant Prosecuting Attorneys
Hamilton County, Ohio
230 E. Ninth Street, Suite 4000
Cincinnati, OH 45202
DDN:  (513) 946-3219 (Miller-Novak)
DDN:  (513) 946-3289 (Simon)
DDN:  (513) 946-3285 (Prem)
FAX:  (513) 946-3018
*TRIAL ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I certify that this Motion for Summary Judgment was served on Plaintiffs' Counsel using this Court's electronic filing system on this 30th day of January 2026.

/s/ *Matt Miller-Novak*