

Exhibit 3