**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | |
|---|---|
| **JASON DAVIS** and **JENNIFER DAVIS,** | : Case No. 1:24-cv:0202 |
| Plaintiffs | : Judge: Barrett |
| v. | : |
| **CHARMAINE McGUFFEY, et. al.** | : |
| Defendants, | : |

### THE DECLARATION OF CHRIS KETTEMAN

My name is Chris Ketteman, and I declare the following with personal knowledge, under oath, and with the penalty of perjury.

1. At all relevant times concerning this case, I have been employed by the Hamilton County Sheriff's Office.

2. During the relevant times to Jason Davis's claims, I was employed as the Major for the Enforcement Division of the Hamilton County Sheriff's Office.

3. I am now employed as the Chief Deputy of the Hamilton County Sheriff's Office.

4. Part of my job duties as Major included overseeing certain promotional procedures, including promotions from deputy to corporal.

5. If I determined that I needed another corporal, I would initiate the process and would obtain approval from Chief Deputy Jay Gramke to post a corporal promotion.

6. Chief Deputy Gramke and Sheriff Charmaine McGuffey were not involved in that process other than to give approval to post the position.

7. During the relevant time, I never determined that I needed to fill any additional corporal positions, and I never initiated the process to post a corporal promotion.

8. Neither Chief Deputy Gramke nor Sheriff Charmaine McGuffey ever told me to freeze corporal promotions before Davis quit in January 2024.

9. Neither Chief Deputy Gramke nor Sheriff McGuffey ever told me not to promote Davis to corporal before Davis quit.

10. During the normal course of business, the Hamilton County Sheriff's Office typically staffs a number of corporals less than the FTE approved number of corporals, so it is not unusual for vacancies to open on the roster

11. I did not have any conversations with anyone about Jason Davis's promotional eligibility or status for corporal before Davis quit.


**FURTHER THE DECLARANT SAYETH NAUGHT**

Chris Ketteman